| | |
|---|---|
| 1 | Daniel C. Minteer (SBN 62158) |
| | Heather U. Guerena (SBN 238122) |
| 2 | **DUANE MORRIS LLP** |
| | 750 B Street, Suite 2900 |
| 3 | San Diego, CA 92101 |
| | Telephone: 619.744.2200 |
| 4 | Facsimile: 619.744.2201 |
| | E-Mail: dcminteer@duanemorris.com |
| 5 | huguerena@duanemorris.com |
| 6 | Attorneys for Defendant |
| | CellSight Technologies, Inc. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC. a California corporation, | Case No.: 10 CV 2515 JLS (RBB) |
| Plaintiff, | **APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CELLSIGHT TECHNOLOGIES, INC, a Delaware corporation; and DOES 1-50, | Date: July 19, 2012 |
| | Time: 1:30 P.M. |
| | Crtm.: 6 |
| Defendants. | Judge: Hon. Janis L. Sammartino |

Defendant Cellsight Technologies, Inc., hereby lodges the following documents in support of its Motion for Partial Summary Judgment:

| EX. | DESCRIPTION | PAGE |
|---|---|---|
| A | Expert Witness Report of Robert H. Hoffman, Ph.D dated March 12, 2012 | 3-105 |
| B | "Technology" section from CellSight website (AC-CS001276, AC-CS001295, AC-CS000031-32) | 106-110 |
| C | Expert Report of David B. Stout, Ph.D dated March 12, 2012 **(Request to File Under Seal Pending)** | 111-161 |
| D | "Services & Products" section from CellSight website (AC-CS001293-94, AC-CS000065-66) | 162-166 |
| E | United States Patent No. 6,649,159 (AC-CS000013-28) | 167-183 |

1

| F | United States Patent No. 6,759,038 (AC-CS000002-12) | 184-195 |
|---|---|---|
| G | Revised Joint Claim Construction Hearing Statement filed August 5, 2011 | 196-209 |
| H | Order Granting Joint Motion to Adopt Agreed-Upon Claim Terms and Vacate Claim Construction Proceedings filed November 16, 2011 | 210-211 |
| I | *Structure-guided Engineering of Human Thymidine Kinase 2 as a Positron Emission Tomography Reporter Gene for Enhanced Phosphorylation of Non-natural Thymidine Analog Reporter Probe* published in the Journal of Biological Chemistry January 2, 2012 ("The PET Report") | 212-221 |
| J | Plaintiff AntiCancer Inc.'s Supplemental Objections and Responses to Defendant CellSight Technologies' Interrogatories 21-25 dated April 12, 2012 | 222-228 |
| K | Plaintiff AntiCancer Inc.'s Second Supplemental Objections and Responses to Defendant CellSight Technologies' Interrogatories #20 dated April 12, 2012 | 229-234 |

Dated: May 17, 2012

**DUANE MORRIS LLP**

By: _____*s/ Heather U. Guerena*_____
Daniel C. Minteer
Heather U. Guerena
Attorneys for Defendant CellSight Technologies, Inc.