# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANTICANCER, INC., a California corporation,

         Plaintiff,

    v.

CELLSIGHT TECHNOLOGIES, INC. a
Delaware corporation; and DOES 1-50,

         Defendants.

Case No.: 10 CV 2515 (JLS) (RBB)

**EXPERT WITNESS REPORT OF
ROBERT M. HOFFMAN, PH.D.**

     I, Robert M. Hoffman, assigned to provide expert testimony on behalf of AntiCancer,

Inc. ("AntiCancer") in the above-captioned action, submit this Expert Report.

     1.     According to Federal Rule of Civil Procedure 26(a)(2), this Expert Report

discloses my opinions regarding, among other things, the infringement by CellSight

Technologies, Inc. ("CellSight") of AntiCancer's U.S. Patent Nos. 6,649,159 (the "'159

patent") and 6,759,038 (the "'038 Patent") and the bases and reasons supporting my

opinions. This report sets forth the opinions I have formed based on information available as of the date below. I understand that CellSight Technologies, Inc. ("CellSight") may submit expert reports or other materials in response to this Report, and I reserve the right to review those reports and to offer additional reports as appropriate. I expect to be called to testify at trial in the above-captioned action.

2.     I received my Ph.D. in Biology from Harvard University in 1971. I have done post-doctoral work at the Department of Biology at Harvard University and Harvard Medical School at Massachusetts General Hospital, where I began my work in cancer research in 1973. Also, during my post-doctoral period, I studied at the Institute of Bioorganic Chemistry in Moscow and at the Weizmann Institute in Israel.

3.     I am the Founder and currently the President and CEO of AntiCancer. I am also Professor of Surgery at the University of California, San Diego, where I have been a faculty member since 1979. I have published approximately 550 scientific papers, which have been cited approximately 20,000 times. My publications have an h-index of approximately 75, an unusually high number, demonstrating the very broad and high rate of citation of my publications. I am considered among the leading world experts in cancer research and, in particular, animal models of cancer. I have published approximately 150 papers on animal models of cancer and have developed animal models of 17 different cancers, which places me in the world-leadership position in this field. My Curriculum Vitae is attached hereto as Exhibit A.

6.     I have reviewed a paper published in titled "Structure-guided Engineering of Human Thymidine Kinase 2 as a Positron Emission Tomography Reporter Gene for Enhanced Phosphorylation of Non-natural Thymidine Analog Reporter Probe," which was published in the Journal of Biological Chemistry, Volume 287, No. 1, pp. 446-454 in January 2012. Among the authors of this paper is Shahriar S. Yaghoubi, who is identified in the paper as a co-founder and Chief Scientific Officer of CellSight. The paper, which I will refer to as the "Cellsight 2012 paper", is attached hereto as Exhibit B.

7.     The Cellsight 2012 paper shows clear evidence of infringement of claims 1, 7, 8, and 12 of the '159 patent and claims 5, 6, and 8 of the '038 patent, as I will explain in detail below.

8.     In brief, the Cellsight 2012 paper describes using various imaging methods to, among other things, track the fluorescence of yellow fluorescent protein (YFP)-labeled tumors in mice. (YFP is understood by researchers in the field, and has been construed by the court in this case, to be among various colors of fluorescent proteins which are all generally described as "GFP.") The Cellsight 2012 paper describes how the authors took a cancer cell line (the L1210 cell line) and genetically engineered it to express YFP. These cells then expressed YFP, and were injected subcutaneously into mice. These mice were then imaged *in vivo*, and the authors put dashed lines to depict a circle or elipse representing the sites and size of the YFP-expressing tumors. See Figure 2D and Figure 4A and 4B. Each of these images shows a "YFP"-labeled circle drawn around the YFP-expressing tumor.

9.    **The '159 Patent.**

Claim 1 of the '159 patent reads:

**1. A method to monitor the ability of a promoter to promote expression in an animal of an endogenous gene that is controlled by said promoter, which method comprises:**

**a) delivering, to an animal, cells containing a nucleic acid encoding a fluorophore operatively linked to the promoter of said endogenous gene whose ability to promote expression is to be analyzed; and**

**b) observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said animal by whole-body external fluorescent optical imaging, whereby the ability of said promoter to promote expression is monitored, and wherein said fluorophore is a protein that is autofluorescent such that no substrates or cofactors are needed for it to fluoresce.**

The Cellsight 2012 paper thus describes that the YFP-labeled cancer cells were subcutaneously injected into mice. In images shown in Figures 2 and 4, the authors indicate the presence of the YFP tumors within dashed lines to form a circle or ellipse and labeled "YFP." The identification of the location and size of YFP-expressing tumors must have been made possible by imaging of the YFP fluorescence.

Claims 7 and 8 of the '159 patent read:

**7. The method of claim 1, wherein the animal is a mammal.**

**8. The method of claim 7, wherein the mammal is selected from the group consisting of a mouse, a rat, a rabbit, a cat, a dog, a pig, a cow, an ox, a sheep, a goat, a horse, a monkey and a non-human primate.**

In the Yaghoubi 2012 paper, the animals used were mice, which are mammals.

Claim 12 of the '159 patent reads:

**12. The method of claim 1, wherein the endogenous gene is an endogenous tumor or cancer associated gene.**

In the Cellsight 2012 paper, the YFP-expressing tumor was implanted in mice and then became endogenous.

10. **The '038 Patent.**

Claim 5 of the '038 patent reads:

**5. A method to monitor metastasis of a primary tumor in a subject which is a mouse, rat or rabbit which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes,**

> **wherein said subject contains said tumor that expresses GFP and wherein said subject is a genetically immunocompromised mouse, rat or rabbit, or a mouse, rat or rabbit which is syngeneic to said tumor;**

> **which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject wherein the subject is intact.**

The Cellsight 2012 paper describes imaging a mouse containing a YFP-expressing tumor. Mice used are identified as "SCID" mice, which are immunocompromised. The YFP tumors are shown by dashed lines to form a circle or ellipse that identify the location and size of the YFP-expressing tumors, which means fluorescence imaging must have been used to locate and measure the size of the YFP tumors.

Claim 6 of the '038 patent reads:

**6. The method of claim 5 wherein the progression of metastasis is monitored by fluorescent optical tumor imaging in the intact subject.**

The Cellsight 2012 paper and images demonstrate that the researchers monitored tumor progression using fluorescence imaging of the YFP-expressing tumors.

Claim 8 of the '038 patent reads:

**8. The method of claim 5 wherein said subject contains said tumor by virtue of injecting cells of a stably transformed tumor cell line which has been transfected with an expression vector in containing a first nucleotide sequence encoding a selection marker, both said first and second nucleotide sequences being under control of a viral promoter and wherein said cell line stably effects high level expression of said GFP in the absence of selection agent and maintains a high level expression of GFP when said cell line proliferates through multiple passages of said cell line.**

The Cellsight 2012 paper describes how the mice imaged contained tumors which were the result of injecting L1210 cells expressing YFP under control of a viral promoter.

11. This report sets forth the opinions I have formed based on information available as of the date below. It is my understanding that unknown and unidentified material may be introduced during this litigation, which may fall within my area of expertise, and I may have relevant and important opinions regarding such unknown and unidentified material. I reserve the right consistent with judicial fairness and propriety to be able to express such opinions that may be relevant and important as such material becomes known.

12. Serving as an expert witness on behalf of AntiCancer is part of my usual duties as President and CEO. I am not receiving additional compensation for the time I have spent on this litigation, nor is my usual compensation directly linked to the outcome of this or any other AntiCancer litigation.

13.    I have provided testimony at trial or by deposition in the following cases within the last four (4) years: *Hoffman La-Rouche, Inc. v. Mylan Inc. and Mylan Pharmaceuticals, Inc.*, No. 09-1692 (D.N.J.), *AntiCancer, Inc. v. Cambridge Research & Instrumentation, Inc.*, Nos. 07c v97 and 07cv1004 (S.D. Cal.), and *AntiCancer v. Teco Diagnostics* No. 07cv22294 (S.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 12, 2012

Robert M. Hoffman, Ph.D.

# EXHIBIT A

# CURRICULUM VITAE

## ROBERT M. HOFFMAN

March 2012

**EXHIBIT A**
**12**

*CURRICULUM VITAE*

## ROBERT M. HOFFMAN

**OFFICES:**
AntiCancer, Inc.
7917 Ostrow Street
San Diego, California 92111
TEL:     (858) 654-2555
FAX:     (858) 268-4175

Department of Surgery
University of California, San Diego
Medical Center
200 West Arbor Drive
San Diego, California 92103-8402
TEL:     (619) 543-6890
FAX:     (619) 543-3763

**BIRTH DATE:**
June 19, 1944
Greenwich, Connecticut

**EDUCATION:**
Ph.D. (Biology)                                            1971
Harvard University
Cambridge, Massachusetts

B.A. (Biology)                                              1965
State University of New York
Buffalo, New York

**PRESENT POSITIONS:**
President, Chairman of Board and CEO         1984-present
AntiCancer, Inc.
San Diego, California

Professor                                                    1995-present
Department of Surgery
University of California, San Diego
Medical Center
200 West Arbor Drive
San Diego, California 92103-8220

**EXHIBIT A**
**13**

**MAJOR RESEARCH ACCOMPLISHMENTS:**

1) I was the first to discover a mutant in energy metabolism:

   - Hoffman, R.M., and Raper, J.R.  Genetic restriction of energy conservation in Schizophyllum. Science **171**, 418-419, 1971

2) I was the first to demonstrate altered DNA methylation in human cancer:

   - Diala, E.S. and Hoffman, R.M.  Hypomethylation of HeLa cell DNA and the absence of 5-methylcytosine in SV40 and adenovirus (type 2) DNA: analysis by HPLC.  Biochem. Biophys. Res. Commun. **107**, 19-26, 1982.
   - Diala, E.S., Cheah, M.S.C., Rowitch, D. and Hoffman, R.M.  Extent of DNA methylation in human tumor cells. J. Natl. Cancer Inst. **71**, 755-764, 1983.

3) I was the first to demonstrate altered DNA methylation in an oncogene:

   - Cheah, M.S., Wallace, C.D. and Hoffman, R.M.  Hypomethylation of DNA in human cancer cells: a site-specific change in the c-myc oncogene. J. Natl. Cancer Inst. **73**, 1057-1065, 1984.

4) I was the first to demonstrate altered general methylation in cancer:

   - Hoffman, R.M. and Erbe, RW.  High *in vivo* rates of methionine biosynthesis in transformed human and malignant rat cells auxotrophic for methionine. Proc. Natl. Acad. Sci. USA **73**, 1523-1527, 1976.
   - Hoffman, R.M., Jacobsen, S.J. and Erbe, R.W.  Reversion to methionine independence in simian virus 40-transformed human and malignant rat fibroblasts is associated with altered ploidy and altered properties of transformation. Proc. Natl. Acad. Sci. USA **76**, 1313-1317, 1979.
   - Coalson, D.W., Mecham, J.O., Stern, P.H., and Hoffman, R.M.  Reduced availability of endogenously synthesized methionine for S-adenosylmethionine formation in methionine-dependent cancer cells.  Proc. Natl. Acad. Sci. USA **79**, 4248-4251, 1982.
   - Stern, P.H., Mecham, J.O., Wallace, C.D. and Hoffman, R.M.  Reduced free-methionine in methionine-dependent SV40-transformed human fibroblasts synthesizing apparently normal amounts of methionine. J. Cell. Physiol. **117**, 9-14, 1983.
   - Stern, P.H., and Hoffman, R.M.  Elevated overall rates of transmethylation in cell lines from diverse human tumors. In Vitro **20**, 663-670, 1984.

5) I pioneered the field of cancer epigenetics:

   - Hoffman, R.M.  Altered methionine metabolism, DNA methylation and oncogene expression in carcinogenesis. A review and synthesis. Biochim. Biophys. Acta **738**, 49-87, 1984.

6) I pioneered the field of methionine-deprivation cancer therapy:

   - Stern, P.H. and Hoffman, R.M.  Enhanced in vitro selective toxicity of chemotherapeutic agents for human cancer cells based on a metabolic defect. J. Natl. Cancer Inst. **76**, 629-639, 1986
   - Sun, X., Yang, Z., Li, S., Tan, Y., Zhang, N., Wang, X., Yagi, S., Yoshioka, T., Takimoto, A., Mitsushima, K., Suginaka, A., Frenkel, E.P., and Hoffman, R.M.  *In vivo* efficacy of recombinant methioninase is enhanced by the combination of polyethylene glycol conjugation and pyridoxal 5' phosphate supplementation. Cancer Research **63**, 8377-8383, 2003.
   - Yang, Z., Wang, J., Yoshioka, T., Li, B., Lu, Q., Li, S., Sun, X., Tan, Y., Yagi, S., Frenkel, E.P., and Hoffman, R.M.  Pharmacokinetics, methionine depletion, and antigenicity of recombinant methioninase in primates. Clinical Cancer Research **10**, 2131-2138, 2004.
   - Yang, Z., Sun, X., Li, S., Tan, Y., Wang, X., Zhang, N., Yagi, S., Takakura, T., Kobayashi, Y., Takimoto, A., Yoshioka, T., Suginaka, A., Frenkel, E.P., and Hoffman, R.M.  Circulating half-life of PEGylated recombinant methioninase holoenzyme is highly dose dependent on cofactor pyridoxal-5'-phosphate. Cancer Research **64**, 5775-5778, 2004.

**EXHIBIT A**
**14**

- Yang, Z., Wang, J., Lu, Q., Xu, J., Kobayashi, Y., Takakura, T., Takimoto, A. Yoshioka, T., Lian, C., Chen, C., Zhang, D., Zhang, Y., Li, S., Sun, X., Tan, Y., Yagi, S., Frenkel, E.P., and Hoffman, R.M. PEGylation confers greatly extended half-life and attenuated immunogenicity to recombinant methioninase in primates. Cancer Research **64**, 6673-6678, 2004.

7) I was the first to compare gene expression in normal and cancer cells:

- Williams, J., Hoffman, R.M. and Penman, S. The extensive homology between mRNA sequences of normal and SV40-transformed human fibroblasts. Cell **11**, 901-907, 1977.

8) I pioneered the field of non-viral gene therapy:

- Hoffman, R.M., Margolis, L.B. and Bergelson, L.D. Binding and entrapment of high molecular weight DNA by lecithin liposomes. FEBS Letters **93**, 365-368, 1978.
- Li, L., Hoffman, R.M. The feasibility of targeted selective gene therapy of the hair follicle. Nature Medicine **1**, 705-706, 1995.

9) I developed the first practical *in vitro* drug response assay for human cancer patients to enable individualized cancer therapy:

- Freeman, A.E. and Hoffman, R.M. In vivo-like growth of human tumors in vitro. Proc. Natl. Acad. Sci. USA **83**, 2694-2698, 1986.
- Vescio, R.A., Redfern, C.H., Nelson, T.J., Ugoretz, S. Stern, P.H. and Hoffman, R.M. *In vivo*-like drug responses of human tumors growing in three-dimensional gel-supported, primary culture. Proc. Natl. Acad. Sci. USA **84**, 5029-5033, 1987.
- Furukawa, T., Kubota, T., Hoffman, R.M. Clinical applications of the histoculture drug response assay. Clinical Cancer Research **1**, 305-311, 1995.
- Kubota, T., Sasano, N., Abe, O., Nakao, I., Kawamura, E., Saito, T., Endo, M., Kimura, K., Demura, H., Sasano, H., Nagura, H., Ogawa, N., Hoffman, R.M. Potential of the histoculture drug response assay to contribute to cancer patient survival. Clinical Cancer Research **1**, 1537-1543, 1995.

10) I pioneered the field of culturing hair-growing skin:

- Li, L., Margolis, L.B. and Hoffman, R.M. Skin toxicity determined *in vitro* by three-dimensional, native-state histoculture. Proc. Natl. Acad. Sci. USA **88**, 1908-1912, 1991.
- Li, L., Margolis, L.B., Paus, R. and Hoffman, R.M. Hair shaft elongation, follicle growth, and spontaneous regression in long-term, gelatin sponge-supported histoculture of human scalp skin. Proc. Natl. Acad. Sci. USA **89**, 8764-8768, 1992.

11) I developed the first clinically-relevant mouse models of human cancer:

- Fu, X.Y., Besterman, J.M., Monosov, A. and Hoffman, R.M. Models of human metastatic colon cancer in nude mice orthotopically constructed by using histologically intact pa161ient specimens. Proc. Natl. Acad. Sci. USA **88**, 9345-9349, 1991.
- Fu, X., Guadagni, F. and Hoffman, R.M. A metastatic nude-mouse model of human pancreatic cancer constructed orthotopically from histologically intact patient specimens. Proc. Natl. Acad. Sci. USA **89**, 5645-5649, 1992.

12) I discovered the specific role of the host organ in cancer growth:

- Togo, S., Shimada, H., Kubota, T., Moossa, A.R., Hoffman, R.M. Host organ specifically determines cancer progression. Cancer Res. **55**, 681-684, 1995.

13) I discovered the governing step of metastasis:

**EXHIBIT A**
**15**

- Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Teramoto, T., Ishibiki, K., Kitajima, M., Moossa, A.R., Penman, S., Hoffman, R.M. Liver colonization competence governs colon cancer metastasis. Proc. Natl. Acad. Sci. USA **92**, 12085-12089, 1995.

14) I co-discovered the genetic basis of cell senescence:

- Schmitt, C.A., Fridman, J.S., Yang, M., Baranov, E., Hoffman, R.M. and Lowe, S.W. Dissecting p53 tumor suppressor functions in vivo. Cancer Cell **1**, 289-298, 2002 (Cover story).
- Schmitt, C.A., Fridman, J.S., Yang, M., Lee, S., Baranov, E., Hoffman, R.M., and Lowe, S.W. A senescence program controlled by p53 and p16$^{INK4a}$ contributes to the outcome of cancer therapy. Cell **109**, 335-346, 2002.

15) I pioneered *in vivo* imaging using fluorescent proteins:

- Hoffman, R.M. The multiple uses of fluorescent proteins to visualize cancer *in vivo*. Nature Reviews Cancer **5**, 796-806, 2005.
- Chishima, T., Miyagi, Y., Wang, X., Yamaoka, H., Shimada, H., Moossa, A.R. and Hoffman, R.M. Cancer invasion and micrometastasis visualized in live tissue by green fluorescent protein expression. Cancer Research **57**, 2042-2047, 1997.
- Naumov, G.N., Wilson, S.M., MacDonald, I.C., Schmidt, E.E., Morris, V.L., Groom, A.C., Hoffman, R.M., Chambers, A.F. Cellular expression of green fluorescent protein, coupled with high-resolution *in vivo* videomicroscopy, to monitor steps in tumor metastasis. J. Cell Sci. **112**, 1835-1842, 1999.
- Yang, M., Baranov, E., Jiang, P., Sun, F-X., Li, X-M., Li, L., Hasegawa, S., Bouvet, M., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A.R., Penman, S., Hoffman, R.M. Whole-body optical imaging of green fluorescent protein-expressing tumors and metastases. Proc. Natl. Acad. Sci. USA **97**, 1206-1211, 2000.
- Yang, M., Baranov, E., Moossa, A.R., Penman, S., Hoffman, R.M. Visualizing gene expression by whole-body fluorescence imaging. Proc. Natl. Acad. Sci. USA **97**, 12278-12282, 2000.
- Yang, M., Baranov, E., Li, -X.M., Wang, J-W., Jiang, P., Li, L., Moossa, A.R., Penman, S., Hoffman, R.M. Whole-body and intravital optical imaging of angiogenesis in orthotopically implanted tumors. Proc. Natl. Acad. Sci. USA **98**, 2616-2621, 2001.
- Zhao, M., Yang, M., Baranov, E., Wang, X., Penman, S., Moossa, A.R., and Hoffman, R.M. Spatial-temporal imaging of bacterial infection and antibiotic response in intact animals. Proc. Natl. Acad. Sci. USA **98**, 9814-9818, 2001.
- Yang, M., Baranov, E., Wang, J-W., Jiang, P., Wang, X., Sun, F-X., Bouvet, M., Moossa, A.R., Penman, S., and Hoffman, R.M. Direct external imaging of nascent cancer, tumor progression, angiogenesis, and metastasis on internal organs in the fluorescent orthotopic model. Proc. Natl. Acad. Sci. USA **99**, 3824-3829, 2002.
- Bouvet, M., Wang, J-W., Nardin, S.R., Nassirpour, R., Yang, M., Baranov, E., Jiang, P., Moossa, A.R., and Hoffman, R.M. Real-time optical imaging of primary tumor growth and multiple metastatic events in a pancreatic cancer orthotopic model. Cancer Research **62**, 1534-1540, 2002 (Cover story).
- Yang, M., Li, L., Jiang, P., Moossa, A.R., Penman, S., and Hoffman, R.M. Dual-color fluorescence imaging distinguishes tumor cells from induced host angiogenic vessels and stromal cells. Proc. Natl. Acad. Sci. USA **100**, 14259-14262, 2003.
- Mitsiades, C.S., Mitsiades, N.S., Bronson, R.T., Chauhan, D., Munshi, N., Treon, S.P., Maxwell, C.A., Pilarski, L., Hideshima, T., Hoffman, R.M., and Anderson, K.C. Fluorescence imaging of multiple myeloma cells in a clinically relevant SCID/NOD *in vivo* model: biologic and clinical implications. Cancer Research **63**, 6689-6696, 2003.
- Yamamoto, N., Jiang, P., Yang, M., Xu, M., Yamauchi, K., Tsuchiya, H., Tomita, K., Wahl, G.M., Moossa, A.R., and Hoffman, R.M. Cellular dynamics visualized in live cells *in vitro* and *in vivo* by differential dual-color nuclear-cytoplasmic fluorescent-protein expression. Cancer Research **64**, 4251-4256, 2004.
- Simberg, D., Duza, T., Park, J.H., Essler, M., Pilch, J., Zhang, L., Derfus, A.M., Yang, M., Hoffman, R.M., Bhatia, S., Sailor, M.J., and Ruoslahti, E. Biomimetic amplification of nanoparticle homing to tumors. Proc. Natl. Acad. Sci. USA **104**, 932-936, 2007.
- Hoffman, R.M., and Yang, M. Color-coded fluorescence imaging of tumor-host interactions. Nature Protocols **1**, 928-935, 2006.
- Hoffman, R.M., and Yang, M. Subcellular imaging in the live mouse. Nature Protocols **1**, 775-782, 2006.
- Hoffman, R.M., and Yang, M. Whole-body imaging with fluorescent proteins. Nature Protocols **1**, 1429-1438, 2006.

**EXHIBIT A**
**16**

16) I was the first to image the tumor microenvironment:

- Yang, M., Jiang, P., and Hoffman, R.M. Whole-body subcellular multicolor imaging of tumor-host interaction and drug response in real time. Cancer Research **67**, 5195-5200, 2007

17) I discovered the only known adult pluripotent stem cells:

- Li, L., Mignone, J., Yang, M., Matic, M., Penman, S., Enikolopov, G., and Hoffman, R.M. Nestin expression in hair follicle sheath progenitor cells. Proc. Natl. Acad. Sci. USA **100**, 9958-9961, 2003.
- Amoh, Y., Li, L., Yang, M., Moossa, A.R., Katsuoka, K., Penman, S., and Hoffman, R.M. Nascent blood vessels in the skin arise from nestin-expressing hair follicle cells. Proc. Natl. Acad. Sci. USA **101**, 13291-13295, 2004.
- Amoh, Y., Li, L., Campillo, R., Kawahara, K., Katsuoka, K., Penman, S., and Hoffman, R.M. Implanted hair follicle stem cells form Schwann cells that support repair of severed peripheral nerves. Proc. Natl. Acad. Sci. USA **102**, 17734-17738, 2005.
- Amoh, Y., Li, L., Katsuoka, K., Penman, S., and Hoffman, R.M. Multipotent nestin-positive, keratin-negative hair-follicle-bulge stem cells can form neurons. Proc. Natl. Acad. Sci. USA **102**, 5530-5534, 2005.

18) I was the first to determine what controlled the clonality of metastasis:

- Yamamoto, N., Yang, M., Jiang, P., Xu, M., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Determination of clonality of metastasis by cell-specific color-coded fluorescent-protein imaging. Cancer Research **63**, 7785-7790, 2003.

19) I discovered the first bacteria that specifically target and can completely eradicate cancer:

- Zhao, M., Yang, M., Li, X-M., Jiang, P., Li, S., Xu, M., and Hoffman, R.M. Tumor-targeting bacterial therapy with amino acid auxotrophs of GFP-expressing *Salmonella typhimurium*. Proc. Natl. Acad. Sci. USA **102**, 755-760, 2005.
- Zhao, M., Yang, M., Ma, H., Li, X., Tan, X., Li, S., Yang, Z., and Hoffman, R.M. Targeted therapy with a *Salmonella typhimurium* leucine-arginine auxotroph cures orthotopic human breast tumors in nude mice. Cancer Research **66**, 7647-7652, 2006.
- Zhao, M., Geller, J., Ma, H., Yang, M., Penman, S., and Hoffman, R.M. Monotherapy with a tumor-targeting mutant of *S. typhimurium* cures orthotopic metastatic mouse models of human prostate cancer. Proc. Natl. Acad. Sci. USA **104**, 10170-10174, 2007.
- Arrach, N., Zhao, M., Porwollik, S., Hoffman, R.M., and McClelland, M. *Salmonella* promoters preferentially activated inside tumors. Cancer Research **68**, 4827-4832, 2008.

20) I discovered that passenger stromal cells are necessary for metastasis:

- Bouvet, M., Tsuji, K., Yang, M., Jiang, P., Moossa, A.R., and Hoffman, R.M. *In vivo* color-coded imaging of the interaction of colon cancer cells and splenocytes in the formation of liver metastases. Cancer Research **66**, 11293-11297, 2006.

21) I discovered the mechanism of chemotherapy-induced alopecia:

- Amoh, Y., Li, L., Moossa, A.R., Katsuoka, K., and Hoffman, R.M. Chemotherapy targets the hair-follicle vascular network but not the stem cells. J. Invest. Dermatol. **127**, 11-15, 2007.

22) I developed the first recombinant enzyme-based diagnostics for homocysteine, vitamin B$_6$ and cysteine:

- Tan, Y., and Hoffman, R.M. A highly sensitive single-enzyme homocysteine assay. Nature Protocols **3**, 1388-1394, 2008.
- Han, Q., and Hoffman, R.M. Enzymatic assay for total plasma Cys. Nature Protocols **3**, 1778-1781, 2008.
- Han, Q., and Hoffman, R.M. Nonradioactive enzymatic assay for plasma and serum vitamin B$_6$. Nature Protocols **3**, 1815-1819, 2008.

**EXHIBIT A**

**17**

23) I developed the basis for fluorescence-guided cancer surgery:

- Kishimoto, H., Zhao, M., Hayashi, K., Urata, Y., Tanaka, N., Fujiwara, T., Penman, S., and Hoffman, R.M. In vivo internal tumor illumination by telomerase-dependent adenoviral GFP for precise surgical navigation. Proc. Natl. Acad. Sci. USA **106(34)**, 14514-14517, 2009.
- Green Surgery, Barbara R. Jasny, Editors' Choice. Science **325**, 1321, 11 September 2009.

24) I co-discovered that blood vessels in tumors can be formed from cancer cells:

- Soda, Y., Marumoto, T., Friedmann-Morvinski, D., Soda, M., Liu, F., Michiue, H., Pastorino, S., Yang, M., Hoffman, R.M., Kesari, S., Verma, I.M. Transdifferentiation of glioblastoma cells into vascular endothelial cells. Proc. Natl. Acad. Sci. USA **108**, 4274-4280, 2011 (Cover story).

25) I co-discovered that tumor-infiltrating T-cells stimulate cancer metastasis:

- Tan, W., Zhang, W., Strasner, A., Grivennikov, S., Cheng, J.Q., Hoffman, R.M., and Karin, M. Tumour-infiltrating regulatory T cells stimulate mammary cancer metastasis through RANKL-RANK signalling. Nature **470**, 548-553, 2011.

## POSTDOCTORAL TRAINING:

| | |
|---|---|
| Department of Biology<br>Harvard University<br>With the late Professor John R. Raper | 1971-1973 |
| Massachusetts General Hospital<br>Harvard Medical School<br>With Dr. Richard W. Erbe and Professor John W. Littlefield | 1973-1975 |
| USA-USSR National Academy of Sciences Exchange Fellow<br>The Shemyakin Institute of Bioorganic Chemistry<br>Academy of Sciences, Moscow, USSR<br>With Professor L.D. Bergelson | 1976-1977 |
| Weizmann Institute of Science<br>Rehovot, Israel<br>With Dr. Carol Prives | 1978 |

## PREVIOUS ACADEMIC POSITIONS:

| | |
|---|---|
| Instructor of Pediatrics<br>Harvard Medical School<br>Massachusetts General Hospital | 1975-1979 |
| Assistant Professor, Department of Pediatrics<br>University of California, San Diego<br>School of Medicine | 1979-1983 |
| Associate Professor, Department of Pediatrics<br>University of California, San Diego<br>School of Medicine | 1983-1990 |
| Professor, Department of Pediatrics<br>University of California, San Diego<br>School of Medicine | 1990-1995 |

**EXHIBIT A**
**18**

## PROFESSIONAL SOCIETIES:

1. Society for *In Vitro* Biology
2. American Association of Cancer Research
3. American Society for Clinical Oncology
4. Society of Surgical Oncology
5. American Society for Cell Biology
6. Metastasis Research Society
7. Japanese Cancer Association
8. Japanese Society of Clinical Oncology (First American Member)
9. Japanese Metastasis Research Society (First American Member)
10. Japanese Society of Human Cell
11. Preclinical Therapeutic Model Group of the European Organization for Research and Treatment of Cancer
12. Chinese Society for Clinical Oncology (First American Member)
13. International Society for Stem Cell Research

## BOARDS:

| | |
|---|---|
| Ad-Hoc Reviewer | 1986-present |
| National Cancer Institute | |

## EDITORIAL BOARDS:

| | |
|---|---|
| *Anticancer Research* | 1985-present |
| *In Vitro Cellular and Developmental Biology* | 1987-present |
| Associate Editor, *Clinical Cancer Research* | 2000-Present |

## TEACHING AT THE UNIVERSITY OF CALIFORNIA, SAN DIEGO:

| | | |
|---|---|---|
| Biology 112: | "Cell and Molecular Biology" Spring and Fall With Professor Gordon Sato | 1980 |
| Pediatrics 233: | "Genes and Cancer" Winter | 1982-1994 |
| Pediatrics 235: | "New Biological Approaches to Cancer Prevention and Treatment" Spring | 1983-1994 |
| Pediatrics 237: | "Biochemical Genetics of Aging" Fall | 1984-1994 |

## UNIVERSITY COMMITTEES:

| | |
|---|---|
| Admissions Committee University of California, San Diego School of Medicine | 1983-1985 |
| Electives Committee University of California, San Diego School of Medicine | 1989-1990 |

**EXHIBIT A**
**19**

## HONORS AND AWARDS:

| | |
|---|---|
| Hononary Professor<br>Fudan University, Shanghai Medical College<br>Shanghai, China | 2010 |
| A.N. Belozersky Medal<br>Moscow State University | 1990 |
| Research Career Development Award<br>National Cancer Institute | 1982-1987 |
| Fellow of the Leukemia Society of America | 1979-1981 |
| Fellow of the Medical Foundation of Boston | 1976-1977 |
| United States National Academy of Sciences<br>Exchange Fellowship<br>Shemyakin Institute of Bioorganic Chemistry<br>Moscow, USSR. | 1976-1977 |
| Postdoctoral Fellowship Awardee<br>National Institutes of Health | 1974, 1976, 1978 |
| National Institutes of Health<br>Postdoctoral Training Grant Fellow<br>Harvard Medical School | 1973-1974 |
| Postdoctoral Research Fellow<br>Harvard University | 1971-1973 |
| National Institutes of Health<br>Training Grant Predoctoral Fellowship<br>Harvard University | 1966-1971 |
| Phi Beta Kappa<br>State University of New York<br>Buffalo, New York | 1964 |

## LECTURES AT SCIENTIFIC CONFERENCES:

| | |
|---|---|
| International Symposium on "The biochemistry<br>of S-adenosylmethionine as a basis of drug design"<br>Bergen, Norway<br>Lecture entitled "Cancer, methionine and transmethylation. " | 1985 |
| Federation of American Societies for<br>Experimental Biology Summer Research Conference entitled<br>"Folic acid, B-12, and one-carbon metabolism"<br>Saxtons River, Vermont<br>Lecture entitled "Altered methionine metabolism and transmethylation<br>in human cancer cells." | 1986 |
| Gordon Research Conference on Cancer<br>New London, New Hampshire<br>Lecture entitled "Methionine, transmethylation and cancer." | 1987 |

**EXHIBIT A**
**20**

Invited lecturer, Tissue Culture Association Conference
Las Vegas, Nevada
Lecture entitled "Partitioning of methyl groups in cancer and normal cell types."

1988

Federation of American Societies for
Experimental Biology Summer Research Conference
Copper Mountain, Colorado
Lecture entitled "Cancer, methionine metabolism and transmethylation."

1989

Invited Lecturer, Dae Han Biochemical Society
Seoul, Korea
Lecture entitled "Altered methionine metabolism, unbalanced
global cellular transmethylation and cancer."

1990

Invited Lecturer, Korean Association of Molecular Biology
Pusan, Korea
Lecture entitled "Rational evaluation and design of cancer drugs. "

1990

Third International Conference of Anticancer Research
Marathon, Greece
Lecture entitled "The development of clinically relevant *in vitro* and *in vivo*
preclinical models: Three-dimensional gel-supported *in vitro* histoculture and
orthotopic implantation and metastasis of human tumors in nude mice. "

1990

Invited Lecturer, Regina Elena Cancer Center
Rome, Italy
Lecture entitled "Patient-like *in vitro* and *in vivo* pre-clinical models of human cancer."

1991

Gordon Research Conference on Cancer Chemotherapy
New London, New Hampshire
Lecture entitled "Orthotopic-transplantation animal models for the identification
of new anticancer drugs. "

1992

Fourth International Congress of the Metastasis Research Society
Paris, France
Lecture entitled "The nude mouse comes to the cancer clinic:
Metastatic models of the major cancer types constructed by
orthotopic transplantation of histologically-intact patient specimens."

1992

First Congress of the International Society for Experimental Microsurgery
Rome, Italy
Lecture entitled "Microsurgery, orthotopic human tumor transplantation
and the nude mouse: Patent-like metastatic models of human cancer. "

1992

Keystone Symposium on Discovery and Development of Therapeutic Compounds
Snowmass, Colorado
Session Chairman, Lecture entitled "Orthotopic models for treatment
evaluation *in vivo* using histologically-intact cancer patient specimens."

1993

FASEB Summer Conference
Copper Mountain, Colorado
Lecture entitled "MetaMouse®: the nude mouse comes to the cancer clinic
via orthotopic transplantation of architecturally-intact patient tumors. "

1993

**EXHIBIT A**
**21**

Hellenic Society for Breast Cancer Research, First International Congress — 1993
Corfu, Greece
Lecture entitled "Patient-like cancer models and therapeutics specific for cancer- an approach to the next generation of treatment"

FASEB Summer Conference — 1994
Copper Mountain, Colorado
Lecture entitled "Tissue architecture and metastases"

Japan Society of Human Cell Meeting — 1995
Toyoma City, Japan
Lecture entitled "*In vitro* drug response assays are clinically useful in cancer"

Hellenic Society For Breast Cancer Research, Second International Congress — 1995
Kos Island, Greece
Lecture entitled "Methioninase (AC9301): A selective antitumor agent with a new mechanism of action."

6th International Congress on Anticancer Treatments — 1996
Paris, France
Lecture entitled "Pilot phase I clinical trial of methioninase: serum depletion of methionine without acute toxicity."

6th International Congress on Anticancer Treatments — 1996
Paris, France
Lecture entitled "The gelatinase-A Inhibitor CT1746 arrests human colon tumor growth and spread and increases survival in a patient like orthotopic model in nude mice."

IBC USA Alopecia Conference — 1996
San Diego, California
Lecture entitled "The feasibility of targeted selective gene therapy of the hair follicle."

Shanghai International Symposium on Liver Cancer & Hepatitis — 1996
Shanghai, China
Lecture entitled "Liver colonization capability governs metastatic potential"

Cambridge Healthtech Institute's Engineered Animal Models — 1996
Baltimore, Maryland
Lecture entitled "MetaMouse® Models of Cancer: Clinically Relevant Orthotopic Models of Cancer Growth and Metastasis"

Third International Conference of the Asian Clinical Oncology Society (ACOS) — 1996
Kunming, China
Lecture entitled "Taking chemotherapy from random to rational with the histoculture drug response assay"

The International Congress on Human Cell and Cell Culture — 1996
Tokyo, Japan
Lecture entitled "Nutritional regulation of cancer growth by use of methioninase: possible apoptotic cell kill mechanism"

The Sixth International Congress of the Metastasis Research Society — 1996
Gent, Belgium
Lecture entitled "Surgical Orthotopic Implantation (SOI): A new approach to develop clinically-relevant models of human metastatic cancer in immunodeficient rodents"

**EXHIBIT A**
**22**

IBC's Alopecia Conference
Washington, D.C.
Lecture entitled "Hair Follicle Targeting of Large and Small Molecules with
Topical Liposomes"                                                                1996

First Panhellenic Congress of Tumors Markers with International Participation      1996
Athens, Greece
Lecture entitled "Methionine dependence as a Possible Universal Therapeutic
Tumor Marker"

Seventh International Congress on Anticancer Treatment (SOMPS)                     1997
Paris, France
Lecture entitled "R-Methioninase as a potential universal apoptotic antitumor agent"

Seventh International Congress on Anticancer Treatment (SOMPS)                     1997
Paris, France
Lecture entitled "Acquisition of broad range multidrug resistance in recurrent
breast cancer"

IBC's Drug Discovery Approaches to Cosmeceuticals Conference                       1997
East Rutherford, NJ
Lecture entitled "Hair producing histoculture skin for the discovery of a new
generation of hair follicle targeted cosmeceuticals and therapeutics

30th Annual Meeting of the Japanese Research Society for Appropriate              1997
Cancer Chemotherapy
Tokyo, Japan
Lecture entitled "Histoculture Drug Response Assay"

IBC's Delivery Technologies for Cosmetic Ingredients Conference                   1997
Philadelphia, PA
Lecture entitled "Cosmetic and therapeutic molecules targeted to hair follicles
by topical liposomal application"

6th Hellenic Congress on Senology and the 3rd International Congress of the       1997
Hellenic Society for Breast Cancer Research
Alexandroupolis, Greece
Lecture entitled "Cachexia in breast cancer and elevated amino-acid requirements
of tumors: Selective biological targets for therapy"

FASEB Summer Research Conference on Biological Methylation                         1997
Saxtons River, Vermont
Lecture entitled "Alterations in methionine dependence and transmethylation
in cancer: methioninase for therapy"

3rd International Symposium on Polymer Therapeutics                            1998
London, England
Lecture entitled "Polyethylene glycol conjugation of recombinant methioninase
for cancer therapy"

8th International Congress on Anti-Cancer Treatment                            1998
Paris, France
Lecture entitled "Polyethylene glycol conjugation of recombinant methioninase
for cancer therapy"

**EXHIBIT A**
**23**

Gordon Research Conference on Lasers in Medicine and Biology      1998
Meriden, New Hampshire
Lecture entitled "Green fluorescent protein: A new light to study metastatsis and angiogenesis"

25th Balken Medical Week Conference      1998
Ioannina, Greece
Lecture entitled "Methioninase: A new selective cancer therapy"

7th Annual Meeting of the Japanese Association for Metastasis Research      1998
Sapporo, Japan
Lecture entitled "Green fluorescent protein: A new light to study the role of angiogenesis in metastasis"

SPIE's International Symposium on Biomedical Optics      1999
San Jose, CA
Lecture entitled "Green fluorescent protein: A new light to visualize metastasis and angiogenesis in cancer"

2nd International Symposium on GFP – The Green Fluorescent Protein      1999
San Diego, CA
Lecture entitled "Fluorescent optical tumor imaging (FOTI) of human cancers in live nude mice"

4th International Conference of the Asian Clinical Oncology Society (ACOS)      1999
Bali, Indonesia
Lecture entitled "Individualizing cancer chemotherapy by tumor histoculture"

58th Annual Meeting of the Japanese Cancer Association      1999
Hiroshima, Japan
Lecture entitled "Orthotopic transplant mouse models with green fluorescent protein-expressing cancer cells to visualize micrometastasis and angiogenesis"

SPIE's International Symposium on Biomedical Optics      2000
San Jose, CA
Lecture entitled "External optical imaging of green fluorescent protein-expressing metastatic tumors"

VIII International Congress of the Metastasis Research Society      2000
London, UK
Lecture entitled "GFP tumor, metastases, and angiogenesis whole-body imaging"

9th Shizuoka Drug Delivery Conference      2000
Shizuoka, Japan
Lecture entitled "Polyethylene glycol conjugation of recombinant methioninase for cancer therapy"

World Congress on In Vitro Biology      2000
San Diego, California
Lecture entitled "Individualized cancer chemotherapy by tumor histoculture"

13th International Congress on Photobiology      2000
San Francisco, California
Lecture entitled "*In vivo* high-throughput drug screen with whole-body imaging GFP tumor models"

**EXHIBIT A**
**24**

11th International Symposium for Bioluminescence and Chemiluminescence
Monterey, California
Lecture entitled "Whole-body optical imaging of green fluorescent protein-expressing tumors"

2000

3rd International Symposium on Minimal Residual Cancer
Hamburg, Germany
Lecture entitled "Mouse Models: Whole-body and intra-vital fluorescence imaging of minimal residual disease, tumor growth and progression"

2001

54th Annual Cancer Symposium of the Society of Surgical Oncology
Washington, DC
Lecture entitled "Visualizing gene expression by whole-body fluorescence imaging"

2001

Asan Medical Center, Dept. of General Surgery and Div. Of Hematology/Oncol.
Seoul, Korea
Special Lecture entitled "The clinical significance of Histoculture Drug Response Assay (HDRA) in solid tumors"

2001

92nd Annual American Association for Cancer Research Annual Meeting
Educational Session 7 – Approaches in Drug Development and Toxicology
New Orleans, Louisiana
Lecture entitled "Whole-body fluorescence imaging of GFP of tumor growth, Metastasis, angiogenesis and gene expression"

2001

NCI Mouse Models of Human Cancers Consortium Preclinical Trials Meeting
Bethesda, MD
Lecture entitled "In vivo imaging"

2001

NIH Mouse Models of Mammary Cancer Consortium Meeting
Bethesda, MD
Lecture entitled "Whole-body fluorescence imaging with GFP of tumor growth, metastasis, angiogenesis and gene expression"

2001

62nd Annual Meeting of the Society of Investigative Dermatology
Washington, DC
Oral Presentation "Gene therapy of growing hair shafts"

2001

NCI Mouse Models of Human Cancers Consortium Lung Cancer Workshop
Boston, MA
Lecture entitled "GFP imaging of lung tumors in nude mice"

2001

29th Annual Meeting of the American Society for Photobiology
Chicago, IL
Lecture entitled "Real-time whole-body fluorescence imaging of bacterial infection"

2001

NCI Preclinical Angiogenesis Imaging Models Working Group Meeting
Washington, DC
Lecture entitled "GFP imaging of angiogenesis in mice"

2001

IIR's 3rd Annual Conference on Angiogenesis: Innovative Science and
New Applications
Boston, MA
Lecture entitled" Whole-body and intravital optical imaging of angiogenesis in orthotopically implanted tumors"

2001

**EXHIBIT A**
**25**

2nd Annual Molecular Imaging Workshop                                  2001
East Lansing, MI
Lecture entitled "Whole-body fluorescence imaging with GFP of tumor growth,
metastasis, angiogenesis and gene expression"

15th Annual BACT Symposium                                             2001
Nagoya, Japan
Lecture entitled "*In vitro* chemosensitivity as a predictor of outcome in patients
with head and neck cancer"

University of Texas NSF IGERT Program Seminar                               2001
Austin, TX
Lecture entitled "Whole-body imaging of tumors, metastasis, micrometastasis,
angiogenesis and gene expression"

Massachusetts General Hospital, Wellman Laboratories of Photomedicine       2002
Lecture Series
Boston, MA
Lecture entitled "Optical imaging with GFP"

Sidney Kimmel Cancer Center Seminar Series                                 2002
San Diego, CA
Lecture entitled "Optical imaging with GFP"

SPIE's BIOS 2002 Symposium – Conference on Functional Imaging and          2002
Optical Manipulation of Living Cells and Tissues
San Jose, CA
Lecture entitled "Fluorescence imaging of angiogenesis in green fluorescent
protein-transduced tumors"

European School of Haematology's Animal Models of Human Disease:           2002
Modeling Human Cancers in the Mouse: A Practical Issue
Paris, France
Lecture entitled "Whole-body fluorescence imaging of tumor growth,
micrometastasis, metastasis, angiogenesis and gene expression"

Showa University, Northern Yokohama Hospital                                2002
Yokohama, Japan
Lecture entitled "Green fluorescent protein imaging of cancer"

UCLA Crump/General Electric/LSI Molecular Imaging Seminar Series            2002
Los Angeles, CA
Lecture entitled "Optical imaging with GFP"

93rd Annual Meeting of the American Association for Cancer Research    2002
San Francisco, CA
Lecture entitled "Direct external imaging of nascent cancer, tumor progression,
angiogenesis, and metastasis on internal organs in the fluorescent orthotopic model"

University of Texas of M.D. Anderson Cancer Center – Dept. of Cancer Biology's  2002
Cancer Metastasis Research Program Seminar Series
Houston, TX
Lecture entitled "Optical imaging with GFP"

**EXHIBIT A**
**26**

Netherlands Cancer Institute Symposium: In the Footsteps of                                    2002
Antoni Van Leeuwenhoek
Amsterdam, Netherlands
Lecture entitled "Non-invasive visualization of fluorescent tumors in intact animals"

6th Joint Meeting of the Japan Society of Histochemistry and Cytochemistry       2002
and the Histochemical Society
Seattle, WA
Lecture entitled "Non-invasive visualization of fluorescent tumors in intact animals"

9th Annual Meeting of the European Hair Research Society                         2002
Brussels, Belgium
Lecture entitled "Selective hair follicle targeting"

6th Congress of the International Society for Experimental Microsurgery          2002
San Diego, CA
Lecture entitled "Direct external imaging of nascent cancer, tumor progression,
angiogenesis, and metastasis on internal organs in the fluorescent orthotopic model"

1st Annual Meeting of the Society of Molecular Imaging                           2002
Boston, MA
Lecture entitled "Multi-color imaging with fluorescent proteins"

9th International Congress of the Metastasis Research Society                     2002
Chicago, IL
Lecture entitled "Dual-color imaging of tumors and metastasis in mice"

2nd Petersberg Euroconference                                                   2002
Petersberg, Germany
Lecture entitled "*In vivo* fluorescence resonance energy transfer (FRET) measurement"

Jichi Medical School                                                            2002
Jichi, Japan
Lecture entitled "Green fluorescent protein imaging of tumor cells *in vivo*"

Dana-Farber/Harvard Cancer Center Cancer Cell Biology Program's                 2002
Minisymposium on Molecular Imaging
Boston, MA
Lecture entitled "Dual-color *in vivo* imaging of cancer"

The Hebrew University of Jerusalem                                               2003
Jerusalem, Israel
Lecture entitled "A hair-brain connection: Nestin expressing hair follicle stem cells"

The Hebrew University of Jerusalem                                               2003
Jerusalem, Israel
Lecture entitled "Whole-body optical imaging of tumor growth, metastasis and
host reaction"

Russian Academy of Sciences, Institute of Gene Biology                          2003
Moscow, Russia
Lecture entitled "*In vivo* molecular imaging with fluorescent protein"

**EXHIBIT A**
27

M.D. Anderson Cancer Center                                                     2003
1st Course of Molecular Mechanisms in Brain Tumors
Montgomery, TX
Lecture entitled "Use of green fluorescent protein and red fluorescent protein
to follow brain tumors and their therapy *in vivo* by whole-body imaging"

National Institute of Infectious Diseases                                       2003
Symposia on Bioimaging and Nano-technology
Tokyo, Japan
Lecture entitled "Imaging analysis of angiogenesis and metastasis of cancer"

Roswell Park Cancer Institute                                                   2003
Molecular and Cellular Biophysics Department Special Seminar
Buffalo, NY
Lecture entitled "Multi-colored imaging of multiple events in tumor progression"

76th Annual Meeting of the Japanese Orthopaedic Association                     2003
Kanazawa, Japan
1) Lecture entitled "Correlation of green fluorescent protein with standard x-ray in
assessing prostate cancer bone lesions in nude mice"
2) Lecture entitled "Multicolor in vivo cellular and molecular imaging with GFP and RFP"

15th Annual Pezcoller Symposium (see *Cancer Research* **64**, 2929-2933, 2004)  2003
Rovereto, Italy
Lecture entitled "Real-time visualization of cancer cellular and molecular biology
in the intact animal"

Tumor Biology Center at the University of Freiburg's Symposium on Novel Approaches  2003
for the Discovery of Anticancer Agents.
Freiburg, Germany
Lecture entitled "Imaging tumor progression *in vivo*"

Dedication of Dong Fang Hospice in honor of founder Professor Jia Xi Li and in memory  2003
Of former Minister of Health Minzhang Chen
Beijing, P.R. China
Lecture entitled "Drug evaluation in pancreatic cancer MetaMouse"

4th International Symposium on Minimal Residual Cancer                           2003
Oslo, Norway
Lecture entitled "Visualizing live tumor cells interacting with host cells color-
Coded with green fluorescent protein and red fluorescent protein"

SPIE's BIOS 2004 Symposium – Genetically engineered and optical probes          2004
for biomedical applications II: Genetically engineered fluorescent proteins
and bioluminescent probes.
San Jose, CA
Lecture entitled "Dual-color imaging of tumor host interaction with GFP and RFP"

26th Annual University of California of San Diego Assembly in Surgery           2004
San Diego, CA
Lecture entitled "Dual-color fluorescence imaging of tumor-host interaction with
green and red fluorescent proteins"

Pfizer and Howard Hughes Medical Institute Seminar Series at Connecticut College  2004
New London, CT
Lecture entitled "Multi-color *in vivo* imaging: The new cell biology"

**EXHIBIT A**
**28**

95th American Association for Cancer Research Annual Meeting –          2004
"Meet-the-Expert" Sunrise Session
Orlando, FL
Lecture entitled "Imaging of animal models with GFP"

Kyoto University Graduate School of Medicine, Department of Pharmacology          2004
Kyoto, Japan
Lecture entitled "*In vivo* imaging with fluorescent proteins"

13th Annual Meeting of the Japanese Association for Metastasis Research          2004
Tokyo, Japan
Lecture entitled "*In vivo* imaging with fluorescent proteins"

Mouse Workshop at Murinus GmbH          2004
Hamburg, Germany
Lecture entitled "Multi-color fluorescence imaging *in vivo*: The new cell biology"

4th Intercontinental Meeting of the Hair Research Societies          2004
Berlin, Germany
Lecture entitled "Potential of nestin-expressing hair-follicle stem cells to form neurons
and blood vessels"

32nd Annual Meeting of the American Society for Photobiology          2004
Seattle, WA
Lecture entitled "Multi-color *in vivo* imaging with fluorescent proteins"

12th International Congress of the Histochemisty and Cytochemistry          2004
San Diego, CA
Lecture entitled "Rainbow imaging *in vivo*"

University of Washington's Friday Harbor Laboratories Centennial Celebration -          2004
Calcium-Regulated Photoproteins and Green Fluorescent Proteins
Friday Harbor, WA
Lecture entitled "Imaging cell biology *in vivo* with fluorescent proteins"

42nd Annual Meeting of the Japan Society of Clinical Oncology          2004
Kyoto, Japan
Lecture entitled "Multicolor imaging of tumor growth, metastasis and angiogenesis *in vivo*"

19th Annual Meeting of the International Society for Biological Therapy of Cancer          2004
Primer on Biological Therapy of Cancer
San Francisco, CA
Lecture entitled "Rainbow imaging: Cell biology *in vivo*"

Florescent Proteins in Drug Development          2004
*In Vivo* Molecular Imaging
Cambridge Healthtech Institute
La Jolla, California
Lecture entitled "*In Vivo* imaging with green fluorescent proteins"

19th World Congress of International Society for Digestive Surgery          2004
Yokohama, Japan
Lecture entitled: "*In Vivo* imaging with fluorescent proteins: the new cell biology"

**EXHIBIT A**
**29**

European Molecular Biology Organizations' Course on Light Microscopy       2005
Life Specimens in collaboration with the National University of Singapore,
the Institute of Molecular Cell Biology, and the Institute of Bio and Nanotechnology
Singapore
Lecture entitled "*In vivo* imaging with fluorescent proteins: the new cell biology"

SPIE's BIOS 2005 Symposium – Genetically engineered and optical probes       2005
for biomedical applications III.
San Jose, CA
Lecture entitled "*In vivo* imaging with fluorescent proteins: the new cell biology"

Biophysical Society 49th Annual Meeting       2005
Long Beach, CA
Lecture entitled "Imaging with fluorescent proteins in vivo, the new cell biology"

University of Texas NSF IGERT Program Seminar       2005
Austin, TX
Lecture entitled "*In vivo* imaging with multi-color fluorescent proteins: The new cell biology"

4th Conference on Hyperhomocysteinemia       2005
Saarbrucken, Germany
Lecture entitled "Use of methionine-homocysteine, $\alpha$, $\gamma$-lyases to develop an *in vitro*
Enzymatic diagnostics panel for homocysteine, cysteine, methionine and vitamin $B_6$."

Joint Congress of the Histochemical Society and the Society for Histochemistry       2005
Noordwijkerhout, The Netherlands
Lecture entitled "Multi-color imaging of the multiple events of tumor progression in
real-time"

66th Annual Meeting of the Society of Investigative Dermatology       2005
St. Louis, MO
Lecture entitled "Nestin-positive, keratin-15-negative primitive stem cells in the hair
follicle capable of forming multiple types of non-hair-follicle cells"

14th Annual Meeting of the Japanese Association for Metastasis Research       2005
Osaka, Japan
Lecture entitled "Multi-color imaging of the multiple events of tumor progression in real-time"

University of Texas, MD Anderson Cancer, Science Park-Research Division,       2005
Virginia Harris Cockrell Cancer Research Institute
Lecture entitled "Multi-color imaging of the multiple events of tumor progression in real time"

1st International Tübingen-Symposium on Pediatric Solid Tumors       2005
Tübingen, Germany
Lecture entitled "Dual-color labeling and fluorescent imaging for in vivo visualization of cytoplasmic and nuclear
dynamics of cancer cell migration"

63rd Annual Meeting of the Microscopy Society of America-       2005
Microscopy and Microanalysis 2005
Honolulu, HI
Lecture entitled "Multi-color in vivo imaging with fluorescent proteins: The new cell biology"

10th Anniversary Drug Discovery Technology and Development Conference       2005
Boston, MA
Lecture entitled "In vivo imaging of tissues, cells, organelles, trafficking and gene expression
with multicolor fluorescent proteins in real-time"

**EXHIBIT A**
**30**

Stem Cell Research: A Technology with the Promise to Contribute to All of Medicine    2005
Cambridge Healthtech Institute
Lecture entitled "Hair follicle nestin-expressing stem cells can form neurons"

5th International Symposium on Minimal Residual Cancer    2005
San Francisco, CA
Lecture entitled "Multi-color subcellular imaging of cancer cell dynamics in live animals"

43rd Annual Meeting of the Japan Society of Clinical Oncology    2005
Sapporo, Japan
Lecture entitled "Visualizing the *in vivo* cell biology of metastasis in real time"

35th Annual European Society for Dermatological Research    2005
Tübingen, Germany
Lecture entitled "Multi-potent nestin-positive keratin-negative hair-follicle bulge stem cells
can form neurons"

Eisai Oncology Area Committee Meeting    2005
Boston, MA
Lecture entitled "Orthotopic transplantation models and GFP imaging"

13th Annual Meeting of the Society for Hair Science Research    2005
Tokyo, Japan
Lecture entitled "Implanted hair follicle stem cells form Schwann cells which support
repair of severed nerves and spinal cord"

SPIE's BIOS 2006 Symposium – Genetically engineered and optical probes    2006
for biomedical applications.
San Jose, CA
Lecture entitled "Multi-color imaging with fluorescent proteins in mice"

Cambridge Healthtech Institute's 13th International Molecular Medicine Tri-Conference    2006
San Francisco, CA
Lecture entitled "Orthotopic Metastatic Mouse Models: the Bridge Linking
Preclinical and Clinical Development"

9th Annual Meeting of the American Society for Gene Therapy    2006
Baltimore, MD
Lecture entitled "Metastatic disease in cancer"

47th Annual Meeting of the Japanese Society of Clinical Cytology    2006
Yokohama, Japan
Lecture entitled "Real time multi-color subcellular imaging in mice"

Genomics and Cancer 2006 – German Cancer Research Center (DKFZ)    2006
Heidelberg, Germany
Lecture entitled "*Salmonella typhimurium* amino acid auxotrophs selectively target
metastatic prostate and breast tumors"

FEBS Advanced Course: From Functional Genomics to Molecular Proteomics    2006
Yerevan, Armenia
Lecture entitled "Tri-color whole-body cellular imaging of tumor-stroma interaction and
drug response in live mice"

**EXHIBIT A**
**31**

21st Century COE Colloquium: Animal Models of Cancer Research – Kyoto University    2006
Kyoto, Japan
Lecture entitled "Development of the new field of in vivo cell biology with multi-color
fluorescent proteins"

Dynamic Microscopy 2006    2006
Würzburg, Germany
Lecture entitled "Whole-body subcellular imaging in the live animals"

18th Annual Meeting of the Korean Society for Molecular and Cellular Biology    2006
Seoul, Korea
Lecture entitled "Subcellular imaging in living mice: The new cell biology"

2006 Hwasun Optical Imaging Workshop & Symposium    2006
Seoul, Korea
Lecture entitled "Targeted therapy with a *Salmonella typhimurium* Leucine-Arginine
auxotroph cures orthotopic human breast tumors in nude mice"

14th Symposium on Bioluminescence and Chemiluminescence    2006
San Diego, CA
Lecture entitled "Subcellular imaging in vivo: The new cell biology"

Cambridge Healthtech Institute's 3rd Annual Fluorescent Proteins in Drug Development    2006
La Jolla, California
Lecture entitled "Whole-body subcellular imaging in the live mouse"

International Symposia for Bioimaging    2006
Kyoto, Japan
Lecture entitled "Subcellular imaging in vivo: The new cell biology"

Joint Meeting of the 3rd ISC International Conference on Cancer Therapeutics and the    2006
11th International Symposium on Cancer Chemotherapy
Tokyo, Japan
Lecture entitled "The use of fluorescent proteins imaging to visualize new cellular and
subcellular targets for cancer chemotherapy in vivo"

SPIE's BIOS 2007 Symposium – Genetically engineered and optical probes    2007
for biomedical applications.
San Jose, CA
Lecture entitled "Tri-color whole-body cellular imaging of tumor-stroma interaction and
drug response in live mice"

Keystone Symposium on Imaging Immune Response    2007
Keystone, CO
Lecture entitled "Tri-color imaging of interaction of the host immune system and tumor
Cells in the living mouse"

79th Japanese Gastric Cancer Meeting    2007
Nagoya, Japan
Lecture entitled "The use of fluorescent protein imaging to visualize new cellular and
subcellular targets for cancer chemotherapy in vivo"

3rd International Conference on Stem Cell Research and Therapeutics    2007
San Diego, CA
Lecture entitled "Multipotency of Hair Follicle Stem Cells to Form Neural Cells

**EXHIBIT A**
**32**

143rd Meeting of the Japanese Society of Veterinary Medicine       2007
Tsukuba City, Japan
Lecture entitled "Subcellular imaging *in vivo*: The new cell biology"

Annual Meeting of the American Society for Investigative Pathology at       2007
Experimental Biology 2007
Washington, DC
Lecture entitled "Whole-body subcellular multicolor imaging of tumor-host interaction and drug response in real time"

54th Annual Meeting of the Japanese Meeting of Animal Science       2007
Tokyo, Japan
Lecture entitled "Whole-body subcellular multicolor imaging of tumor-host interaction and drug response in real time"

2007 University of Pennsylvania's In Vivo Optical Imaging Retreat Progress &       2007
Clinical Translation
Philadelphia, PA
Lecture entitled "Multicolor macro and cellular imaging in vivo"

16th Annual Meeting of the Japanese Metastasis Society       2007
Toyama City, Japan
Lecture entitled "Non-invasive multi-color imaging of cancer and stromal cells in live mice"

Topical Problems of Biophotonics       2007
Nizhny Novgorod, Russia
Lecture entitled "Multicolor whole-body cellular imaging with fluorescent proteins"

Cedars-Sinai Medical Center, Dept. of Surgery and Minimally Invasive Surgical       2007
Technologies Institute, Research Seminar
Los Angeles, CA
Lecture entitled "The pluripotency and clinical potential for regenerative medicine of hair follicle stem cells"

23rd Japan Human Science Bio-Seminar       2007
Tokyo, Japan
Lecture entitled "In vivo molecular imaging with fluorescent proteins: a new paradigm for drug discovery"

4th Symposium in Stem Cell Repair and Regeneration       2007
London, England
Lecture entitled "Multipotency of hair follicle stem cells to form neural cells"

66th Annual Meeting of the Japanese Cancer Association       2007
Yokohama, Japan
Lecture entitled "Direct targeting of lymph node metastasis with a tumor-selective strain of *Salmonella typhimurium*"

SPIE's BIOS 2008 Symposium – Small Animal Whole-Body Optical Imaging Based on       2008
Genetically Engineered Probes.
San Jose, CA
Lecture entitled "Direct tareting of lymph node metastasis of pancreatic cancer with a tumor-Selective strain of *Salmonella typhimurium*"

**EXHIBIT A**
**33**

SPIE's BIOS 2008 Symposium – Small Animal Whole-Body Optical Imaging Based on     2008
Genetically Engineered Probes.
San Jose, CA
Lecture entitled "Use of GFP for in vivo imaging: Concepts and miconceptions"

SPIE's BIOS 2008 Symposium – Small Animal Whole-Body Optical Imaging Based on     2008
Genetically Engineered Probes.
San Jose, CA
Lecture entitled "Use of telomerase-specific replication-competent adenovirus expressing GFP
(OBP-401) to label tumor cells in vivo for surgical navigation"

SPIE's BIOS 2008 Symposium – Small Animal Whole-Body Optical Imaging Based on     2008
Genetically Engineered Probes.
San Jose, CA
Lecture entitled "Imaging enhancement of malignancy by cyclophosphamide: Surprising
chemotherapy opposite effects"

SPIE's BIOS 2008 Symposium – Small Animal Whole-Body Optical Imaging Based on     2008
Genetically Engineered Probes.
San Jose, CA
Lecture entitled "Non-invasive in vivo subcellular multicolor imaging of the tumor microenvironment
and drug response in real time"

SPIE's BIOS 2008 Symposium – Small Animal Whole-Body Optical Imaging Based on     2008
Genetically Engineered Probes.
San Jose, CA
Lecture entitled "Multicolor imaging of intra-lymphatic pancreatic-cancer-cell trafficking using
red fluorescent protein-labeled cancer cells and green fluorescent protein monoclonal anti-LYVE-1
antibody"

University of British Columbia Life Science Institute Seminar Series     2008
Vancourver, BC, Canada
Lecture entitled "In vivo molecular imaging with fluorescent proteins: A new paradigm for drug
discovery"

31st Postgraduate Assembly in Surgery Conference     2008
San Diego, CA
Marshall J. Orloff Lecture entitled "Animal models of human cancer: What have we learned?

Ordway Research Institute Seminar Series     2008
Albany, NY
Lecture entitled "Color-coded in vivo imaging with fluorescent proteins"

Roswell Park Cancer Institute Pharmacology and Therapeutics Seminar Series     2008
Buffalo, NY
Lecture entitled "Imaging small animals with fluorescent proteins. The new science of in vivo
cell biology"

Korean Society for Molecular Imaging Annual Meeting     2008
Seoul, Korea
Lecture entitle "Imaging with fluorescent proteins: The new science of in vivo cell biology"

3rd Meeting of the Japanese Society of Molecular Imaging     2008
Omiya City, Japan
Lecture entitled "Subcellular in vivo imaging: The new cell biology"

**EXHIBIT A**
**34**

3rd Goettingen Meeting on Molecualar and Optical Imaging                    2008
Bad Sooden-Allendorf, Germany
Lecture entitled "Imaging with fluorescent proteins:  The new science of in vivo cell biology"

25th Conference of the European Society for Microcirculation                2008
Budapest, Hungary
Lecture entitled "Dynamic imaging of cancer cells in the microcirculation"

25th Conference of the European Society for Microcirculation                2008
Budapest, Hungary
Lecture entitled "Measurement of homocysteine microsamples"

1st Advanced Bio-Imaging Workshop at Hawksbury, University of Western Sydney    2008
Hawksbury, Australia
Lecture entitled "Fluorescent proteins for in vivo imaging of cancer and for anticancer drug discovery"

1st Advanced Bio-Imaging Workshop at Hawksbury, University of Western Sydney    2008
Hawksbury, Australia
Lecture entitled "Effective cancer treatment using tumor targeting bacteria"

1st Advanced Bio-Imaging Workshop at Hawksbury, University of Western Sydney    2008
Hawksbury, Australia
Lecture entitled "Subcellular imaging techniques to study tumor-host interactions"

BIO Japan 2008                                                                   2008
Yokohama, Japan
Lecture entitled "The use of fluorescent proteins for high resolution multiparameter in vivo imaging"

17th Annual Meeting of the Bioimaging Society (Presidential Symposium)        2008
Chiba, Japan
Lecture entitled "Cellular and subcellular imaging with fluorescent proteins in live mice"

UCSD Moores Cancer Center-Cancer Therapeutics Training Program Lecture Series     2008
La Jolla, CA
Lecture entitled "The multiple uses of fluorescent proteins to visualize cancer in vivo"

SPIE's BIOS 2009 Symposium – Fluorescence In Vivo Imaging Based on Genetically-Engineered    2009
Probes: From Living Cells to Whole Body Imaging IV
San Jose, CA
Lecture entitled "Real-time color-coded cellular imaging of interaction between lung metastasis and splenocytes"

SPIE's BIOS 2009 Symposium – Fluorescence In Vivo Imaging Based on Genetically-Engineered    2009
Probes: From Living Cells to Whole Body Imaging IV
San Jose, CA
Lecture entitled "Selective GFP labeling of cancer metastasis in nude mice by the telomerase-specific replication-competent adenovirus expressinog GFP (OBP-401)"

GTCbio's 5th Stem Cell Research and Therapeutics Conference                   2009
Cambridge, MA
Lecture entitled "The pluripotency of hair follicle stem cells to form neurons and other cell types for regenerative medicine"

2nd Pan Pacific Symposium on Stem Cells Research                              2009
Taichung, Taiwan
Lecture entitled "The *In Vivo* Revolution: The Use of Fluorescent Proteins to Image Cancer and Other Diseases in Mice"

**EXHIBIT A**
**35**

2nd Pan Pacific Symposium on Stem Cells Research                                    2009
Taichung, Taiwan
Lecture entitled "The Pluripotency of Hair Follicle Stem Cells and Their Potential Use in
Regenerative Medicine"

Japanese Molecular Imaging Meeting                                                 2009
Tokyo, Japan
Lecture entitled "Imaging with Fluorescent Proteins *In Vivo*:  The New Revolution"

ChineseAcademy of Medical Sciences and the Peking Union Medical College           2009
Beijing, China
Lecture entitled "The Multiple Uses of Fluorescent Proteins to Visualize Cancer *In Vivo"*

The Hebrew University of Jerusalem – Immunology Seminar                            2009
Jerusalem, Israel
Lecture entitled "Imaging with fluorescent proteins – The In Vivo Revolution"

II International Symposium - Topical Problems of Biophotonics                       2009
Nizhny Novgorod, Russia
Lecture entitled "Current Technology for *In Vivo* Imaging Using Fluorescent Proteins"

36th Congress of the International Union of Physiological Sciences                  2009
Kyoto, Japan
Lecture entitled "Advantages of Hair Follicle Pluripotent Stem (hfPS) Cells over ES and
IPS Cells for Regenerative Medicine"

KEIO-LUND (Keio University) Summer School                                          2009
Tokyo, Japan
Lecture entitled "Advantages of Hair Follicle Pluripotent Stem (hfPS) Cells over ES and
IPS Cells for Regenerative Medicine"

Bio Japan 2009 - World Business Forum                                             2009
Yokohama, Japan
Lecture entitled "Whole-Body Subcellular Multicolor Imaging of Tumor-Host Interaction and
Drug Response in Real Time"

WE-Heraeus-Seminar on Molecular Imaging                                            2009
Bad Honnef, Germany
Lecture entitled "*In Vivo* Imaging with Fluorescent Proteins from Macro to Subcellular"

3rd Advances in Stem Cell Discovery & Development                                  2009
San Diego, CA
Lecture entitled "Human hair follicle pluripotent stem (hfPS) cells promote regeneration of
peripheral-nerve injury:  An advantageous alternative to ES and iPS cells"

The 4th International Forum on Laboratory Animal Sci-Tech and The 7th Annual Conference   2009
on Laboratory Animal Sci-Tech of North China
Beijing, China
Lecture entitled "*In Vivo* Imaging with Fluorescent Proteins from Macro to Subcellular"

Medical Materials in Taiwan Forum                                                  2009
Kaoshiung, Taiwan
Lecture entitled "*In Vivo* Imaging with Fluorescent Proteins from Macro to Subcellular"

Medical Materials in Taiwan Forum                                                  2009
Kaoshiung, Taiwan
Lecture entitled "The Successful Story of AntiCancer Inc."

**EXHIBIT A**
**36**

National Animal Laboratory Center                                            2009
Taipei, Taiwan
Lecture entitled "The *In Vivo* Revolution:  The Use of Fluorescent Proteins to Image Cancer
and Other Diseases in Mouse Models in Real Time"

35th Annual Meeting of the Taiwanese Dermatological Association               2009
Kaohsiung, Taiwan
Lecture entitled "Human Hair Follicle Pluripotent Stem (hfPS) Cells for Regenerative
Medicine:  An Advantageous Alternative to ES and iPS Cells"

Kyushu University (Department of Dermatology)                                2009
Fukuoka, Japan
Lecture entitled "Human Hair Follicle Pluripotent Stem (hfPS) Cells for Regenerative
Medicine:  An Advantageous Alternative to ES and iPS Cells"

UVP Bio-Imaging International Sales Meeting                                   2010
Bangkok, Thailand
Lecture entitled "Fluorescent protein in vivo imaging"

DFG-Excellence Academy of Molecular Imaging                                  2010
Aachen, Germany
Lecture entitled "In vivo imaging with fluorescent proteins from macro to subcellular"

6th Annual Stem Cell Research and Therapeutics Conference                    2010
Boston, MA
Lecture entitled "Direct transplantation of uncultured hair follicle pluripotent stem (hfPS) cells
promotes the recovery of pheripheral nerve"

9th International Conference of the Asian Clinical Oncology Society           2011
Gifu, Japan
Lecture entitled "The multiple uses of fluorescent proteins to visualize cancer in vivo"

Japanese National Cancer Center Research Institute                           2011
Tokyo, Japan
Lecture entitled "The GFP revolution in vivo"

Bio-Japan                                                                    2010
Yokohama, Japan
Lecture entitled "The multiple uses of fluorescen proteins to visualize cancer in vivo"

22nd Annual Meeting of the Korean Society for Molecular and Cellular Biology  2011
Seoul, Korea
Lecture entitled "The use of fluorescent proteins for cellular  and subcellular imaging in live mice"

Idibell Cancer Conferences (ICC) on Mouse Models of Cancer                   2011
Barcelona, Spain
Lecture entitled "Orthotopic metastatic mouse models expressing fluorescent proteins for
imaging metastasis at the macro and cellular level in real time"

4th Advances in Stem Cell Discovery and Development Conference               2011
San Francisco, CA
Lecture entitled "Nestin-expressing cells from the dermal papilla and bulge area in the mouse
vibrissa can equally repair spinal cord injury"

**EXHIBIT A**
37

2nd Annual General Surgery Update                                              2011
Las Vegas, NV
Lecture entitled "Animal models of human cancer – what have we learned?"

74th Annual Meeting of the Japanese Dermatological Assocation                   2011
Tokyo, Japan
Lecture entitled "In vivo imaging of dynamics of tumor growth, metastasis and angiogenesis"

Annual Meeting of the Society for Investigative Dermatology                     2011
Phoenix, AZ
Lecture entitled "The bulge area is the major hair follicle source of nestin-expressing cells which
can repair the spinal cord compared to the dermal papilla"

6th Workshop on Advanced Multiphoton & Fluorescence Lifetime Imaging Techniques (FLIM)   2011
Saarbrücken, Germany
Lecture entitled "The multiple uses of fluorescen proteins to visualize cancer in vivo"

7th Triennial International Union of Pure and Applied Physics                   2011
La Jolla, CA
Lecture entitled "The multiple uses of fluorescen proteins to visualize cancer in vivo"

15th Annual Meeting of the European Hair Research Society                       2011
Jerusalem, Israel
Lecture entitled "The bulge area is the major hair follicle source of nestin-expressing pluripotent
stem cells"

III International Symposium on Topical Problems of Biophotonics                 2011
Nizhny Novgorod, Russia
Lecture entitled "Imaging the in vivo cell biology of cancer"

21st International Pigment Cell Conference                                      2011
Bordeaux, France
Lecture entitled "Hair follicle pluripotent stsem (hfPS) cells for regenerative medicine:
an advantageous alternative to ES and iPS cells"

**EXHIBIT A**
**38**

**EXHIBIT A**
39

**Most Cited Publications of Robert M. Hoffman (1-100)**
**Total unique citations: 19,422 (ISI: 12,361) (Google: 16,627) (Scopus: 10,98**
**h-index = 75 (75 publications with at least 75 citations each)**

1.  Schmitt, C.A., Fridman, J.S., Yang, M., Lee, S., Baranov, E., Hoffman, R.M., and Lowe, S.W. A senescence program controlled by p53 and p16$^{INK4a}$ contributes to the outcome of cancer therapy. Cell **109**, 335-346, 2002. (Total unique citations: **554**) (ISI: 375) (Google: 500) (Scopus: 385)

2.  Yang, M., Baranov, E., Jiang, P., Sun, F-X., Li, X-M., Li, L., Hasegawa, S., Bouvet, M., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A.R., Penman, S., Hoffman, R.M. Whole-body optical imaging of green fluorescent protein-expressing tumors and metastases. Proc. Natl. Acad. Sci. USA **97**, 1206-1211, 2000. (Total unique citations: **472**) (ISI: 266) (Google: 429) (Scopus: 292)

3.  Hoffman, R.M. Altered methionine metabolism, DNA methylation and oncogene expression in carcinogenesis. A review and synthesis. Biochim. Biophys. Acta **738**, 49-87, 1984. (Total unique citations: **380**) (ISI: 293) (Google: 311) (Scopus: 23)

4.  Schmitt, C.A., Fridman, J.S., Yang, M., Baranov, E., Hoffman, R.M. and Lowe, S.W. Dissecting p53 tumor suppressor functions in vivo. Cancer Cell **1**, 289-298, 2002 (Cover story). (Total unique citations: **357**) (ISI: 261) (Google: 329) (Scopus: 266)

5.  Wang, X., Fu, X., Brown, P.D., Crimmin, M.J. and Hoffman, R.M. Matrix metalloproteinase inhibitor BB-94 (batimastat) inhibits human colon tumor growth and spread in a patient-like orthotopic model in nude mice. Cancer Res. **54**, 4726-4728, 1994. (Total unique citations: **301**) (ISI: 221) (Google: 241) (Scopus: 215)

6.  Hoffman, R.M. The multiple uses of fluorescent proteins to visualize cancer *in vivo*. Nature Reviews Cancer **5**, 796-806, 2005. (Total unique citations: **293**) (ISI: 191) (Google: 264) (Scopus: 194)

7.  Hoffman, R.M. Orthotopic metastatic mouse models for anticancer drug discovery and evaluation: a bridge to the clinic. Investigational New Drugs **17**, 343-359, 1999. (Total unique citations: **288**) (ISI: 157) (Google: 270) (Scopus: 168)

8.  Chishima, T., Miyagi, Y., Wang, X., Yamaoka, H., Shimada, H., Moossa, A.R. and Hoffman, R.M. Cancer invasion and micrometastasis visualized in live tissue by green fluorescent protein expression. Cancer Research **57**, 2042-2047, 1997. (Total unique citations: **279**) (ISI: 173) (Google: 243) (Scopus: 183)

9.  Glinsky, G.V., Glinskii, A.B., Stephenson, A.J., Hoffman, R.M., and Gerald, W.L. Gene expression profiling predicts clinical outcome of prostate cancer. J. Clin. Investig. **113**, 913-923, 2004. (Total unique citations: **242**) (ISI: 153) (Google: 223) (Scopus: 154)

10. Li, L., Hoffman, R.M. The feasibility of targeted selective gene therapy of the hair follicle. Nature Medicine **1**, 705-706, 1995. (Total unique citations: **235**) (ISI: 131) (Google: 211) (Scopus: 135)

11. Hoffman, R. Green fluorescent protein imaging of tumour growth, metastasis, and angiogenesis in mouse models. Lancet Oncology **3**, 546-556, 2002. (Total unique citations: **220**) (ISI: 132) (Google: 183) (Scopus: 151)

12. Furukawa, T., Fu, X., Kubota, T., Watanabe, M., Kitajima, M. and Hoffman, R.M. Nude mouse metastatic models of human stomach cancer constructed using orthotopic transplantation of histologically intact tissue. Cancer Res. **53**, 1204-1208, 1993. (Total unique citations: **215**) (ISI: 91) (Google: 184) (Scopus: 77)

13. Fu, X.Y., Besterman, J.M., Monosov, A. and Hoffman, R.M. Models of human metastatic colon cancer in nude mice orthotopically constructed by using histologically intact pa161ient specimens. Proc. Natl. Acad. Sci. USA **88**, 9345-9349, 1991. (Total unique citations: **208**) (ISI: 156) (Google: 161) (Scopus: 112)

14. Yang, M., Baranov, E., Moossa, A.R., Penman, S., Hoffman, R.M. Visualizing gene expression by whole-body fluorescence imaging. Proc. Natl. Acad. Sci. USA **97**, 12278-12282, 2000. (Total unique citations: **203**) (ISI: 96) (Google: 184) (Scopus: 115)

15. Amoh, Y., Li, L., Katsuoka, K., Penman, S., and Hoffman, R.M. Multipotent nestin-positive, keratin-negative hair-follicle-bulge stem cells can form neurons. Proc. Natl. Acad. Sci. USA **102**, 5530-5534, 2005. (Total unique citations: **203**) (ISI: 137) (Google: 180) (Scopus: 135)

16. Fu, X., Guadagni, F. and Hoffman, R.M. A metastatic nude-mouse model of human pancreatic cancer constructed orthotopically from histologically intact patient specimens. Proc. Natl. Acad. Sci. USA **89**, 5645-5649, 1992. (Total unique citations: **189**) (ISI: 124) (Google: 154) (Scopus: 109)

17. Furukawa, T., Kubota, T., Hoffman, R.M. Clinical applications of the histoculture drug response assay. Clinical Cancer Research **1**, 305-311, 1995. (Total unique citations: **179**) (ISI: 108) (Google: 145) (Scopus: 126)

18. Li, L., Mignone, J., Yang, M., Matic, M., Penman, S., Enikolopov, G., and Hoffman, R.M. Nestin expression in hair follicle sheath progenitor cells. Proc. Natl. Acad. Sci. USA **100**, 9958-9961, 2003. (Total unique citations: **176**) (ISI: 123) (Google: 155) (Scopus: 120)

19. Hoffman, R.M. and Erbe, RW. High *in vivo* rates of methionine biosynthesis in transformed human and malignant rat cells auxotrophic for methionine. Proc. Natl. Acad. Sci. USA **73**, 1523-1527, 1976. (Total unique citations: **173**) (ISI: 141) (Google: 143) (Scopus: 52)

20. Yang, M., Jiang, P., Sun, F.X., Hasegawa, S., Baranov, E., Chishima, T., Shimada, H., Moossa, A.R., and Hoffman, R.M. A fluorescent orthotopic bone metastasis model of human prostate cancer. Cancer Research **59**, 781-786, 1999. (Total unique citations: **171**) (ISI: 113) (Google: 156) (Scopus: 114)

21. Freeman, A.E. and Hoffman, R.M. In vivo-like growth of human tumors in vitro. Proc. Natl. Acad. Sci. USA **83**, 2694-2698, 1986. (Total unique citations: **170**) (ISI: 114) (Google: 134) (Scopus: 49)

22. Yang, M., Baranov, E., Wang, J-W., Jiang, P., Wang, X., Sun, F-X., Bouvet, M., Moossa, A.R., Penman, S., and Hoffman, R.M. Direct external imaging of nascent cancer, tumor progression, angiogenesis, and metastasis on internal organs in the fluorescent orthotopic model. Proc. Natl. Acad. Sci. USA **99**, 3824-3829, 2002. (Total unique citations: **167**) (ISI: 90) (Google: 146) (Scopus: 102)

23. Naumov, G.N., Wilson, S.M., MacDonald, I.C., Schmidt, E.E., Morris, V.L., Groom, A.C., Hoffman, R.M., Chambers, A.F. Cellular expression of green fluorescent protein, coupled with high-resolution *in vivo* videomicroscopy, to monitor steps in tumor metastasis. J. Cell Sci. **112**, 1835-1842, 1999. (Total unique citations: **162**) (ISI: 113) (Google: 147) (Scopus: 116)

24. Simberg, D., Duza, T., Park, J.H., Essler, M., Pilch, J., Zhang, L., Derfus, A.M., Yang, M., Hoffman, R.M., Bhatia, S., Sailor, M.J., and Ruoslahti, E. Biomimetic amplification of nanoparticle homing to tumors. Proc. Natl. Acad. Sci. USA **104**, 932-936, 2007. (Total unique citations: **161**) (ISI: 99) (Google: 148) (Scopus: 106)

25. Amoh, Y., Li, L., Campillo, R., Kawahara, K., Katsuoka, K., Penman, S., and Hoffman, R.M. Implanted hair follicle stem cells form Schwann cells that support repair of severed peripheral nerves. Proc. Natl. Acad. Sci. USA **102**, 17734-17738, 2005. (Total unique citations: **155**) (ISI: 96) (Google: 130) (Scopus: 97)

26. Bouvet, M., Wang, J-W., Nardin, S.R., Nassirpour, R., Yang, M., Baranov, E., Jiang, P., Moossa, A.R., and Hoffman, R.M. Real-time optical imaging of primary tumor growth and multiple metastatic events in a pancreatic cancer orthotopic model. Cancer Research **62**, 1534-1540, 2002 (Cover story). (Total unique citations: **154**) (ISI: 81) (Google: 132) (Scopus: 102)

27. Cheah, M.S., Wallace, C.D. and Hoffman, R.M. Hypomethylation of DNA in human cancer cells: a site-specific change in the c-myc oncogene. J. Natl. Cancer Inst. **73**, 1057-1065, 1984. (Total unique citations: **150**) (ISI: 111) (Google: 113) (Scopus: 50)

28. Hoffman, R.M. Three-dimensional histoculture: origins and applications in cancer research. Cancer Cells **3**, 86-92, 1991 (Cover story). (Total unique citations: **144**) (ISI: 92) (Google: 118) (Scopus: 51)

**EXHIBIT A**
**41**

29. Kubota, T., Sasano, N., Abe, O., Nakao, I., Kawamura, E., Saito, T., Endo, M., Kimura, K., Demura, H., Sasano, H., Nagura, H., Ogawa, N., Hoffman, R.M. Potential of the histoculture drug response assay to contribute to cancer patient survival. Clinical Cancer Research **1**, 1537-1543, 1995. (Total unique citations: **142**) (ISI: 89) (Google: 91) (Scopus: 108)

30. Hoffman, R.M. Altered methionine metabolism and transmethylation in cancer. Anticancer Res. **5**, 1-30, 1985. (Total unique citations: **140**) (ISI: 79) (Google: 125) (Scopus: 45)

31. Yang, M., Baranov, E., Li, X-M., Wang, J-W., Jiang, P., Li, L., Moossa, A.R., Penman, S., Hoffman, R.M. Whole-body and intravital optical imaging of angiogenesis in orthotopically implanted tumors. Proc. Natl. Acad. Sci. USA **98**, 2616-2621, 2001. (Total unique citations: **140**) (ISI: 80) (Google: 126) (Scopus: 85)

32. Vescio, R.A., Redfern, C.H., Nelson, T.J., Ugoretz, S. Stern, P.H. and Hoffman, R.M. *In vivo*-like drug responses of human tumors growing in three-dimensional gel-supported, primary culture. Proc. Natl. Acad. Sci. USA **84**, 5029-5033, 1987. (Total unique citations: **137**) (ISI: 88) (Google: 109) (Scopus: 48)

33. Yang, M., Hasegawa, S., Jiang, P., Wang, X., Tan, Y., Chishima, T., Shimada, H., Moossa, A.R., and Hoffman, R.M. Widespread skeletal metastatic potential of human lung cancer revealed by green fluorescent protein expression. Cancer Research **58**, 4217-4221, 1998. (Total unique citations: **137**) (ISI: 82) (Google: 122) (Scopus: 88)

34. Zhao, M., Yang, M., Li, X-M., Jiang, P., Li, S., Xu, M., and Hoffman, R.M. Tumor-targeting bacterial therapy with amino acid auxotrophs of GFP-expressing *Salmonella typhimurium*. Proc. Natl. Acad. Sci. USA **102**, 755-760, 2005. DOI: 10.1073/pnas 0408422102. (Total unique citations: **131**) (ISI: 85) (Google: 120) (Scopus: 78)

35. Yang, M., Li, L., Jiang, P., Moossa, A.R., Penman, S., and Hoffman, R.M. Dual-color fluorescence imaging distinguishes tumor cells from induced host angiogenic vessels and stromal cells. Proc. Natl. Acad. Sci. USA **100**, 14259-14262, 2003. (Total unique citations: **128**) (ISI: 77) (Google: 120) (Scopus: 83)

36. Amoh, Y., Li, L., Yang, M., Moossa, A.R., Katsuoka, K., Penman, S., and Hoffman, R.M. Nascent blood vessels in the skin arise from nestin-expressing hair follicle cells. Proc. Natl. Acad. Sci. USA **101**, 13291-13295, 2004. (Total unique citations: **123**) (ISI: 83) (Google: 110) (Scopus: 78)

37. Furukawa, T., Kubota, T., Watanabe, M., Takahara, T., Yamaguchi, H., Takeuchi, T., Kase, S., Kodaira, S., Ishibiki, K., Kitajima, M. and Hoffman, R.M. High *in vitro-in vivo* correlation of drug response using sponge-gel-supported three-dimensional histoculture and the MTT end point. Int. J. Cancer **51**, 489-498, 1992. (Total unique citations: **121**) (ISI: 66) (Google: 91) (Scopus: 53)

38. Guo, H-Y., Herrera, H., Groce, A., and Hoffman, R.M. Expression of the biochemical defect of methionine dependence in fresh patient tumors in primary histoculture. Cancer Res. **53**, 2479-2483, 1993. (Total unique citations: **118**) (ISI: 76) (Google: 103) (Scopus: 70)

39. Berezovskaya, O., Schimmer, A.D., Glinskii, A.B., Pinilla, C., Hoffman, R.M., Reed, J.C., and Glinsky, G.V. Increased expression of apoptosis inhibitor protein XIAP contributes to anoikis resistance of circulating human prostate cancer metastasis precursor cells. Cancer Research **65**, 2378-2386, 2005. (Total unique citations: **118**) (ISI: 82) (Google: 103) (Scopus: 81)

40. Geller, J., Sionit, L., Partido, C., Li, L., Tan, XY., Youngkin, T., Nachtsheim, D. and Hoffman, R.M. Genistein inhibits the growth of human-patient BPH and prostate cancer in histoculture. The Prostate **34**, 75-79, 1998. (Total unique citations: **117**) (ISI: 59) (Google: 106) (Scopus: 65)

41. Pfeifer, A., Kessler, T., Yang, M., Baranov, E., Kootstra, N., Cheresh, D.A., Hoffman, R.M., and Verma, I.M. Transduction of liver cells by lentiviral vectors: analysis in living animals. Molecular Therapy **3**, 319-322, 2001. (Total unique citations: **117**) (ISI: 71) (Google: 105) (Scopus: 74)

42. Laakkonen, P., Akerman, M.E., Biliran, H., Yang, M., Ferrer, F., Karpanen, T., Hoffman, R.M., and Ruoslahti, E. Antitumor activity of a homing peptide that targets tumor lymphatics and tumor cells. Proc. Natl. Acad. Sci. USA **101**, 9381-9386, 2004. (Total unique citations: **117**) (ISI: 66) (Google: 109) (Scopus: 60)

**EXHIBIT A**
**42**

43. Mecham, J.O., Rowitch, D., Wallace, C.D., Stern, P.H. and Hoffman, R.M. The metabolic defect of methionine dependence occurs frequently in human tumor cell lines. Biochem. Biophys. Res. Commun. **117**, 429-434, 1983. (Total unique citations: **115**) (ISI: 96) (Google: 94) (Scopus: 49)

44. Zhang, L., Li, L., Hoffmann, G.A., Hoffman, R.M. Depth-targeted efficient gene delivery and expression in the skin by pulsed electric fields: an approach to gene therapy of skin aging and other diseases. Biochem. Biophys. Res. Commun. **220**, 633-636; 1996. (Total unique citations: **115**) (ISI: 63) (Google: 100) (Scopus: 63)

45. Diala, E.S., Cheah, M.S.C., Rowitch, D. and Hoffman, R.M. Extent of DNA methylation in human tumor cells. J. Natl. Cancer Inst. **71**, 755-764, 1983. (Total unique citations: **112**) (ISI: 88) (Google: 85) (Scopus: 32)

46. Chishima, T., Miyagi, Y., Wang, X., Baranov, E., Tan, Y., Shimada, H., Moossa, A.R., and Hoffman, R.M. Metastatic patterns of lung cancer visualized live and in process by green fluorescent protein expression. Clinical & Experimental Metastasis **15**, 547-552, 1997. (Total unique citations: **107**) (ISI: 65) (Google: 92) (Scopus: 65)

47. Chishima, T., Yang, M., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Shimada, H., Moossa, A.R., Penman, S., Hoffman, R.M. Governing step of metastasis visualized *in vitro*. Proc. Natl. Acad. Sci. USA **94**, 11573-11576, 1997. (Total unique citations: **107**) (ISI: 53) (Google: 95) (Scopus: 59)

48. Goodison, S., Kawai, K., Hihara, J., Jiang, P., Yang, M., Urquidi, V., Hoffman, R.M., and Tarin, D. Prolonged dormancy and site-specific growth potential of cancer cells spontaneously disseminated from nonmetastatic breast tumors as revealed by labeling with green fluorescent protein. Clinical Cancer Res. **9**, 3808-3814, 2003. (Total unique citations: **102**) (ISI: 73) (Google: 94) (Scopus: 78)

49. Fu, X. and Hoffman, R.M. Human ovarian carcinoma metastatic models constructed in nude mice by orthotopic transplantation of histologically-intact patient specimens. Anticancer Res. **13**, 283-286, 1993. (Total unique citations: **98**) (ISI: 48) (Google: 87) (Scopus: 51)

50. Hoffman, R.M. *In vitro* sensitivity assays in cancer: A review, analysis and prognosis. J. Clin. Lab. Anal. **5**, 133-143, 1991. (Total unique citations: **94**) (ISI: 70) (Google: 80) (Scopus: 50)

51. Yamauchi, K., Yang, M., Jiang, P., Xu., M., Yamamoto, N., Tsuchiya, H., Tomita, K., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Development of real-time subcellular dynamic multicolor imaging of cancer cell-trafficking in live mice with a variable-magnification whole-mouse imaging system. Cancer Res. **66**, 4208-4214, 2006. (Total unique citations: **94**) (ISI: 69) (Google: 82) (Scopus: 73)

52. Hoffman, R.M., Connors, K.M., Meerson-Monosov, A.Z, Herrera, H. and Price, J.H. A general native-state method for determination of proliferation capacity of human normal and tumor tissues *in vitro*. Proc. Natl. Acad. Sci. USA **86**, 2013-2017, 1989. (Total unique citations: **93**) (ISI: 67) (Google: 67) (Scopus: 28)

53. Wang, X., Fu, X. and Hoffman, R.M. A new patient-like metastatic model of human lung cancer constructed orthotopically with intact tissue via thoracotomy in immunodeficient mice. Int. J. Cancer **51**, 992-995, 1992. (Total unique citations: **93**) (ISI: 69) (Google: 70) (Scopus: 43)

54. Hoffman, R.M. To do tissue culture in two or three dimensions? That is the question. Stem Cells **11**, 105-111, 1993. (Total unique citations: **93**) (ISI: 58) (Google: 85) (Scopus: 52)

55. Berezovska, O.P., Glinskii, A.B., Yang, Z., Li, X.M., Hoffman, R.M., and Glinsky, G.V. Essential role for activation of the Polycomb Group (PcG) protein chromatin silencing pathway in metastatic prostate cancer. Cell Cycle **5**, 1886-1901, 2006. (Total unique citations: **91**) (ISI: 50) (Google: 81) (Scopus: 57)

56. Stern, P.H., Wallace, C.D. and Hoffman, R.M. Altered methionine metabolism occurs in all members of a set of diverse human tumor cell lines. J. Cell. Physiol. **119**, 29-34, 1984. (Total unique citations: **89**) (ISI: 66) (Google: 73) (Scopus: 35)

**EXHIBIT A**
**43**

57.     Hoffman, R.M. Orthotopic is orthodox: why are orthotopic-transplant metastatic models different from all other models? J. Cell. Biochem. **56**, 1-3, 1994. (Total unique citations: **89**) (ISI: 52) (Google: 68) (Scopus: 48)

58.     Chishima, T., Miyagi, Y., Wang, X., Tan, Y., Shimada, H., Moossa, A.R. and Hoffman, R.M. Visualization of the metastatic process by green fluorescent protein expression. Anticancer Research 17, 2377-2384, 1997. (Total unique citations: **88**) (ISI: 48) (Google: 79) (Scopus: 52)

59.     Fu, X., Herrera, H. and Hoffman, R.M. Orthotopic growth and metastasis of human prostate carcinoma in nude mice after transplantation of histologically intact tissue. Int. J. Cancer **52**, 987-990, 1992. (Total unique citations: **87**) (ISI: 58) (Google: 75) (Scopus: 47)

60.     Yamamoto, N., Jiang, P., Yang, M., Xu, M., Yamauchi, K., Tsuchiya, H., Tomita, K., Wahl, G.M., Moossa, A.R., and Hoffman, R.M. Cellular dynamics visualized in live cells *in vitro* and *in vivo* by differential dual-color nuclear-cytoplasmic fluorescent-protein expression. Cancer Research **64**, 4251-4256, 2004. (Total unique citations: **87**) (ISI: 59) (Google: 76) (Scopus: 62)

61.     Hoffman, R.M. Topical liposome targeting of dyes, melanin, genes and proteins selectively to hair follicles. J. Drug Targeting, 5, 67-74, 1998. (Total unique citations: **86**) (ISI: 33) (Google: 79) (Scopus: 44)

62.     Amoh, Y., Yang, M., Li, L., Reynoso, J., Bouvet, M., Moossa, A.R., Katsuoka, K., and Hoffman, R.M. Nestin-linked green fluorescent protein transgenic nude mouse for imaging human tumor angiogenesis. Cancer Res. **65**, 5352-5357, 2005. (Total unique citations: **86**) (ISI: 59) (Google: 75) (Scopus: 59)

63.     Williams, J., Hoffman, R.M. and Penman, S. The extensive homology between mRNA sequences of normal and SV40-transformed human fibroblasts. Cell **11**, 901-907, 1977. (Total unique citations: **84**) (ISI: 73) (Google: 56) (Scopus: 0)

64.     Fu, X., Theodorescu, D., Kerbel, R.S. and Hoffman, R.M. Extensive multi-organ metastasis following orthotopic onplantation of histologically-intact human bladder carcinoma tissue in nude mice. Int J. Cancer **49**, 938-939, 1991. (Total unique citations: **84**) (ISI: 57) (Google: 63) (Scopus: 36)

65.     Hoffman, R.M., Margolis, L.B. and Bergelson, L.D. Binding and entrapment of high molecular weight DNA by lecithin liposomes. FEBS Letters **93**, 365-368, 1978. (Total unique citations: **83**) (ISI: 44) (Google: 66) (Scopus: 16)

66.     Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Teramoto, T., Ishibiki, K., Kitajima, M., Moossa, A.R., Penman, S., Hoffman, R.M. Liver colonization competence governs colon cancer metastasis. Proc. Natl. Acad. Sci. USA **92**, 12085-12089, 1995. (Total unique citations: **83**) (ISI: 52) (Google: 76) (Scopus: 50)

67.     Hoffman, R.M. Methionine dependence in cancer cells - a review. In Vitro **18**, 421-428, 1982. (Total unique citations: **81**) (ISI: 61) (Google: 67) (Scopus: 22)

68.     Guo, H., Lishko, V.K., Herrera, H., Groce, A., Kubota, T., and Hoffman, R.M. Therapeutic tumor-specific cell cycle block induced by methionine starvation *in vivo*. Cancer Res. **53**, 5676-5679, 1993. (Total unique citations 81: **81**) (ISI: 66) (Google: 65) (Scopus: 60)

69.     Kioi, M., Vogel, H., Schultz, G., Hoffman, R.M., Harsh, G.R., and Brown, J.M. Inhibition of vasculogenesis, but not angiogenesis, prevents the recurrence of glioblastoma following irradiation in mice. J. Clin. Investig. **120**, 694-705, 2010. (Total unique citations: **81**) (ISI: 47) (Google: 62) (Scopus: 41)

70.     Mitsiades, C.S., Mitsiades, N.S., Bronson, R.T., Chauhan, D., Munshi, N., Treon, S.P., Maxwell, C.A., Pilarski, L., Hideshima, T., Hoffman, R.M., and Anderson, K.C. Fluorescence imaging of multiple myeloma cells in a clinically relevant SCID/NOD *in vivo* model: biologic and clinical implications. Cancer Research **63**, 6689-6696, 2003. (Total unique citations: **80**) (ISI: 41) (Google: 75) (Scopus: 44)

**EXHIBIT A**
**44**

71.     Kamiyama, M., Ichikawa, Y., Ishikawa, T., Chishima, T., Hasegawa, S., Hamaguchi, Y., Nagashima, Y., Miyagi, Y., Mitsuhashi, M., Hyndman, D., Hoffman, R.M., Ohki, S., and Shimada, H. VEGF receptor antisense therapy inhibits angiogenesis and peritoneal dissemination of human gastric cancer in nude mice. Cancer Gene Therapy 9, 197-201, 2002. (Total unique citations: 79) (ISI: 26) (Google: 74) (Scopus: 33)

72.     Katz, M., Takimoto, S., Spivack, D., Moossa, A.R., Hoffman, R.M., Bouvet, M. A novel red fluorescent protein orthotopic pancreatic cancer model for the preclinical evaluation of chemotherapeutics. J. Surg. Res. 113, 151-160, 2003. (Total unique citations: 79) (ISI: 51) (Google: 71) (Scopus: 54)

73.     Yang, M., Jiang, P., An, Z., Baranov, E., Li, L., Hasegawa, S., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A.R., Hoffman, R.M. Genetically fluorescent melanoma bone and organ metastasis models. Clinical Cancer Research 5, 3549-3559, 1999. (Total unique citations: 78) (ISI: 47) (Google: 71) (Scopus: 50)

74.     Hoffman, R.M. and Jacobsen, S.J. Reversible growth arrest in simian virus 40-transformed human fibroblasts. Proc. Natl. Acad. Sci. USA 77, 7306-7310, 1980. (Total unique citations: 75) (ISI: 60) (Google: 60) (Scopus: 33)

75.     Furukawa, T., Kubota, T., Watanabe, M., Kitajima, M. and Hoffman, R.M. A novel "patient-like" treatment model of human pancreatic cancer constructed using orthotopic transplantation of histologically intact human tumor tissue in nude mice. Cancer Res. 53, 3070-3072, 1993. (Total unique citations: 75) (ISI: 47) (Google: 60) (Scopus: 46)

76.     Zhao, M., Yang, M., Ma, H., Li, X., Tan, X., Li, S., Yang, Z., and Hoffman, R.M. Targeted therapy with a *Salmonella typhimurium* leucine-arginine auxotroph cures orthotopic human breast tumors in nude mice. Cancer Research 66, 7647-7652, 2006. (Total unique citations: 75) (ISI: 50) (Google: 63) (Scopus: 56)

77.     Li, L., Margolis, L.B., Paus, R. and Hoffman, R.M. Hair shaft elongation, follicle growth, and spontaneous regression in long-term, gelatin sponge-supported histoculture of human scalp skin. Proc. Natl. Acad. Sci. USA 89, 8764-8768, 1992. (Total unique citations: 74) (ISI: 46) (Google: 62) (Scopus: 26)

78.     Raper, J.R. and Hoffman, R.M. Schizophyllum commune. *In:* Handbook of Genetics. 3, R King (ed.), New York, Plenum Press, 597-626, 1974. (Total unique citations: 73) (ISI: 39) (Google: 73) (No Scopus)

79.     Stern, P.H. and Hoffman, R.M. Enhanced in vitro selective toxicity of chemotherapeutic agents for human cancer cells based on a metabolic defect. J. Natl. Cancer Inst. 76, 629-639, 1986. (Total unique citations: 71) (ISI: 57) (Google: 54) (Scopus: 35)

80.     Yamauchi, K., Yang, M., Jiang, P., Yamamoto, N., Xu, M., Amoh, Y., Tsuji, K., Bouvet, M., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Real-time *in vivo* dual-color imaging of intracapillary cancer cell and nucleus deformation and migration. Cancer Res. 65, 4246-4252, 2005. (Total unique citations: 71) (ISI: 42) (Google: 67) (Scopus: 50)

81.     Hoffman, R.M., and Yang, M. Whole-body imaging with fluorescent proteins. Nature Protocols 1, 1429-1438, 2006. (Total unique citations: 71) (ISI: 48) (Google: 63) (Scopus: 47)

82.     Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Kase, S., Tanino, H., Saikawa, Y., Ishibiki, K., Kitajima, M., and Hoffman, R.M. Site-specific chemosensitivity of human small-cell lung carcinoma growing orthotopically compared to subcutaneously in SCID mice: the importance of orthotopic models to obtain relevant drug evaluation data. Anticancer Res. 13, 627-630, 1993. (Total unique citations: 70) (ISI: 38) (Google: 63) (Scopus: 37)

83.     An, Z., Wang, X., Willmott, N., Chander, S.K., Tickle, S., Docherty, A.J., Mountain, A., Millican, A.T., Morphy, R., Porter, J.R., Epemolu, R.O., Kubota, T., Moossa, A.R., and Hoffman, R.M. Conversion of highly malignant colon cancer from an aggressive to a controlled disease by oral administration of a metalloproteinase inhibitor. Clinical & Experimental Metastasis 15, 184-195, 1997. (Total unique citations: 70) (ISI: 48) (Google: 58) (Scopus: 52)

84.     Tan, Y., Xu, M., Tan, X-Z., Tan, X-Y., Wang., X., Saikawa, Y., Nagahama, T., Sun, X., Lenz, M., and Hoffman, R.M. Overexpression and large-scale production of recombinant L-methionine-α-deamino-γ-mercaptomethane-lyase for novel anticancer therapy. Protein Expression and Purification 9, 233-245, 1997. (Total unique citations: 69) (ISI: 44) (Google: 63) (Scopus: 43)

**EXHIBIT A**
**45**

85. Hasegawa, S., Yang, M., Chishima, T., Miyagi, Y., Shimada, H., Moossa, A.R., Hoffman, R.M. *In vivo* tumor delivery of the green fluorescent protein gene to report future occurrence of metastasis. Cancer Gene Therapy **7**, 1336-1340, 2000. (Total unique citations: **69**) (ISI: 34) (Google: 59) (Scopus: 42)

86. Inada, T., Ichikawa, A., Kubota, T., Ogata, Y., Moossa, A.R., and Hoffman, R.M. 5-FU-induced apoptosis correlates with efficacy against human gastric and colon cancer xenografts in nude mice. Anticancer Res. **17**, 1965-1971, 1997. (Total unique citations: **68**) (ISI: 33) (Google: 58) (Scopus: 31)

87. Yoshioka, T., Wada, T., Uchida, N., Maki, H., Yoshida, H., Ide, N., Kasai, H., Hojo, K., Shono, K., Maekawa, R., Yagi, S., Hoffman, R.M., and Sugita, K. Anticancer efficacy *in vivo* and *in vitro*, synergy with 5-fluorouracil, and safety of recombinant methioninase. Cancer Research **58**, 2583-2587, 1998. (Total unique citations: **67**) (ISI: 56) (Google: 61) (Scopus: 52)

88. Hoffman, R.M. Orthotopic transplant mouse models with green fluorescent protein-expressing cancer cells to visualize metastasis and angiogenesis. Cancer and Metastasis Reviews **17**, 271-277, 1999. (Total unique citations: **67**) (ISI: 43) (Google: 60) (Scopus: 46)

89. Singh, B., Li, R., Xu, L., Poluri, A., Patel, S., Shaha, A.R., Pfister, D., Sherman, E., Goberdhan, A., Hoffman, R.M., Shah, J. Prediction of survival in patients with head and neck cancer using the histoculture drug response assay. Head and Neck **24**, 437-442, 2002. (Total unique citations: **67**) (ISI: 32) (Google: 64) (Scopus: 32)

90. Vescio, R.A., Connors, K.M., Kubota, T. and Hoffman, R.M. Correlation of histology and drug response of human tumors grown in native-state three-dimensional histoculture and in nude mice. Proc. Natl. Acad. Sci. USA **88**, 5163-5166, 1991. (Total unique citations: **65**) (ISI: 46) (Google: 49) (Scopus: 22)

91. Yang, M., Reynoso, J., Jiang, P., Li, L., Moossa, A.R., and Hoffman, R.M. Transgenic nude mouse with ubiquitous green fluorescent protein expression as a host for human tumors. Cancer Research **64**, 8651-8656, 2004. (Total unique citations: **64**) (ISI: 37) (Google: 59) (Scopus: 42)

92. Miki, K, Xu, M., Gupta, A., Ba, Y., Tan, Y., Al-Refaie, W., Bouvet, M., Makuuchi, M., Moossa, A.R., and Hoffman, R.M. Methioninase cancer gene therapy with selenomethionine as suicide prodrug substrate. Cancer Research **61**, 6805-6810, 2001. (Total unique citations: **66**) (ISI: 40) (Google: 60) (Scopus: 40)

93. Tan, Y., Xu, M., Wang, W., Zhang, F., Li, D., Xu, X., Gu, J., Hoffman, R.M. IL-2 gene therapy of advanced lung cancer patients. Anticancer Res. **16**, 1993-1998, 1996. (Total unique citations: **63**) (ISI: 20) (Google: 55) (Scopus: 24)

94. Zhao, M., Yang, M., Baranov, E., Wang, X., Penman, S., Moossa, A.R., and Hoffman, R.M. Spatial-temporal imaging of bacterial infection and antibiotic response in intact animals. Proc. Natl. Acad. Sci. USA **98**, 9814-9818, 2001. (Total unique citations: **63**) (ISI: 39) (Google: 59) (Scopus: 44)

95. Hoffman, Robert M. Visualization of GFP-expressing tumors and metastasis *in vivo*. BioTechniques **30**, 1016-1026, 2001 (Cover story). (Total unique citations: **62**) (ISI: 34) (Google: 58) (Scopus: 37)

96. Li, L., Margolis, L.B., Lishko, V.K. and Hoffman, R.M. Product-delivering liposomes specifically target hair follicles in histocultured intact skin. In Vitro Cell. Dev. Biol. **28A**, 679-681, 1992. (Total unique citations: **61**) (ISI: 39) (Google: 55) (Scopus: 28)

97. Yamamoto, N., Yang, M., Jiang, P., Xu, M., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Determination of clonality of metastasis by cell-specific color-coded fluorescent-protein imaging. Cancer Research **63**, 7785-7790, 2003. (Total unique citations: **61**) (ISI: 33) (Google: 55) (Scopus: 37)

98. Togo, S., Shimada, H., Kubota, T., Moossa, A.R., Hoffman, R.M. Host organ specifically determines cancer progression. Cancer Res. **55**, 681-684, 1995. (Total unique citations: **58**) (ISI: 42) (Google: 44) (Scopus: 40)

**EXHIBIT A**
**46**

99.  Stern, P.H., and Hoffman, R.M.  Elevated overall rates of transmethylation in cell lines from diverse human tumors.  In Vitro **20**, 663-670, 1984.  (Total unique citations: **56**)  (ISI: 44)  (Google: 48)  (Scopus: 26)

100.  Li, L., Lishko, V.K. and Hoffman, R.M.  Liposomes can specifically target entrapped melanin to hair follicles in histocultured skin.  In Vitro Cell. Dev. Biol. **29A**, 192-194, 1993.  (Total unique citations: **56**)  (ISI: 34)  (Google: 50) (Scopus: 29)

**EXHIBIT A**
47

101. Amoh, Y., Li, L., Yang, M., Jiang, P., Moossa, A.R., Katsuoka, K., Hoffman, R.M. Hair-follicle-derived blood vessels vascularize tumors in skin and are inhibited by doxorubicin. Cancer Research **65**, 2337-2343, 2005. (Total unique citations: **56**) (ISI: 41) (Google: 52) (Scopus: 45)

102. Coalson, D.W., Mecham, J.O., Stern, P.H., and Hoffman, R.M. Reduced availability of endogenously synthesized methionine for S-adenosylmethionine formation in methionine-dependent cancer cells. Proc. Natl. Acad. Sci. USA **79**, 4248-4251, 1982. (Total unique citations: **55**) (ISI: 38) (Google: 44) (Scopus: 12)

103. Zhao, M., Geller, J., Ma, H., Yang, M., Penman, S., and Hoffman, R.M. Monotherapy with a tumor-targeting mutant of *S. typhimurium* cures orthotopic metastatic mouse models of human prostate cancer. Proc. Natl. Acad. Sci. USA **104**, 10170-10174, 2007. (Total unique citations: **54**) (ISI: 42) (Google: 47) (Scopus: 47)

104. Wallen, J.W., Cate, R.L., Kiefer, D.M., Riemen, M.W., Martinez, D., Hoffman, R.M., Donahoe, P.K., Von Hoff, D.D., Pepinsky, B. and Oliff, A. Minimal antiproliferative effect of recombinant mullerian inhibiting substance on gynecological tumor cell lines and tumor explants. Cancer Res. **49**, 2005-2011, 1989. (Total unique citations: **52**) (ISI: 43) (Google: 35) (Scopus: 10)

105. Wang, X., Fu, X. and Hoffman, R.M. A patient-like metastasizing model of human lung adenocarcinoma constructed via thoracotomy in nude mice. Anticancer Res. **12**, 1399-1401, 1992. (Total unique citations: **52**) (ISI: 35) (Google: 40) (Scopus: 27)

106. Rashidi, B., Yang, M., Jiang, P., Baranov, E., An, Z., Wang, X., Moossa, A.R. and Hoffman, R.M. A highly metastatic Lewis lung carcinoma orthotopic green fluorescent protein model. Clinical and Experimental Metastasis **18**, 57-60, 2000. (Total unique citations: **52**) (ISI: 29) (Google: 45) (Scopus: 32)

107. Amoh, Y., Li, L., Katsuoka, K., and Hoffman, R.M. Multipotent hair follicle stem cells promote repair of spinal cord injury and recovery of walking function. Cell Cycle **7**, 1865-1869, 2008. (Total unique citations: **52**) (ISI: 29) (Google: 43) (Scopus: 33)

108. An, Z., Wang, X., Geller, J., Moossa, A.R. and Hoffman, R.M. Surgical orthotopic implantation allows high lung and lymph node metastatic expression of human prostate carcinoma cell line PC-3 in nude mice. The Prostate **34**, 169-174, 1998. (Total unique citations: **51**) (ISI: 34) (Google: 42) (Scopus: 33)

109. Glinskii, A.B., Smith, B.A., Jiang, P., Li, X-M., Yang, M., Hoffman, R.M., Glinsky, G.V. Viable circulating metastatic cells produced in orthotopic but not ectopic prostate cancer models. Cancer Res. **63**, 4239-4243, 2003. (Total unique citations: **51**) (ISI: 33) (Google: 47) (Scopus: 32)

110. Hoffman, R.M. The pluripotency of hair follicle stem cells. Cell Cycle **5**, 232-233, 2006. (Total unique citations: **51**) (ISI: 28) (Google: 41) (Scopus: 31)

111. Li, L., Paus, R., Slominski, A. and Hoffman, R.M. Skin histoculture assay for studying the hair cycle. In Vitro Cell. Dev. Biol. **28A**, 695-698, 1992. (Total unique citations: **50**) (ISI: 35) (Google: 43) (Scopus: 20)

112. An, Z., Wang, X., Kubota, T., Moossa, A.R. Hoffman, R.M. A clinical nude mouse metastatic model for highly malignant human pancreatic cancer. Anticancer Res. **16,** 627-631, 1996. (Total unique citations: **50**) (ISI: 27) (Google: 44) (Scopus: 28)

113. Rashidi, B., Gamagami, R., Sasson, A., Sun, F-X., Geller, J., Moossa, A.R., and Hoffman, R.M. An orthotopic mouse model of remetastasis of human colon cancer liver metastasis. Clinical Cancer Research **6**, 2556-2561, 2000. (Total unique citations: **50**) (ISI: 25) (Google: 46) (Scopus: 28)

114. Kokkinakis, D.M., Hoffman, R.M., Frenkel, E.P., Wick, J.B., Han, Q., Xu, M., Tan, Y., Schold, S.C. Synergy between methionine stress and chemotherapy in the treatment of brain tumor xenografts in athymic mice. Cancer Research **61**, 4017-4023, 2001. (Total unique citations: **50**) (ISI: 38) (Google: 49) (Scopus: 37)

115.    An, Z., Jiang, P., Wang, X., Moossa, A.R., and Hoffman, R.M. Development of a high metastatic orthotopic model of human renal cell carcinoma in nude mice: benefits of fragment implantation compared to cell-suspension injection. Clinical and Experimental Metastasis 17, 265-270, 1999. (Total unique citations: **49**) (ISI: 25) (Google: 45) (Scopus: 29)

116.    Robbins, K.T., Connors, K.M., Storniolo, A.M., Hanchett, C., and Hoffman, R.M. Sponge-gel-supported histoculture drug-response assay for head and neck cancer. Correlations with clinical response to cisplatin. Arch. Otolaryngol. Head Neck Surg. **120**, 288-292, 1994. (Total unique citations: **48**) (ISI: 36) (Google: 40) (Scopus: 39)

117.    Tan, Y., Sun, X., Xu, M., An, Z., Tan, X.Z., Tan, X.Y., Han, Q., Miljkovic, D.A., Yang, M., and Hoffman, R.M. Polyethylene glycol conjugation of recombinant methioninase for cancer therapy. Protein Expression and Purification **12**, 45-52, 1998. (Total unique citations: **48**) (ISI: 32) (Google: 44) (Scopus: 29)

118.    Yang, M., Luiken, G., Baranov, E., and Hoffman, R.M. Facile whole-body imaging of internal fluorescent tumors in mice with an LED flashlight. BioTechniques **39**, 170-172, 2005. (Total unique citations: **48**) (ISI: 34) (Google: 45) (Scopus: 36)

119.    Wang, X., Fu, X., Kubota, T., and Hoffman, R.M. A new patient-like metastatic model of human small-cell lung cancer constructed orthotopically with intact tissue via thoracotomy in nude mice. Anticancer Res. **12**, 1403-1406, 1992. (Total unique citations: **47**) (ISI: 30) (Google: 35) (Scopus: 24)

120.    Sun, F-X., Sasson, A.R., Jiang, P., An, Z., Gamagami, R., Li, L., Moossa, A.R., and Hoffman, R.M. An ultra-metastatic model of human colon cancer in nude mice. Clinical & Experimental Metastasis 17, 41-48, 1999. (Total unique citations: **47**) (ISI: 26) (Google: 44) (Scopus: 28)

121.    Pilch, J., Brown, D.M., Komatsu, M., Järvinen, T., Yang, M., Peters, D., Hoffman, R.M., and Ruoslahti, E. Peptides selected for binding to clotted plasma accumulate in tumor stroma and wounds. Proc. Natl. Acad. Sci. USA **103**, 2800-2804, 2006. (Total unique citations: **47**) (ISI: 32) (Google: 42) (Scopus: 31)

122.    Hoffman, R.M. Unbalanced transmethylation and the perturbation of the differentiated state leading to cancer. BioEssays **12**, 163-166, 1990. (Total unique citations: **46**) (ISI: 39) (Google: 34) (Scopus: 16)

123.    Li, L. and Hoffman, R.M. Topical liposome delivery of molecules to hair follicles in mice. J. Derm. Sci. **14**, 101-108, 1997. (Total unique citations: **46**) (ISI: 26) (Google: 38) (Scopus: 30)

124.    Bouvet, M., Yang, M., Nardin, S., Wang, X., Jiang, P., Baranov, E., Moossa, A.R., Hoffman, R.M. Chronologically-specific metastatic targeting of human pancreatic tumors in orthotopic models. Clinical and Experimental Metastasis **18**, 213-218, 2000. (Total unique citations: **46**) (ISI: 28) (Google: 41) (Scopus: 33)

125.    Folkins, C., Shaked, Y., Man, S., Tang, T., Lee, C.R., Zhu, Z., Hoffman, R.M., and Kerbel, R.S. Glioma tumor stem-like cells promote tumor angiogenesis and vasculogenesis via vascular endothelial growth factor and stromal-derived factor 1. Cancer Research **69**, 7243-7251, 2009. (Total unique citations: **46**) (ISI: 26) (Google: 35) (Scopus: 29)

126.    Li, L., Margolis, L.B. and Hoffman, R.M. Skin toxicity determined *in vitro* by three-dimensional, native-state histoculture. Proc. Natl. Acad. Sci. **88**, 1908-1912, 1991. (Total unique citations: **45**) (ISI: 30) (Google: 43) (Scopus: 10)

127.    Tan, Y., Xu, M., Guo, H., Sun, X., Kubota, T., Hoffman, R.M. Anticancer efficacy of methioninase *in vivo*. Anticancer Res. **16**, 3931-3936, 1996. (Total unique citations: **45**) (ISI: 35) (Google: 41) (Scopus: 36)

128.    Yang, M., Jiang, P., Yamamoto, N., Li, L., Geller, J., Moossa, A.R., and Hoffman, R.M. Real-time whole-body imaging of an orthotopic metastatic prostate cancer model expressing red fluorescent protein. The Prostate **62**, 374-379, 2005. DOI: 10.1002/pros.20125. (Total unique citations: **45**) (ISI: 20) (Google: 42) (Scopus: 21)

129.    Hoffman, R.M., and Yang, M. Color-coded fluorescence imaging of tumor-host interactions. Nature Protocols 1, 928-935, 2006. (Total unique citations: **45**) (ISI: 32) (Google: 41) (Scopus: 35)

**EXHIBIT A**
**49**

130. Li, L., Lishko, V.K. and Hoffman, R.M. Liposome targeting of high molecular weight DNA to the hair follicles of histocultured skin: a model for gene therapy of the hair growth processes. In Vitro Cell. Dev. Biol. **29A**, 258-260, 1993. (Total unique citations: **44**) (ISI: 31) (Google: 37) (Scopus: 25)

131. Sun, F-X., Tohgo, A., Bouvet, M., Yagi, S., Nassirpour, R., Moossa, A.R., and Hoffman, R.M. Efficacy of camptothecin analog DX-8951f (Exatecan Mesylate) on human pancreatic cancer in an orthotopic metastatic model. Cancer Research **63**, 80-85, 2003. (Total unique citations: **44**) (ISI: 29) (Google: 40) (Scopus: 27)

132. Hoffman, R.M., Jacobsen, S J. and Erbe, R.W. Reversion to methionine independence by malignant rat and SV40-transformed human fibroblasts. Biochem. Biophys. Res. Commun. **82**, 228-234, 1978. (Total unique citations: **43**) (ISI: 38) (Google: 38) (Scopus: 6)

133. Katz, M.H., Spivack, D.E., Takimoto, S., Fang, B., Burton, D.W., Moossa, A.R., Hoffman, R.M., and Bouvet, M. Gene therapy of pancreatic cancer with green fluorescent protein and tumor necrosis factor-related apoptosis-inducing ligand fusion gene expression driven by a human telomerase reverse transcriptase promoter. Annals of Surgical Oncology **10**, 762-772, 2003. (Total unique citations: **43**) (ISI: 22) (Google: 38) (Scopus: 26)

134. Stern, P.H., Mecham, J.O., Wallace, C.D. and Hoffman, R.M. Reduced free-methionine in methionine-dependent SV40-transformed human fibroblasts synthesizing apparently normal amounts of methionine. J. Cell. Physiol. **117**, 9-14, 1983. (Total unique citations: **42**) (ISI: 33) (Google: 29) (Scopus: 10)

135. Fu, X. and Hoffman, R.M. Human RT-4 bladder carcinoma is highly metastatic in nude mice and comparable to ras$^H$-transformed RT-4 when orthotopically onplanted as histologically intact tissue. Int. J. Cancer **51**, 989-991, 1992. (Total unique citations: **42**) (ISI: 32) (Google: 30) (Scopus: 18)

136. Vescio, R.A., Connors, K.M., Youngkin, T., Bordin, G.M, Robb, J.A, Umbreit, J.N. and Hoffman, R.M. Cancer biology for individualized therapy: Correlation of growth fraction index in native-state histoculture with tumor grade and stage. Proc. Natl. Acad. Sci. USA **87**, 691-695, 1990. (Total unique citations: **41**) (ISI: 30) (Google: 36) (Scopus: 10)

137. Furukawa, T., Kubota, T., Watanabe, M., Kitajima, M., Fu, X. and Hoffman, R.M. Orthotopic transplantation of histologically intact clinical specimens of stomach cancer to nude mice: correlation of metastatic sites in mouse and individual patient donors. Int. J. Cancer **53**, 608-612, 1993. (Total unique citations: **41**) (ISI: 23) (Google: 29) (Scopus: 15)

138. Hoffman, R.M. The three-dimensional question: can clinically relevant tumor drug resistance be measured *in vitro*? Cancer Metastasis Rev. **13**, 169-173, 1994. (Total unique citations: **41**) (ISI: 17) (Google: 38) (Scopus: 22)

139. Tan, Y., Sun, X., Xu, M., Tan, X-Z., Sasson, A., Rashidi, B., Han, Q., Tan, X-Y., Wang, X., An, Z., Sun, F-X., and Hoffman, R.M. Efficacy of recombinant methioninase in combination with cisplatin on human colon tumors in nude mice. Clinical Cancer Research **5**, 2157-2163, 1999. (Total unique citations: **41**) (ISI: 33) (Google: 39) (Scopus: 34)

140. Tan, Y., Tang, L., Sun, X., Zhang, N., Han, Q., Xu, M., Baranov, E., Tan, X-Z., Tan, X-Y., Rashidi, B., An, Z., Perry, A.W., and Hoffman, R.M. Total-homocysteine enzymatic assay. Clinical Chemistry **46**, 1686-1688, 2000. (Total unique citations: **41**) (ISI: 28) (Google: 38) (Scopus: 26)

141. Hoffman, R.M., Jacobsen, S.J. and Erbe, R.W. Reversion to methionine independence in simian virus 40-transformed human and malignant rat fibroblasts is associated with altered ploidy and altered properties of transformation. Proc. Natl. Acad. Sci. USA **76**, 1313-1317, 1979. (Total unique citations: **40**) (ISI: 36) (Google: 31) (Scopus: 6)

142. Yang, M., Jiang, P., and Hoffman, R.M. Whole-body subcellular multicolor imaging of tumor-host interaction and drug response in real time. Cancer Res. **67**, 5195-5200, 2007. (Total unique citations: **40**) (ISI: 32) (Google: 36) (Scopus: 34)

**EXHIBIT A**
**50**

143. Fu, X., Herrera, H., Kubota, T. and Hoffman, R.M. Extensive liver metastasis from human colon cancer in nude and scid mice after orthotopic onplantation of histologically-intact human colon carcinoma tissue. Anticancer Res. **12**, 1395-1397, 1992. (Total unique citations: **39**) (ISI: 23) (Google: 29) (Scopus: 16)

144. Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Teramoto, T., Ishibiki, K., Kitajima, M. and Hoffman, R.M. Early resection of primary orthotopically-growing human colon tumor in nude mouse prevents liver metastasis: further evidence for patient-like hematogenous metastatic route. Anticancer Res. **13**, 293-297, 1993. (Total unique citations: **39**) (ISI: 27) (Google: 31) (Scopus: 20)

145. Fu, X., Le, P. and Hoffman, R.M. A metastatic-orthotopic transplant nude-mouse model of human patient breast cancer. Anticancer Res. **13**, 901-904, 1993. (Total unique citations: **39**) (ISI: 24) (Google: 30) (Scopus: 25)

146. Hoffman, R.M. The hair follicle as a gene therapy target. Nature Biotechnology **18**, 20-21, 2000. (Total unique citations: **39**) (ISI: 32) (Google: 18) (Scopus: 34)

147. Li, X-M., Wang, J-W., An, Z., Yang, M. Baranov, E., Jiang, P., Sun, F-X., Moossa, A.R., and Hoffman, R.M. Optically imageable metastatic model of human breast cancer. Clinical & Experimental Metastasis **19**, 347-350, 2002. (Total unique citations: **39**) (ISI: 21) (Google: 33) (Scopus: 20)

148. Zhou, J-H., Rosser, C.J., Tanaka, M., Yang, M., Baranov, E., Hoffman, R.M., Benedict, W.F. Visualizing superficial human bladder cancer cell growth *in vivo* by green fluorescent protein expression. Cancer Gene Therapy **9**, 681-686, 2002. (Total unique citations: **39**) (ISI: 18) (Google: 35) (Scopus: 22)

149. Bouvet, M., Spernyak, J., Katz, M.H., Mazurchuk, R.V., Takimoto, S., Bernacki, R., Rustum, Y.M., Moossa, A.R., and Hoffman, R.M. High correlation of whole-body red fluorescent protein imaging and magnetic resonance imaging on an orthotopic model of pancreatic cancer. Cancer Research **65**, 9829-9833, 2005. (Total unique citations: **38**) (ISI: 25) (Google: 30) (Scopus: 29)

150. Tsuji, K., Yamauchi, K., Yang, M., Jiang, P., Bouvet, M., Endo, H., Kanai, Y., Yamashita, K., Moossa, A.R., and Hoffman, R.M. Dual-color imaging of nuclear-cytoplasmic dynamics, viability, and proliferation of cancer cells in the portal vein area. Cancer Res. **66**, 303-306, 2006. (Total unique citations: **38**) (ISI: 29) (Google: 33) (Scopus: 28)

151. Hoffman, R.M., and Yang, M. Subcellular imaging in the live mouse. Nature Protocols **1**, 775-782, 2006. (Total unique citations: **38**) (ISI: 31) (Google: 35) (Scopus: 30)

152. Furukawa, T., Kubota, T., Watanabe, M., Kuo, T-H., Kitajima, M., and Hoffman, R.M. Differential chemosensitivity of local and metastatic human gastric cancer after orthotopic transplantation of histologically intact tumor tissue in nude mice. Int. J. Cancer **54**, 397-401, 1993. (Total unique citations: **36**) (ISI: 25) (Google: 31) (Scopus: 17)

153. Lishko, V.K., Lishko, O.V., and Hoffman, R.M. The preparation of endotoxin-free L-methionine-α-deamino-γ-mercaptomethane-lyase (L-methioninase) from *Pseudomonas putida*. Protein Expression and Purification **4**, 529-533, 1993. (Total unique citations: **36**) (ISI: 25) (Google: 22) (Scopus: 23)

154. Hoshiya, Y., Guo, H., Kubota, T., Inada, T., Asanuma, F., Yamada, Y., Koh, J., Kitajima, M., Hoffman, R.M. Human tumors are methionine dependent *in vivo*. Anticancer Res. **15**, 717-718, 1995. (Total unique citations: **36**) (ISI: 27) (Google: 30) (Scopus: 27)

155. Tan, Y., Zavala, J. Sr., Xu, M., Zavala, J. Jr., Hoffman, R.M. Serum methionine depletion without side effects by methioninase in metastatic breast cancer patients. Anticancer Res. **16**, 3937-3942, 1996. (Total unique citations: **36**) (ISI: 23) (Google: 33) (Scopus: 26)

156. Chishima, T., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Yang, M., Shimada, H., Moossa, A.R., and Hoffman, R.M. Use of histoculture and green fluorescent protein to visualize tumor cell host interaction. In Vitro Cell. Dev. Biol. – Anim. **33**, 745-747, 1997. (Total unique citations: **36**) (ISI: 20) (Google: 34) (Scopus: 20)

**EXHIBIT A**
**51**

157. Yang, M., Chishima, T., Wang, X., Baranov, E., Shimada, H., Moossa, A.R., and Hoffman, R.M. Multi-organ metastatic capability of Chinese hamster ovary cells revealed by green fluorescent protein (GFP) expression. Clinical and Experimental Metastasis **17**, 417-422, 1999. (Total unique citations: 36) (ISI: 24) (Google: 32) (Scopus: 27)

158. Hoffman, R.M. Orthotopic metastatic (MetaMouse®) models for discovery and development of novel chemotherapy. *In:* Methods in Molecular Medicine, Vol. III: Chemosensitivity: Vol. II, pp. 297-322, In Vivo Models, Imaging, and Molecular Regulators. Blumenthal, R., ed. ISBN #1-58829-586-9. Totowa, NJ: Humana Press, 2005. DOI: 10.1226/1588295869. (Total unique citations: 36) (ISI: 21) (Google: 35) (Scopus: 22)

159. Duan, J.X., Jiao, H., Kaizerman, J., Stanton, T., Evans, J.W., Lan, L., Lorente, G., Banica, M., Jung, D., Wang, J., Ma, H., Li, X., Yang, Z., Hoffman, R.M., Ammons, W.S., Hart, C.P., and Matteucci, M. Potent and highly selective hypoxia-activated achiral phosphoramidate mustards as anticancer drugs. Journal of Medicinal Chemistry **51**, 2412-2420, 2008. (Total unique citations: 36) (ISI: 26) (Google: 32) (Scopus: 24)

160. Andresen, V., Alexander, S., Heupel, W-M., Hirschberg, M., Hoffman, R.M., and Friedl, P. Infrared multiphoton microscopy: subcellular-resolved deep tissue imaging. Current Opinion in Biotechnology **20**, 54-62, 2009. (Total unique citations: 36) (ISI: 26) (Google: 32) (Scopus: 24)

161. Kiguchi, K., Kubota, T., Aoki, D., Udagawa, Y., Tamanouchi, S., Saga, M., Amemiya, A., Sun, F-X., Nozawa, S., Moossa, A.R., and Hoffman, R.M. A patient-like orthotopic implantation nude mouse model of highly metastatic human ovarian cancer. Clinical & Experimental Metastasis **16**, 751-756, 1998. (Total unique citations: 35) (ISI: 21) (Google: 33) (Scopus: 22)

162. Wang, X., An, Z., Geller, J., and Hoffman, R.M. High-malignancy orthotopic nude mouse model of human prostate cancer LNCaP. The Prostate **39**, 182-186, 1999. (Total unique citations: 35) (ISI: 18) (Google: 32) (Scopus: 21)

163. Hoffman, R.M. *In vivo* imaging with fluorescent proteins: The new cell biology. Acta Histochemica **106**, 77-87, 2004. (Total unique citations: 35) (ISI: 21) (Google: 33) (Scopus: 24)

164. Yang, Z., Wang, J., Lu, Q., Xu, J., Kobayashi, Y., Takakura, T., Takimoto, A. Yoshioka, T., Lian, C., Chen, C., Zhang, D., Zhang, Y., Li, S., Sun, X., Tan, Y., Yagi, S., Frenkel, E.P., and Hoffman, R.M. PEGylation confers greatly extended half-life and attenuated immunogenicity to recombinant methioninase in primates. Cancer Research **64**, 6673-6678, 2004. (Total unique citations: 35) (ISI: 26) (Google: 30) (Scopus: 26)

165. Bouvet, M., Tsuji, K., Yang, M., Jiang, P., Moossa, A.R., and Hoffman, R.M. *In vivo* color-coded imaging of the interaction of colon cancer cells and splenocytes in the formation of liver metastases. Cancer Research **66**, 11293-11297, 2006. (Total unique citations: 35) (ISI: 16) (Google: 33) (Scopus: 19)

166. Astoul, P., Colt, H.G., Wang, X., and Hoffman, R.M. A "patient-like" nude mouse model of parietal pleural human lung adenocarcinoma. Anticancer Res. **14**, 85-91, 1994. (Total unique citations: 34) (ISI: 17) (Google: 26) (Scopus: 15)

167. Katz, M.H. Bouvet, M., Takimoto, S., Spivack, D., Moossa, A.R., Hoffman, R.M. Selective antimetastatic activity of cytosine analog CS-682 in a red fluorescent protein orthotopic model of pancreatic cancer. Cancer Res. **63**, 5521-5525, 2003. (Total unique citations: 34) (ISI: 22) (Google: 29) (Scopus: 23)

168. Katz, M.H., Takimoto, S., Spivack, D., Moossa, A.R., Hoffman, R.M., and Bouvet, M.. An imageable highly metastatic orthotopic red fluorescent protein model of pancreatic cancer. Clin. Exp. Metastasis **21**, 7-12, 2004. (Total unique citations: 34) (ISI: 18) (Google: 29) (Scopus: 24)

169. Katz, M.H., Bouvet, M., Takimoto, S., Spivack, D., Moossa, A.R., and Hoffman, R.M. Survival efficacy of adjuvant cytosine-analogue CS-682 in a fluorescent orthotopic model of human pancreatic cancer. Cancer Research **64**, 1828-1833, 2004. (Total unique citations: 34) (ISI: 19) (Google: 30) (Scopus: 20)

170. Deftos, L.J., Barken, I., Burton, D.W., Hoffman, R.M., and Geller, J. Direct evidence that PTHrP expression promotes prostate cancer progression in bone. Biochem. Biophys. Res. Commun. **327**, 468-472, 2005. (Total unique citations: 34) (ISI: 23) (Google: 31) (Scopus: 24)

**EXHIBIT A**
**52**

171. Hoshiya, Y., Kubota, T., Matsuzaki, S.W., Kitajima, M., Hoffman, R.M. Methionine starvation modulates the efficacy of cisplatin on human breast cancer in nude mice. Anticancer Res. 16, 3515-3517, 1996. (Total unique citations: 33) (ISI: 21) (Google: 31) (Scopus: 23)

172. Tan, Y., Zavala, J. Sr., Han, Q., Xu, M., Sun, X., Tan, X-Z., Tan, X-Y., Magana, R., Geller, J., and Hoffman, R.M. Recombinant methioninase infusion reduces the biochemical endpoint of serum methionine with minimal toxicity in high-stage cancer patients. Anticancer Research 17, 3857-3860, 1997. (Total unique citations: 33) (ISI: 23) (Google: 31) (Scopus: 23)

173. Miki, K., Al-Refaie, W., Xu, M., Jiang, P., Tan, Y., Bouvet, M., Zhao, M., Gupta, A., Chishima, T., Shimada, H., Makuuchi, M., Moossa, A.R., and Hoffman, R.M. Methioninase gene therapy of human cancer cells is synergistic with recombinant methioninase treatment. Cancer Research 60, 2696-2702, 2000. (Total unique citations: 33) (ISI: 17) (Google: 31) (Scopus: 14)

174. Hoffman, R.M. Green fluorescent protein imaging of tumor cells in mice. Lab Animal 31, 34-41, 2002. (Total unique citations: 33) (ISI: 13) (Google: 24) (Scopus: 23)

175. Lukashev, M., LePage, D., Wilson, C., Bailly, V., Garber, E., Lukashin, A., Ngam-ek, A., Zeng, W., Allaire, N., Perrin, S., Xu, X., Szeliga, K., Wortham, K., Kelly, R., Bottiglio, C., Ding, J., Griffith, L., Heaney, G., Silverio, E., Yang, W., Jarpe, M., Fawell, S., Reff, M., Carmillo, A., Miatkowski, K., Amatucci, J., Crowell, T., Prentice, H., Meier, W., Violette, S.M., Mackay, F., Yang, D., Hoffman, R., and Browning, J.L. Targeting the lymphotoxin-beta receptor with agonist antibodies as a potential cancer therapy. Cancer Research 66, 9617-9624, 2006. (Total unique citations: 33) (ISI: 24) (Google: 31) (Scopus: 24)

176. Hayashi, K., Jiang, P., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Real-time imaging of tumor-cell shedding and trafficking in lymphatic channels. Cancer Res. 67, 8223-8228, 2007. (Total unique citations: 33) (ISI: 21) (Google: 30) (Scopus: 22)

177. Furukawa, T., Kubota, T., Watanabe, M., Kase, S., Takahara, T., Yamaguchi, H., Takeuchi, T., Teramoto, T., Ishibiki, K., Kitajima, M., and Hoffman, R.M. Chemosensitivity testing of clinical gastrointestinal cancers using histoculture and the MTT end-point. Anticancer Res. 12, 1377-1382, 1992. (Total unique citations: 32) (ISI: 20) (Google: 19) (Scopus: 23)

178. Hoffman, R.M. In vitro assays for chemotherapy sensitivity. Crit. Rev. Oncol. Hematol. 15, 99-111, 1993. (Total unique citations: 32) (ISI: 14) (Google: 18) (Scopus: 17)

179. Nanda, G.S., Sun, F.X., Hofmann, G.A., Hoffman, R.M. and Dev, S.B. Electroporation therapy of human larynx tumors HEp-2 implanted in nude mice. Anticancer Research 18, 999-1004, 1998. (Total unique citations: 32) (ISI: 20) (Google: 28) (Scopus: 18)

180. Hoffman, R.M. Imaging tumor angiogenesis with fluorescent proteins. Acta Pathologica, Microbiologica et Immunologica Scandinavica 112, 441-449, 2004. (Total unique citations: 32) (ISI: 17) (Google: 25) (Scopus: 18)

181. Robbins, K.T., Hoffman, R.M. "Decadose" effects of cisplatin on squamous cell carcinoma of the upper aerodigestive tract. I: Histoculture experiments. Laryngoscope 106, 32-36, 1996. (Total unique citations: 31) (ISI: 7) (Google: 28) (Scopus: 9)

182. Hoffman, R.M. Advantages of multi-color fluorescent proteins for whole-body and in vivo cellular imaging. Journal of Biomedical Optics 10(4), 41202, AN #041202, 2005. (Total unique citations: 31) (ISI: 19) (Google: 27) (Scopus: 22)

183. Astoul, P., Colt, H.G., Wang, X., Boutin, C., and Hoffman, R.M. "Patient-like" nude mouse model of advanced human pleural cancer. J. Cell. Biochem. 56, 9-15, 1994. (Total unique citations: 30) (ISI: 18) (Google: 22) (Scopus: 17)

184. Lee, N.C., Bouvet, M., Nardin, S., Jiang, P., Baranov, E., Rashidi, B., Yang, M., Wang, X., Moossa, A.R., and Hoffman, R.M. Antimetastatic efficacy of adjuvant gemcitabine in a pancreatic cancer orthotopic model. Clinical & Experimental Metastasis 18, 379-384, 2001. (Total unique citations: 30) (ISI: 3) (Google: 27) (Scopus: 18)

185. Hoffman, R.M. Imaging cancer dynamics in vivo at the tumor and cellular level with fluorescent proteins. Clin. Exp. Metastasis **26**, 345-355, 2009. (Total unique citations: **30**) (ISI: 17) (Google: 22) (Scopus: 21)

186. Diala, E.S. and Hoffman, R.M. Hypomethylation of HeLa cell DNA and the absence of 5-methylcytosine in SV40 and adenovirus (type 2) DNA: analysis by HPLC. Biochem. Biophys. Res. Commun. **107**, 19-26, 1982. (Total unique citations: **29**) (ISI: 18) (Google: 21) (Scopus: 3)

187. Zhang, L., Li, L., An, Z., Hoffman, R.M., and Hofmann, G.A. *In vivo* transdermal delivery of large molecules by pressure-mediated electroincorporation and electroporation: a novel method for drug and gene delivery. Bioelectrochemistry and Bioenergetics **42**, 283-292, 1997. (Total unique citations: **29**) (ISI: 17) (Google: 28) Scopus: 19)

188. Furukawa, T., Kubota, T., Tanino, H., Oura, S., Yuasa, S., Murate, H., Morita, K., Kozakai, K., Yano, T., Hoffman, R.M. Chemosensitivity of breast cancer lymph node metastasis compared to the primary tumor from individual patients tested in the histoculture drug response assay. Anticancer Research **20**, 3657-3658, 2000. (Total unique citations: **29**) (ISI: 15) (Scopus: 20)

189. Sun, X., Yang, Z., Li, S., Tan, Y., Zhang, N., Wang, X., Yagi, S., Yoshioka, T., Takimoto, A., Mitsushima, K., Suginaka, A., Frenkel, E.P., and Hoffman, R.M. *In vivo* efficacy of recombinant methioninase is enhanced by the combination of polyethylene glycol conjugation and pyridoxal 5' phosphate supplementation. Cancer Research, **63**, 8377-8383, 2003. (Total unique citations: **29**) (ISI: 23) (Google: 27 (Scopus: 23)

190. Ohie, S., Udagawa, Y., Kozu, A., Komuro, Y., Aoki, D., Nozawa, S., Moossa, A.R., and Hoffman, R.M. Cisplatin sensitivity of ovarian cancer in the histoculture drug response assay correlates to clinical response to combination chemotherapy with cisplatin, doxorubicin, and cyclophosphamide. Anticancer Research **20**, 2049-2054, 2000. (Total unique citations: **28**) (ISI: 15) (Google: 25) (Scopus: 19)

191. Bobek, V., Boubelik, M., Fiserova, A., L'uptovcova, M., Vannucci, L., Kacprzak, G., Kolodzej, J., Majewski, A.M., and Hoffman, R.M. Anticoagulant drugs increase natural killer cell activity in lung cancer. Lung Cancer **47**, 215-223, 2005. (Total unique citations: **28**) (ISI: 15) (Google: 26) (Scopus: 19)

192. Lademann, J., Otberg, N., Jacobi U., Hoffman, R.M., and Blume-Peytavi, U. Follicular penetration and targeting. J. Investig. Dermatol. Symp. Proc. **10**, 301-303, 2005. (Total unique citations: **28**) (ISI: 18) (Google: 23) (Scopus: 18)

193. Rashidi, B., Sun, F-X., Jiang, P., An, Z., Gamagami, R., Moossa, A.R., Hoffman, R.M. A nude mouse model of massive liver and lymph node metastasis of human colon cancer. Anticancer Research **20**, 715-722, 2000. (Total unique citations: **27**) (ISI: 12) (Google: 27) (Scopus: 13)

194. Hayashi, K., Zhao, M., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., and Hoffman, R.M. Cancer metastasis directly eradicated by targeted therapy with a modified *Salmonella typhymurium*. J. Cell. Biochem. **106**, 992-998, 2009. (Total unique citations: **27**) (ISI: 19) (Google: 25) (Scopus: 21)

195. Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Kase, S., Tanino, H., Nishibori, K., Saikawa, Y., Teramoto, T., Ishibiki, K., Kitajima, M., and Hoffman, R.M. Orthotopic reconstitution of human small-cell lung carcinoma after intravenous transplantation in SCID mice. Anticancer Res. **12**, 1407-1410, 1992. (Total unique citations: **26**) (ISI: 17) (Google: 23) (Scopus: 14)

196. Lishko, V.K., Lishko, O.V., and Hoffman, R.M. Depletion of serum methionine by methioninase in mice. Anticancer Res. **13**, 1465-1468, 1993. (Total unique citations: **26**) (ISI: 18) (Google: 21) (Scopus: 16)

197. Olbina, G., Cieslak, D., Ruzdijic, S., Esler, C., An, Z., Wang, X., Hoffman, R., Seifert, W., and Pietrzkowski, Z. Reversible inhibition of IL-8 receptor B mRNA expression and proliferation in non-small cell lung cancer by antisense oligonucleotides. Anticancer Res. **16**, 3525-3530, 1996. (Total unique citations: **26**) (ISI: 13) (Google: 25) (Scopus: 12)

**EXHIBIT A**
**54**

198.    Dev, S.B., Nanda, G.S., An, Z., Wang, X., Hoffman, R.M. and Hofmann, G.A.  Effective electroporation therapy of human pancreatic tumors implanted in nude mice. Drug Delivery **4**, 293-299, 1997.  (Total unique citations: **26**) (ISI: 13) (Google: 19) (Scopus: 14)

199.    Nanda, G.S., Sun, F.X., Hofmann, G.A., Hoffman, R.M. and Dev, S.B.  Electroporation enhances therapeutic efficacy of anticancer drugs: treatment of human pancreatic tumor in animal model.  Anticancer Research **18**, 1361-1366, 1998.  (Total unique citations: **26**) (ISI: 13) (Google: 20) (Scopus: 11)

200.    Jacobsen, S.J., Hoffman, R.M. and Erbe, R.W.  Regulation of methionine adenosyltransferase in normal diploid and simian virus 40-transformed human fibroblasts.  J. Natl. Cancer Inst. **65**, 1237-1244, 1980.  (Total unique citations: **25**) (ISI: 23) (Google: 20) (Scopus: 4)

**EXHIBIT A**
**55**

## Publications of Robert M. Hoffman
### Total unique citations: 19,422 (ISI: 12,361) (Google: 16,627) (Scopus: 10,984)

1.  Hoffman, R.M., and Raper, J.R. Genetic restriction of energy conservation in Schizophyllum. Science **171**, 418-419, 1971. (Total unique citations: **16**) (ISI: 14) (Google: 14) (Scopus: 3)

2.  Hoffman, R.M. and Raper, J.R. Lowered respiratory response to adenosine diphosphate of mitochondria isolated from a mutant-B strain of Schizophyllum commune. J. Bacteriol. **110**, 780-781, 1972. (Total unique citations: **10**) (ISI: 9) (Google: 9) (Scopus: 0)

3.  Raper, J.R. and Hoffman, R.M. Schizophyllum commune. *In:* Handbook of Genetics. **3**, R King (ed.), New York, Plenum Press, 597-626, 1974. (Total unique citations: **73**) (ISI: 39) (Google: 73) (No Scopus)

4.  Hoffman, R.M. and Raper, J.R. Genetic impairment of energy conservation in development of *schizophyllum*: Efficient mitochondria in energy-starved cells. J. Gen. Microbiol. **82**, 67-75, 1974. (Total unique citations: **8**) (ISI: 5) (Google: 4) (Scopus: 0)

5.  Hoffman, R.M. and Erbe, RW. High *in vivo* rates of methionine biosynthesis in transformed human and malignant rat cells auxotrophic for methionine. Proc. Natl. Acad. Sci. USA **73**, 1523-1527, 1976. (Total unique citations: **173**) (ISI: 141) (Google: 143) (Scopus: 52)

6.  Williams, J., Hoffman, R.M. and Penman, S. The extensive homology between mRNA sequences of normal and SV40-transformed human fibroblasts. Cell **11**, 901-907, 1977. (Total unique citations: **84**) (ISI: 73) (Google: 56) (Scopus: 0)

7.  Hoffman, R.M., Jacobsen, S J. and Erbe, R.W. Reversion to methionine independence by malignant rat and SV40-transformed human fibroblasts. Biochem. Biophys. Res. Commun. **82**, 228-234, 1978. (Total unique citations: **43**) (ISI: 38) (Google: 38) (Scopus:6)

8.  Hoffman, R.M., Margolis, L.B. and Bergelson, L.D. Binding and entrapment of high molecular weight DNA by lecithin liposomes. FEBS Letters **93**, 365-368, 1978. (Total unique citations: **83**) (ISI: 44) (Google: 66) (Scopus: 16)

9.  Hoffman, R.M., Jacobsen, S.J. and Erbe, R.W. Reversion to methionine independence in simian virus 40-transformed human and malignant rat fibroblasts is associated with altered ploidy and altered properties of transformation. Proc. Natl. Acad. Sci. USA **76**, 1313-1317, 1979. (Total unique citations: **40**) (ISI: 36) (Google: 31) (Scopus: 6)

10. Jacobsen, S.J., Hoffman, R.M. and Erbe, R.W. Regulation of methionine adenosyltransferase in normal diploid and simian virus 40-transformed human fibroblasts. J. Natl. Cancer Inst. **65**, 1237-1244, 1980. (Total unique citations: **25**) (ISI: 23) (Google: 20) (Scopus: 4)

11. Hoffman, R.M. and Jacobsen, S.J. Reversible growth arrest in simian virus 40-transformed human fibroblasts. Proc. Natl. Acad. Sci. USA 77, 7306-7310, 1980. (Total unique citations: **75**) (ISI: 60) (Google: 60) (Scopus: 33)

12. Rubnitz, J.E., Jacobsen, S.J. and Hoffman R.M. Constitutive behavior of methionyl-tRNA synthetase compared to repressible behavior of methionine adenosyltransferase in mammalian cells. Biochim. Biophys. Acta – General Subjects **677**, 269-273, 1981. (Total unique citations: **4**) (ISI: 4) (Google: 3) (Scopus: 0)

13. Diala, E.S., Plent, M.M., Coalson, D.W. and Hoffman, R.M. DNA methylation in normal and SV40-transformed human fibroblasts. Biochem. Biophys. Res. Commun. **102**, 1379-1384, 1981. (Total unique citations: **22**) (ISI: 21) (Google: 16) (Scopus: 1)

14. Hoffman, R.M., Coalson, D. W., Jacobsen, S.J. and Erbe, R.W. Folate polyglutamate and monoglutamate accumulation in normal and SV40-transformed human fibroblasts. J. Cell. Physiol. **109**, 497-505, 1981. (Total unique citations: **3**) (ISI: 3) (Google: 1) (Scopus: 0)

**EXHIBIT A**
**56**

15. Hoffman, R.M. Methionine dependence in cancer cells - a review. In Vitro **18**, 421-428, 1982. (Total unique citations: **81**) (ISI: 61) (Google: 67) (Scopus: 22)

16. Coalson, D.W., Mecham, J.O., Stern, P.H., and Hoffman, R.M. Reduced availability of endogenously synthesized methionine for S-adenosylmethionine formation in methionine-dependent cancer cells. Proc. Natl. Acad. Sci. USA **79**, 4248-4251, 1982. (Total unique citations: **55**) (ISI: 38) (Google: 44) (Scopus: 12)

17. Diala, E.S. and Hoffman, R.M. DNA methylation levels in normal and chemically-transformed mouse 3T3 cells. Biochem. Biophys. Res. Commun. **104**, 1489-1494, 1982. (Total unique citations: **20**) (ISI: 18) (Google: 11) (Scopus: 2)

18. Diala, E.S. and Hoffman, R.M. Hypomethylation of HeLa cell DNA and the absence of 5-methylcytosine in SV40 and adenovirus (type 2) DNA: analysis by HPLC. Biochem. Biophys. Res. Commun. **107**, 19-26, 1982. (Total unique citations: **29**) (ISI: 18) (Google: 21) (Scopus: 3)

19. Stern, P.H., Mecham, J.O., and Hoffman, R.M. The preparation of [$^{35}$S]homocysteine thiolactone free of [$^{35}$S]methionine. J. Biochemical and Biophysical Methods 7, 83-88, 1982. (Total unique citations: **12**) (ISI: 11) (Google: 10) (Scopus: 4)

20. Diala, E.S. and Hoffman, R.M. Epstein-Barr HR-1 virion DNA is very highly methylated. J. Virology **45**, 482-483, 1983. (Total unique citations: **14**) (ISI: 9) (Google: 11) (Scopus: 1)

21. Stern, P.H., Mecham, J.O., Wallace, C.D. and Hoffman, R.M. Reduced free-methionine in methionine-dependent SV40-transformed human fibroblasts synthesizing apparently normal amounts of methionine. J. Cell. Physiol. **117**, 9-14, 1983. (Total unique citations: **42**) (ISI: 33) (Google: 29) (Scopus: 10)

22. Diala, E.S., Cheah, M.S.C., Rowitch, D. and Hoffman, R.M. Extent of DNA methylation in human tumor cells. J. Natl. Cancer Inst. **71**, 755-764, 1983. (Total unique citations: **112**) (ISI: 88) (Google: 85) (Scopus: 32)

23. Oden, K.L., Carson, K., Mecham, J.O., Hoffman, R.M. and Clarke, S. S-adenosylmethionine synthetase in cultured normal and oncogenically-transformed human and rat cells. Biochim. Biophys. Acta **760**, 270-277, 1983. (Total unique citations: **16**) (ISI: 14) (Google: 12) (Scopus: 3)

24. Mecham, J.O., Rowitch, D., Wallace, C.D., Stern, P.H. and Hoffman, R.M. The metabolic defect of methionine dependence occurs frequently in human tumor cell lines. Biochem. Biophys. Res. Commun. **117**, 429-434, 1983. (Total unique citations: **115**) (ISI: 96) (Google: 94) (Scopus: 49)

25. Stern, P.H., Wallace, C.D. and Hoffman, R.M. Altered methionine metabolism occurs in all members of a set of diverse human tumor cell lines. J. Cell. Physiol. **119**, 29-34, 1984. (Total unique citations: **89**) (ISI: 66) (Google: 73) (Scopus: 35)

26. Hoffman, R.M. Altered methionine metabolism, DNA methylation and oncogene expression in carcinogenesis. A review and synthesis. Biochim. Biophys. Acta **738**, 49-87, 1984. (Total unique citations: **380**) (ISI: 293) (Google: 311) (Scopus: 23)

27. Cheah, M.S., Wallace, C.D. and Hoffman, R.M. Hypomethylation of DNA in human cancer cells: a site-specific change in the c-myc oncogene. J. Natl. Cancer Inst. **73**, 1057-1065, 1984. (Total unique citations: **150**) (ISI: 111) (Google: 113) (Scopus: 50)

28. Stern, P.H., and Hoffman, R.M. Elevated overall rates of transmethylation in cell lines from diverse human tumors. In Vitro **20**, 663-670, 1984. (Total unique citations: **56**) (ISI: 44) (Google: 48) (Scopus: 26)

29. Hoffman, R.M. Altered methionine metabolism and transmethylation in cancer. Anticancer Res. **5**, 1-30, 1985. (Total unique citations: **140**) (ISI: 79) (Google: 125) (Scopus: 45)

**EXHIBIT A**
57

30. Hoffman, R.M. and Stern, P.H. Cancer, methionine and transmethylation. *In:* Biological Methylation and Drug Design, pp. 215-225. Borchardt, R.T., Creveling C.R,. and Ueland, P.M, eds. Clifton, New Jersey: Humana Press, 1986. (Total unique citations: **5**) (ISI: 5) (Google: 4) (No Scopus)

31. Stern, P.H. and Hoffman, R.M. Enhanced in vitro selective toxicity of chemotherapeutic agents for human cancer cells based on a metabolic defect. J. Natl. Cancer Inst. 76, 629-639, 1986. (Total unique citations: **71**) (ISI: 57) (Google: 54) (Scopus: 35)

32. Freeman, A.E. and Hoffman, R.M. In vivo-like growth of human tumors in vitro. Proc. Natl. Acad. Sci. USA **83**, 2694-2698, 1986. (Total unique citations: **170**) (ISI: 114) (Google: 134) (Scopus: 49)

33. Stern, P.H. and Hoffman, R.M. The chemical synthesis of high specific-activity $[^{35}S]$adenosylhomocysteine. Analytical Biochem. **158**, 408-412, 1986. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

34. Vescio, R.A., Redfern, C.H., Nelson, T.J., Ugoretz, S. Stern, P.H. and Hoffman, R.M. *In vivo*-like drug responses of human tumors growing in three-dimensional gel-supported, primary culture. Proc. Natl. Acad. Sci. USA **84,** 5029-5033, 1987. (Total unique citations: **137**) (ISI: 88) (Google: 109) (Scopus: 48)

35. Hoffman, R.M. Altered methionine metabolism and unbalanced methylation: a possible basis for the dynamic phenotype of cancer. *In:* Absorption and Utilization of Amino Acids, pp. 1-7. M. Friedman, ed. Boca Raton, Florida: CRC Press, 1989. (Total unique citations: **2**) (ISI: 2) (No Google) (No Scopus)

36. Hoffman, R.M., Connors, K.M., Meerson-Monosov, A.Z, Herrera, H. and Price, J.H. A general native-state method for determination of proliferation capacity of human normal and tumor tissues *in vitro*. Proc. Natl. Acad. Sci. USA **86**, 2013-2017, 1989. (Total unique citations: **93**) (ISI: 67) (Google: 67) (Scopus: 28)

37. Wallen, J.W., Cate, R.L., Kiefer, D.M., Riemen, M.W., Martinez, D., Hoffman, R.M., Donahoe, P.K., Von Hoff, D.D., Pepinsky, B. and Oliff, A. Minimal antiproliferative effect of recombinant mullerian inhibiting substance on gynecological tumor cell lines and tumor explants. Cancer Res. **49**, 2005-2011, 1989. (Total unique citations: **52**) (ISI: 43) (Google: 35) (Scopus: 10)

38. Vescio, R.A., Connors, K.M., Youngkin, T., Bordin, G.M, Robb, J.A, Umbreit, J.N. and Hoffman, R.M. Cancer biology for individualized therapy: Correlation of growth fraction index in native-state histoculture with tumor grade and stage. Proc. Natl. Acad. Sci. USA **87**, 691-695, 1990. (Total unique citations: **41**) (ISI: 30) (Google: 36) (Scopus: 10)

39. Hoffman, R.M. Unbalanced transmethylation and the perturbation of the differentiated state leading to cancer. BioEssays **12**, 163-166, 1990. (Total unique citations: **46**) (ISI: 39) (Google: 34) (Scopus: 16)

40. Vescio, R.A., Connors, K.M., Bordin, G.M., Robb, J.A., Youngkin, T, Umbreit, J.N. and Hoffman, R.M. The distinction of small cell and non-small cell cancer by growth in native-state histoculture. Cancer Res. **50**, 6095-6099, 1990. (Total unique citations: **25**) (ISI: 19) (Google: 23) (Scopus: 5)

41. Wilson, W.W. and Hoffman, R.M. Methylation of intact chromosomes by bacterial methylases in agarose plugs suitable for pulsed-field electrophoresis. Methylation of intact chromosomes in agarose by methylases. Analytical Biochem. **191**, 370-375, 1990. (Total unique citations: **7**) (ISI: 3) (Google: 4) (Scopus: 0)

42. Hoffman, R.M. *In vitro* sensitivity assays in cancer: A review, analysis and prognosis. J. Clin. Lab. Anal. **5**, 133-143, 1991. (Total unique citations: **94**) (ISI: 70) (Google: 80) (Scopus: 50)

43. Li, L., Margolis, L.B. and Hoffman, R.M. Skin toxicity determined *in vitro* by three-dimensional, native-state histoculture. Proc. Natl. Acad. Sci. **88**, 1908-1912, 1991. (Total unique citations: **45**) (ISI: 30) (Google: 43) (Scopus: 10)

**EXHIBIT A**
**58**

44. Robbins, K.T., Varki, N.M., Storniolo, A.M., Hoffman, H. and Hoffman, R.M. Drug response of head and neck tumors in native-state histoculture. Arch. Otolaryngol. Head Neck Surg. **117**, 83-86, 1991. (Total unique citations: **20**) (ISI: 12) (Google: 19) (Scopus: 9)

45. Hoffman, R.M. Three-dimensional histoculture: origins and applications in cancer research. Cancer Cells **3**, 86-92, 1991 (Cover story). (Total unique citations: **144**) (ISI: 92) (Google: 118) (Scopus: 51)

46. Vescio, R.A., Connors, K.M., Kubota, T. and Hoffman, R.M. Correlation of histology and drug response of human tumors grown in native-state three-dimensional histoculture and in nude mice. Proc. Natl. Acad. Sci. USA **88**, 5163-5166, 1991. (Total unique citations: **65**) (ISI: 46) (Google: 49) (Scopus: 22)

47. Guadagni, F., Roselli, M. and Hoffman, R.M. Maintenance of expression of tumor antigens in three-dimensional *in vitro* human tumor gel-supported histoculture. Anticancer Res. **11**, 543-546, 1991. (Total unique citations: **13**) (ISI: 10) (Google: 11) (Scopus: 2)

48. Hoffman, R.M. Three-dimensional gel-supported native-state histoculture for evaluation of tumor-specific pharmacological activity: principles, practices and possibilities. J. Cell Pharmacol. **2**, 189-201, 1991. (Total unique citations: **19**) (ISI: 16) (Google: 19) (No Scopus)

49. Li, L. and Hoffman, R.M. Hair growth and hair follicle cell proliferation in histocultured mouse skin. Annals of the New York Academy of Sciences **642**, 506-509, 1991. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 0)

50. Fu, X.Y., Besterman, J.M., Monosov, A. and Hoffman, R.M. Models of human metastatic colon cancer in nude mice orthotopically constructed by using histologically intact pa161ient specimens. Proc. Natl. Acad. Sci. USA **88**, 9345-9349, 1991. (Total unique citations: **208**) (ISI: 156) (Google: 161) (Scopus: 112)

51. Li, L., Margolis, L.B. and Hoffman, R.M. Native-state sponge-gel histoculture of intact 3-dimensional tissue for *in vitro* toxicity assays. Alternative Methods in Toxicology, 8th International CAAT Symposium, (ed.) Alan M. Goldberg, Johns Hopkins University. Vol. **8**, 311-316, 1991.

52. Fu, X., Theodorescu, D., Kerbel, R.S. and Hoffman, R.M. Extensive multi-organ metastasis following orthotopic onplantation of histologically-intact human bladder carcinoma tissue in nude mice. Int J. Cancer **49**, 938-939, 1991. (Total unique citations: **84**) (ISI: 57) (Google: 63) (Scopus: 36)

53. Baibakov, B., Frank, G.A., Sergeeva, N., Novikova, I., Youngkin, T., Connors, K.M., Hoffman, R.M. and Margolis, L.B. *In vivo* growth patterns of human lung tumors in three-dimensional histoculture. In Vitro Cell Dev. Biol. **27A**, 897-899, 1991. (Total unique citations: **6**) (ISI: 5) (Google: 5) (Scopus: 1)

54. Hoffman, R.M. Altered regulation of transmethylation and loss of organotypic behavior in cancer. Korean J. Biochem. **23**, 83-89, 1991.

55. Li, L. and Hoffman, R.M. Eye tissues grown in three-dimensional histoculture for toxicological studies. J. Cell. Pharmacol. **2**, 311-316, 1991. (Total unique citations: **1**) (ISI: 1) (Google: 1) (No Scopus)

56. Furukawa, T., Kubota, T., Watanabe, M., Takahara, T., Yamaguchi, H., Takeuchi, T., Kase, S., Kodaira, S., Ishibiki, K., Kitajima, M. and Hoffman, R.M. High *in vitro-in vivo* correlation of drug response using sponge-gel-supported three-dimensional histoculture and the MTT end point. Int. J. Cancer **51**, 489-498, 1992. (Total unique citations: **121**) (ISI: 66) (Google: 91) (Scopus: 53)

57. Fu, X., Guadagni, F. and Hoffman, R.M. A metastatic nude-mouse model of human pancreatic cancer constructed orthotopically from histologically intact patient specimens. Proc. Natl. Acad. Sci. USA **89**, 5645-5649, 1992. (Total unique citations: **189**) (ISI: 124) (Google: 154) (Scopus: 109)

58. Guadagni, F., Li, L. and Hoffman, R.M. Targeting antibodies to live tumor tissue in 3-D histoculture. In Vitro Cell. & Dev. Biol. **28A**, 297-299, 1992. (Total unique citations: **2**) (ISI: 1) (Google: 2) (Scopus: 0)

**EXHIBIT A**
**59**

59. Fu, X. and Hoffman, R.M. Human RT-4 bladder carcinoma is highly metastatic in nude mice and comparable to ras[H]-transformed RT-4 when orthotopically onplanted as histologically intact tissue. Int. J. Cancer **51**, 989-991, 1992. (Total unique citations: **42**) (ISI: 32) (Google: 30) (Scopus: 18)

60. Wang, X., Fu, X. and Hoffman, R.M. A new patient-like metastatic model of human lung cancer constructed orthotopically with intact tissue via thoracotomy in immunodeficient mice. Int. J. Cancer **51**, 992-995, 1992. (Total unique citations: **93**) (ISI: 69) (Google: 70) (Scopus: 43)

61. Colangelo, D., Guo, H-Y, Silvestro, L. and Hoffman, R.M. Noncolorimetric measurement of cell activity in three-dimensional histoculture using the tetrazolium dye 3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide: The pixel image analysis of formazan crystals. Analytical Biochem. **205**, 8-13, 1992. (Total unique citations: **12**) (ISI: 8) (Google: 10) (Scopus: 4)

62. Guo, H-Y., Colangelo, D., Li, L., Connors, K.M., Kubota, T. and Hoffman, R.M. *In vitro* histoculture of human tumors with fluorescent dye end-points measured by confocal microscopy: high correlation of *in vitro* and *in vivo* chemosensitivity. Anticancer Res. **12**, 1055-1062, 1992. (Total unique citations: **7**) (ISI: 2) (Google: 7) (Scopus: 1)

63. Hoffman, R.M. Patient-like models of human cancer in mice: A review and critique of their development. Current Perspectives on Mol. & Cell. Oncol. **1**, Part B, 311-329, 1992. (Total unique citations: **24**) (ISI: 24) (Google: 19) (No Scopus)

64. Li, L., Paus, R., Margolis, L.B. and Hoffman, R.M. Hair growth *in vitro* from histocultured skin. In Vitro Cell Dev. Biol. **28A**, 479-481, 1992. (Total unique citations: **23**) (ISI: 15) (Google: 19) (Scopus: 7)

65. Hoffman, R.M. Histoculture and the immunodeficient mouse come to the cancer clinic: rational approaches to individualizing cancer therapy and new drug evaluation (Review). Int. J. Oncol. **1**, 467-474, 1992. (Total unique citations: **15**) (ISI: 10) (Google: 10) (No Scopus)

66. Li, L., Margolis, L.B., Paus, R. and Hoffman, R.M. Hair shaft elongation, follicle growth, and spontaneous regression in long-term, gelatin sponge-supported histoculture of human scalp skin. Proc. Natl. Acad. Sci. USA **89**, 8764-8768, 1992. (Total unique citations: **74**) (ISI: 46) (Google: 62) (Scopus: 26)

67. Wang, X., Fu, X., Kubota, T., and Hoffman, R.M. A new patient-like metastatic model of human small-cell lung cancer constructed orthotopically with intact tissue via thoracotomy in nude mice. Anticancer Res. **12**, 1403-1406, 1992. (Total unique citations: **47**) (ISI: 30) (Google: 35) (Scopus: 24)

68. Fu, X., Herrera, H., Kubota, T. and Hoffman, R.M. Extensive liver metastasis from human colon cancer in nude and scid mice after orthotopic onplantation of histologically-intact human colon carcinoma tissue. Anticancer Res. **12**, 1395-1397, 1992. (Total unique citations: **39**) (ISI: 23) (Google: 29) (Scopus: 16)

69. Furukawa, T., Kubota, T., Watanabe, M., Kase, S., Takahara, T., Yamaguchi, H., Takeuchi, T., Teramoto, T., Ishibiki, K., Kitajima, M., and Hoffman, R.M. Chemosensitivity testing of clinical gastrointestinal cancers using histoculture and the MTT end-point. Anticancer Res. **12**, 1377-1382, 1992. (Total unique citations: **32**) (ISI: 20) (Google: 19) (Scopus: 23)

70. Wang, X., Fu, X. and Hoffman, R.M. A patient-like metastasizing model of human lung adenocarcinoma constructed via thoracotomy in nude mice. Anticancer Res. **12**, 1399-1401, 1992. (Total unique citations: **52**) (ISI: 35) (Google: 40) (Scopus: 27)

71. Colangelo, D., Guo, H-Y, Connors, K.M., Kubota, T., Silvestro, L., and Hoffman, R.M. Correlation of drug response in human tumors histocultured *in vitro* with an image analysis MTT end point and *in vivo* xenografted in nude mice. Anticancer Res. **12**, 1373-1376, 1992. (Total unique citations: **7**) (ISI: 7) (Google: 5) (Scopus: 3)

**EXHIBIT A**
**60**

72.  Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Kase, S., Tanino, H., Nishibori, K., Saikawa, Y., Teramoto, T., Ishibiki, K., Kitajima, M., and Hoffman, R.M.  Orthotopic reconstitution of human small-cell lung carcinoma after intravenous transplantation in SCID mice.  Anticancer Res. **12**, 1407-1410, 1992.  (Total unique citations: **26**) (ISI: 17) (Google: 23) (Scopus: 14)

73.  Fu, X., Herrera, H. and Hoffman, R.M.  Orthotopic growth and metastasis of human prostate carcinoma in nude mice after transplantation of histologically intact tissue.  Int. J. Cancer **52**, 987-990, 1992.  (Total unique citations: **87**) (ISI: 58) (Google: 75) (Scopus: 47)

74.  Slocum, H., Toth, K., Li, L., Chang, S-G., Hoffman R.M. and Rustum, Y.  Long-term passage of human tissues *in vitro* as three-dimensional histolines.  In Vitro Cell. Dev. Biol. **28A**, 573-577, 1992.  (Total unique citations: **3**) (ISI: 2) (Google: 1) (Scopus: 0)

75.  Chang, S-G., Slocum, X., Toth, K., Hoffman, R.M., Perrapato, S.D., Huben, R.P. and Rustum, S.  Glucose consumption end point in primary histoculture indicates recovery of human tumors from drug treatment.  In Vitro Cell. Dev. Biol. **28A**, 585-587, 1992.  (Total unique citations: **10**) (ISI: 7) (Google: 6) (Scopus: 2)

76.  Li, L., Margolis, L.B., Lishko, V.K. and Hoffman, R.M.  Product-delivering liposomes specifically target hair follicles in histocultured intact skin.  In Vitro Cell. Dev. Biol. **28A**, 679-681, 1992.  (Total unique citations: **61**) (ISI: 39) (Google: 55) (Scopus: 28)

77.  Li, L., Paus, R., Slominski, A. and Hoffman, R.M.  Skin histoculture assay for studying the hair cycle. In Vitro Cell. Dev. Biol. **28A**, 695-698, 1992.  (Total unique citations: **50**) (ISI: 35) (Google: 43) (Scopus: 20)

78.  Geller, J., Sionit, L.R., Connors, K. and Hoffman, R.M.  Measurement of androgen sensitivity in the human prostate in *in vitro* three-dimensional histoculture.  The Prostate **21**, 269-278, 1992.  (Total unique citations: **20**) (ISI: 15) (Google: 17) (Scopus: 11)

79.  Furukawa, T., Kubota, T., Watanabe, M., Kitajima, M., Fu, X. and Hoffman, R.M. Orthotopic transplantation of histologically intact clinical specimens of stomach cancer to nude mice: correlation of metastatic sites in mouse and individual patient donors.  Int. J. Cancer **53**, 608-612, 1993.  (Total unique citations: **41**) (ISI: 23) (Google: 29) (Scopus: 15)

80.  Furukawa, T., Fu, X., Kubota, T., Watanabe, M., Kitajima, M. and Hoffman, R.M.  Nude mouse metastatic models of human stomach cancer constructed using orthotopic transplantation of histologically intact tissue.  Cancer Res. **53**, 1204-1208, 1993.  (Total unique citations: **215**) (ISI: 91) (Google: 184) (Scopus: 77)

81.  Wilson, W.W., Mebane, E.W. and Hoffman, R.M.  Creation of ultra-rare restriction sites in intact eukaryotic chromosomes mediated by bacterial methylases: an approach to sequencing and analyzing tumor and normal genomes.  Anticancer Res. **13**, 17-20, 1993.  (Total unique citations: **1**) (No ISI) (Google: 1) (Scopus: 0)

82.  Li, L., Lishko, V.K. and Hoffman, R.M.  Liposomes can specifically target entrapped melanin to hair follicles in histocultured skin.  In Vitro Cell. Dev. Biol. **29A**, 192-194, 1993.  (Total unique citations: **56**) (ISI: 34) (Google: 50) (Scopus: 29)

83.  Fu, X. and Hoffman, R.M.  Human ovarian carcinoma metastatic models constructed in nude mice by orthotopic transplantation of histologically-intact patient specimens.  Anticancer Res. **13**, 283-286, 1993.  (Total unique citations: **98**) (ISI: 48) (Google: 87) (Scopus: 51)

84.  Furukawa, T., Kubota, T., Watanabe, M., Kuo, T.H., Kase, S., Saikawa, Y., Tanino, H., Teramoto, T., Ishibiki, K., Kitajima, M. and Hoffman, R.M.  Immunochemotherapy prevents human colon cancer metastasis after orthotopic onplantation of histologically-intact tumor tissue in nude mice.  Anticancer Res. **13**, 287-291, 1993.  (Total unique citations: **19**) (ISI: 11) (Google: 16) (Scopus: 8)

**EXHIBIT A**
**61**

85. Kuo, T.-H., Kubota, T., Watanabe, M., Furukawa, T., Teramoto, T., Ishibiki, K., Kitajima, M. and Hoffman, R.M. Early resection of primary orthotopically-growing human colon tumor in nude mouse prevents liver metastasis: further evidence for patient-like hematogenous metastatic route. Anticancer Res. **13**, 293-297, 1993. (Total unique citations: **39**) (ISI: 27) (Google: 31) (Scopus: 20)

86. Hoffman, R.M. To do tissue culture in two or three dimensions? That is the question. Stem Cells **11**, 105-111, 1993. (Total unique citations: **93**) (ISI: 58) (Google: 85) (Scopus: 52)

87. Li, L., Lishko, V.K. and Hoffman, R.M. Liposome targeting of high molecular weight DNA to the hair follicles of histocultured skin: a model for gene therapy of the hair growth processes. In Vitro Cell. Dev. Biol. **29A**, 258-260, 1993. (Total unique citations: **44**) (ISI: 31) (Google: 37) (Scopus: 25)

88. Hoffman, R.M. Microsurgery, orthotopic human tumor transplantation and the nude mouse: Patient-like metastatic models of human cancer. Proc. First Congress, The Int. Soc. Exper. Microsurg. 128-145, 1993.

89. Furukawa, T., Kubota, T., Watanabe, M., Kuo, T.-H., Kitajima, M., and Hoffman, R.M. Differential chemosensitivity of local and metastatic human gastric cancer after orthotopic transplantation of histologically intact tumor tissue in nude mice. Int. J. Cancer **54**, 397-401, 1993. (Total unique citations: **36**) (ISI: 25) (Google: 31) (Scopus: 17)

90. Furukawa, T., Kubota, T., Watanabe, M., Kitajima, M. and Hoffman, R.M. A novel "patient-like" treatment model of human pancreatic cancer constructed using orthotopic transplantation of histologically intact human tumor tissue in nude mice. Cancer Res. **53**, 3070-3072, 1993. (Total unique citations: **75**) (ISI: 47) (Google: 60) (Scopus: 46)

91. Guo, H-Y., Herrera, H., Groce, A., and Hoffman, R.M. Expression of the biochemical defect of methionine dependence in fresh patient tumors in primary histoculture. Cancer Res. **53**, 2479-2483, 1993. (Total unique citations: **118**) (ISI: 76) (Google: 103) (Scopus: 70)

92. Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Kase, S., Tanino, H., Saikawa, Y., Ishibiki, K., Kitajima, M., and Hoffman, R.M. Site-specific chemosensitivity of human small-cell lung carcinoma growing orthotopically compared to subcutaneously in SCID mice: the importance of orthotopic models to obtain relevant drug evaluation data. Anticancer Res. **13**, 627-630, 1993. (Total unique citations: **70**) (ISI: 38) (Google: 63) (Scopus: 37)

93. Tanino, H., Kubota, T., Yamada, Y., Koh, J-I., Takeuchi, T., Kase, S., Furukawa, T., Takahashi, M., Fukuda, S., Ogose, N., Komatsu, T., Kato, M., Kitajima, M., Sakurai, T., Naito, Y. and Hoffman, R.M. A newly developed hexamethylmelamine derivative, SAE9 with both antitumor and aromatase-inhibitory activity. Anticancer Res. **13**, 623-626, 1993. (Total unique citations: **5**) (ISI: 5) (Google: 1) (Scopus: 5)

94. Guo, H-Y., Herrera, H. and Hoffman, R.M. Unchecked DNA synthesis and blocked cell division induced by methionine deprivation in a human prostate cancer cell line. In Vitro Cell. Dev. Biol. **29A**, 359-361, 1993. (Total unique citations: **6**) (ISI: 2) (Google: 5) (Scopus: 4)

95. Fu, X., Le, P. and Hoffman, R.M. A metastatic-orthotopic transplant nude-mouse model of human patient breast cancer. Anticancer Res. **13**, 901-904, 1993. (Total unique citations: **39**) (ISI: 24) (Google: 30) (Scopus: 25)

96. Li, L. and Hoffman, R.M. Histoculture radiometric *in vitro* hair growth assay. In Vitro Cell. Dev. Biol. **29A**, 449-450, 1993. (Total unique citations: **2**) (ISI: 2) (Google: 2) (Scopus: 1)

97. Geller, J., Sionit, L.R., Connors, K., Youngkin, T., and Hoffman, R.M. Expression of prostate-specific antigen in human prostate specimens in *in vitro* three-dimensional histoculture. In Vitro Cell. Dev. Biol. **29A**, 523-524, 1993. (Total unique citations: **7**) (ISI: 5) (Google: 7) (Scopus: 6)

98. Astoul, P., Wang, X., and Hoffman, R.M. 'Patient-like' nude- and SCID-mouse models of human lung and pleural cancer (Review). Int. J. Oncology **3**, 713-718, 1993. (Total unique citations: **20**) (ISI: 11) (Google: 14) (Scopus: 10)

**EXHIBIT A**

**62**

99. Theodorescu, D., Connors, K.M., Groce, A., Hoffman, R.M. and Kerbel, R.S. Lack of influence of c-Ha-ras expression on the drug sensitivity of human bladder cancer histocultured in three dimensions. Anticancer Res. **13**, 941-946, 1993. (Total unique citations: **2**) (ISI: 2) (Google: 2) (Scopus: 2)

100. Kubota, T., Ishibiki, K., Abe, O., Kosano, H. and Hoffman, R.M. Mode of action of estra-1,3,5(10)-triene-3, 17 beta-diol, 3-benzoate, 17[4-[4-[bis(2-chloroethyl)amino]phenyl] -1-oxobutoxy] acetate] (KM2210) on MCF-7 human breast tumours transplanted in nude mice. Anticancer Res. **13**, 935-940, 1993. (Total unique citations: **3**) (ISI: 2) (Google: 1) (Scopus: 3)

101. Kubota, T., Inoue, S., Furukawa, T., Ishibiki, K., Kitajima, M., Kawamura, E. and Hoffman, R.M. Similarity of serum – Tumor pharmacokinetics of antitumor agents in man and nude mice. Anticancer Res. **13**, 1481-1484, 1993. (Total unique citations: **18**) (ISI: 11) (Google: 15) (Scopus: 10)

102. Lishko, V.K., Lishko, O.V., and Hoffman, R.M. Depletion of serum methionine by methioninase in mice. Anticancer Res. **13**, 1465-1468, 1993. (Total unique citations: **26**) (ISI: 18) (Google: 21) (Scopus: 16)

103. Lishko, V.K., Lishko, O.V., and Hoffman, R.M. The preparation of endotoxin-free L-methionine-$\alpha$-deamino-$\gamma$-mercaptomethane-lyase (L-methioninase) from *Pseudomonas putida*. Protein Expression and Purification **4**, 529-533, 1993. (Total unique citations: **36**) (ISI: 25) (Google: 22) (Scopus: 23)

104. Chang, S.G, Chai, S.E., Kim, E.S., Yoon, C., Joo, H.Z., and Hoffman, R.M. The measurement of glucose consumption in histoculture to determine effects of doxorubicin and cisplatinum on human gastric carcinoma. Anticancer Res. **13**, 1303-1310, 1993. (Total unique citations: **5**) (ISI: 4) (Google: 4) (Scopus: 2)

105. Hoffman, R.M. *In vitro* assays for chemotherapy sensitivity. Crit. Rev. Oncol. Hematol. **15**, 99-111, 1993. (Total unique citations: **32**) (ISI: 14) (Google: 18) (Scopus: 17)

106. Guo, H., Lishko, V.K., Herrera, H., Groce, A., Kubota, T., and Hoffman, R.M. Therapeutic tumor-specific cell cycle block induced by methionine starvation *in vivo*. Cancer Res. **53**, 5676-5679, 1993. (Total unique citations **81**: **81**) (ISI: 66) (Google: 65) (Scopus: 60)

107. Astoul, P., Colt, H.G., Wang, X., and Hoffman, R.M. Metastatic human pleural ovarian cancer model constructed by orthotopic implantation of fresh histologically-intact patient carcinoma in nude mice. Anticancer Res. **13**, 1999-2002, 1993. (Total unique citations: **14**) (ISI: 10) (Google: 11) (Scopus: 10)

108. Tanino, H., Kubota T., Saikawa, Y., Kuo, T-H., Takeuchi, T., Kase, S., Furukawa, T., Kitajima, M., Sakurai, T., Naito, Y., and Hoffman, R.M. Different chemo- and endocrino-sensitivity of MCF-7 cells with or without estradiol supplement *in vitro*. Anticancer Res. **13**, 1219-1221, 1993. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

109. Robbins, K.T., Connors, K.M., Storniolo, A.M., Hanchett, C., and Hoffman, R.M. Sponge-gel-supported histoculture drug-response assay for head and neck cancer. Correlations with clinical response to cisplatin. Arch. Otolaryngol. Head Neck Surg. **120**, 288-292, 1994. (Total unique citations: **48**) (ISI: 36) (Google: 40) (Scopus: 39)

110. Li, L., Lishko, V., and Hoffman, R.M. High efficiency liposome-mediated transfection of the tyrosinase gene to cultured cells: A model for the gene therapy of hair color restoration. In Vitro Cell. Dev. Biol. **30A**, 135-138, 1994. (Total unique citations: **6**) (ISI: 3) (Google: 6) (No Scopus)

111. Astoul, P., Colt, H.G., Wang, X., and Hoffman, R.M. A "patient-like" nude mouse model of parietal pleural human lung adenocarcinoma. Anticancer Res. **14**, 85-91, 1994. (Total unique citations: **34**) (ISI: 17) (Google: 26) (Scopus: 15)

112. Chang, S.G., Lee, J.H., Hong, D.H., Lee, H.L., Chai, S.E. and Hoffman, R.M. Comparison of glucose-consumption and thymidine-incorporation endpoints on histocultured human superficial bladder tumors. Anticancer Res. **14**, 77-83, 1994. (Total unique citations: **12**) (ISI: 8) (Google: 5) (Scopus: 5)

**EXHIBIT A**
**63**

113. Saikawa, Y., Kubota, T., Kuo, T.H., Kase, S., Furukawa, T., Watanabe, M., Ishibiki, K., Kitajima, M., and Hoffman, R.M. Combined effect of 5-fluorouracil and carboplatin against human gastric cancer cell lines *in vitro* and *in vivo*. Anticancer Res. **14**, 461-464, 1994. (Total unique citations: **8**) (ISI: 5) (Google: 7) (Scopus: 3)

114. Lee, K.E., Fujioka, T., Kubota, T. and Hoffman, R.M. The relationship between tumor size and chemosensitivity of murine bladder cancer. Anticancer Res. **14**, 465-468, 1994. (Total unique citations: **1**) (ISI: 1) (Google: 0) (Scopus: 1)

115. Saikawa, Y., Kubota, T., Kuo, T.H., Furukawa, T., Kase, S., Tanino, H., Ishibiki, K., Kitajima, M. and Hoffman, R.M. Antitumor activity of (2"R)-4'-O-tetrahydropyramyl adriamycin on human gastric cancer cell lines *in vitro* and *in vivo*. Anticancer Res. **14**, 469-473, 1994. (Total unique citations: **7**) (ISI: 3) (Google: 3) (Scopus: 6)

116. Hoffman, R.M. The three-dimensional question: can clinically relevant tumor drug resistance be measured *in vitro*? Cancer Metastasis Rev. **13**, 169-173, 1994. (Total unique citations: **41**) (ISI: 17) (Google: 38) (Scopus: 22)

117. Paus, R., Krejci-Papa, N., Li, L., Czarnetzki, B.M., and Hoffman, R.M. Correlation of proteolytic activities of organ cultured intact mouse skin with defined hair cycle stages. J. Derm. Sci. **7**, 202-209, 1994. (Total unique citations: **25**) (ISI: 19) (Google: 20) (Scopus: 19)

118. Kase, S., Kubota, T., Watanabe, M., Teramoto, T., Kitajima, M., and Hoffman, R.M. Recombinant human interferon alpha-2a increases 5-fluorouracil efficacy by elevating fluorouridine concentration in tumor tissue. Anticancer Res. **14**, 1155-1159, 1994. (Total unique citations: **20**) (ISI: 18) (Google: 13) (Scopus: 15)

119. Wang, X., Fu, X., Brown, P.D., Crimmin, M.J. and Hoffman, R.M. Matrix metalloproteinase inhibitor BB-94 (batimastat) inhibits human colon tumor growth and spread in a patient-like orthotopic model in nude mice. Cancer Res. **54**, 4726-4728, 1994. (Total unique citations: **301**) (ISI: 221) (Google: 241) (Scopus: 215)

120. Hoffman, R.M. Orthotopic is orthodox: why are orthotopic-transplant metastatic models different from all other models? J. Cell. Biochem. **56**, 1-3, 1994. (Total unique citations: **89**) (ISI: 52) (Google: 68) (Scopus: 48)

121. Astoul, P., Colt, H.G., Wang, X., Boutin, C., and Hoffman, R.M. "Patient-like" nude mouse model of advanced human pleural cancer. J. Cell. Biochem. **56**, 9-15, 1994. (Total unique citations: **30**) (ISI: 18) (Google: 22) (Scopus: 17)

122. Geller, J., Sionit, L. R., Baird, A., Kohls, R., Connors, K.M., and Hoffman, R.M. *In vivo* and *in vitro* effects of androgen on fibroblast growth factor-2 concentrations in the human prostate. The Prostate **25**, 206-209, 1994. (Total unique citations: **19**) (ISI: 14) (Google: 17) (Scopus: 12)

123. Hoffman, R.M. Three-dimensional sponge-gel matrix histoculture of human tumors: Methods and applications. *In:* Cell Biology: A Laboratory Handbook, **1**: 367-379. Celis, J., ed. San Diego: Academic Press, 1994. (Total unique citations: **3**) (No ISI) (Google: 3) (No Scopus)

124. Togo, S., Shimada, H., Kubota, T., Moossa, A.R., Hoffman, R.M. Host organ specifically determines cancer progression. Cancer Res. **55**, 681-684, 1995. (Total unique citations: **58**) (ISI: 42) (Google: 44) (Scopus: 40)

125. Li, L., Hoffman, R.M. Model of selective gene therapy of hair growth: liposome targeting of the active Lac-Z gene to hair follicles of histocultured skin. In Vitro Cell. Dev. Biol. **31A**, 11-13, 1995. (Total unique citations: **22**) (ISI: 15) (Google: 17) (Scopus: 17)

126. Furukawa, T., Kubota, T., Hoffman, R.M. Clinical applications of the histoculture drug response assay. Clinical Cancer Research **1**, 305-311, 1995. (Total unique citations: **179**) (ISI: 108) (Google: 145) (Scopus: 126)

127. Chang, S-G, Kwon, D-U., Kim, J-I., Jung, J-C., Rho, Y-S., and Hoffman, R.M. New platinum complex compounds with reduced nephrotoxicity discovered in long-term histoculture of human renal cortical tissue. Anticancer Res. **15**, 675-681, 1995. (Total unique citations: **6**) (ISI: 6) (Google: 3) (Scopus: 5)

**EXHIBIT A**
**64**

128. Hoshiya, Y., Guo, H., Kubota, T., Inada, T., Asanuma, F., Yamada, Y., Koh, J., Kitajima, M., Hoffman, R.M. Human tumors are methionine dependent *in vivo*. Anticancer Res. **15**, 717-718, 1995. (Total unique citations: **36**) (ISI: 27) (Google: 31) (Scopus: 27)

129. Togo, S., Shimada, H., Kubota, T., Moossa, A.R., Hoffman, R.M. "Seed" to "soil" is a return trip in metastasis. Anticancer Res. **15**, 791-794, 1995. (Total unique citations: **17**) (ISI: 8) (Google: 16) (Scopus: 9)

130. Togo, S., Wang, X., Shimada, H., Moossa, A.R., Hoffman, R.M. Cancer seed and soil can be highly selective: human-patient colon tumor lung metastasis grows in nude mouse lung but not colon or subcutis. Anticancer Res. **15**, 795-798, 1995. (Total unique citations: **19**) (ISI: 9) (Google: 16) (Scopus: 10)

131. Li, L., Hoffman, R.M. The feasibility of targeted selective gene therapy of the hair follicle. Nature Medicine **1**, 705-706, 1995. (Total unique citations: **235**) (ISI: 131) (Google: 211) (Scopus: 135)

132. Kubota, T., Sasano, N., Abe, O., Nakao, I., Kawamura, E., Saito, T., Endo, M., Kimura, K., Demura, H., Sasano, H., Nagura, H., Ogawa, N., Hoffman, R.M. Potential of the histoculture drug response assay to contribute to cancer patient survival. Clinical Cancer Research **1**, 1537-1543, 1995. (Total unique citations: **142**) (ISI: 89) (Google: 91) (Scopus: 108)

133. Kuo, T-H., Kubota, T., Watanabe, M., Furukawa, T., Teramoto, T., Ishibiki, K., Kitajima, M., Moossa, A.R., Penman, S., Hoffman, R.M. Liver colonization competence governs colon cancer metastasis. Proc. Natl. Acad. Sci. USA **92**, 12085-12089, 1995. (Total unique citations: **83**) (ISI: 52) (Google: 76) (Scopus: 50)

134. Hoffman, R.M. *In vitro* drug response assays for entry into the rational era cancer chemotherapy. Human Cell **8**, 131-148, 1995. (No ISI) (Google: 0) (Scopus: 0)

135. Astoul, P., Boutin, C., Hoffman, R.M. An experimental model of pleural adenocarcinoma constructed by the implantation of intact human neoplastic tissue in the nude mouse. The prognostic value of a lesion of the visceral pleura. (In French) Rev. Mal. Respir. **12**, 267-273, 1995. (No ISI) (Google: 0) (Scopus: 0)

136. Robbins, K.T., Hoffman, R.M. "Decadose" effects of cisplatin on squamous cell carcinoma of the upper aerodigestive tract. I: Histoculture experiments. Laryngoscope **106**, 32-36, 1996. (Total unique citations: **31**) (ISI: 7) (Google: 28) (Scopus: 9)

137. Hoffman, R.M. Fertile Seed and Rich Soil: The development of patient-like models of human cancer by surgical orthotopic implantation of intact tissue. Update Series: Comprehensive Textbook of Oncology, 3: 1-10. Schimpff, S.C. et al., eds. Baltimore: Williams & Wilkins, 1996. (Total unique citations: **11**) (ISI: 5) (Google: 11) (No Scopus)

138. Zhang, L., Li, L., Hoffmann, G.A., Hoffman, R.M. Depth-targeted efficient gene delivery and expression in the skin by pulsed electric fields: an approach to gene therapy of skin aging and other diseases. Biochem. Biophys. Res. Commun. **220**, 633-636, 1996. (Total unique citations: **115**) (ISI: 63) (Google: 100) (Scopus: 63)

139. Colt, H.G., Astoul, P., Wang, X., Yi, E.S., Boutin, C., Hoffman, R. M. Clinical course of human epithelial-type malignant pleural mesothelioma replicated in an orthotopic-transplant nude mouse model. Anticancer Research **16**, 633-639, 1996. (Total unique citations: **22**) (ISI: 14) (Google: 13) (Scopus: 13)

140. Astoul, P., Wang, X., Colt, H.G., Boutin, C., Hoffman, R. M. A patient-like human malignant pleural mesothelioma nude-mouse model. Oncology Reports **3**, 483-487, 1996. (Total unique citations: **9**) (ISI: 4) (Google: 7) (Scopus: 2)

141. Hoffman, R.M. Can *in vitro* drug response assays be clinically useful? Problems and solutions. Biotherapy **10**, 822-842, 1996. (Total unique citations: **2**) (No ISI) (Google: 1) (Scopus: 1)

142. An, Z., Wang, X., Kubota, T., Moossa, A.R. Hoffman, R.M. A clinical nude mouse metastatic model for highly malignant human pancreatic cancer. Anticancer Res. **16**, 627-631, 1996. (Total unique citations: **50**) (ISI: 27) (Google: 44) (Scopus: 28)

**EXHIBIT A**
**65**

143.  Tan, Y., Xu, M., Wang, W., Zhang, F., Li, D., Xu, X., Gu, J., Hoffman, R.M.  IL-2 gene therapy of advanced lung cancer patients. Anticancer Res. **16**, 1993-1998, 1996. (Total unique citations: **63**) (ISI: 20) (Google: 55) (Scopus: 24)

144.  An, Z., Wang, Z. Astoul, P., Danays, T., Moossa, A.R. and Hoffman, R.M.  Interferon gamma is highly effective against orthotopically-implanted human pleural adenocarcinoma in nude mice. Anticancer Res. **16**, 2545-2551, 1996. (Total unique citations: **15**) (ISI: 6) (Google: 12) (Scopus: 7)

145.  Guo, H., Tan, Y., Kubota, T., Moossa, A.R. and Hoffman, R.M. Methionine depletion modulates the antitumor and antimetastatic efficacy of ethionine. Anticancer Res. **16**, 2719-2723, 1996. (Total unique citations: **18**) (ISI: 13) (Google: 14) (Scopus: 14)

146.  Chang, S-G., Jung, J-C., Rho, Y-S., Huh, J-S., Kim, J-I., and Hoffman, R.M. Efficacy of the platinum analog {Pt(cis-dach)(DPPE) - 2NO₃} on histocultured human patient bladder tumors and cancer cell lines. Anticancer Res. **16**, 3423-3428, 1996. (Total unique citations: 7) (ISI: 6) (Google: 4) (Scopus: 5)

147.  Hoshiya, Y., Kubota, T., Matsuzaki, S.W., Kitajima, M., Hoffman, R.M. Methionine starvation modulates the efficacy of cisplatin on human breast cancer in nude mice. Anticancer Res. **16**, 3515-3517, 1996. (Total unique citations: **33**) (ISI: 21) (Google: 31) (Scopus: 23)

148.  Olbina, G., Cieslak, D., Ruzdijic, S., Esler, C., An, Z., Wang, X., Hoffman, R., Seifert, W., and Pietrzkowski, Z. Reversible inhibition of IL-8 receptor B mRNA expression and proliferation in non-small cell lung cancer by antisense oligonucleotides. Anticancer Res. **16**, 3525-3530, 1996. (Total unique citations: **26**) (ISI: 13) (Google: 25) (Scopus: 12)

149.  Tan, Y., Xu, M., Guo, H., Sun, X., Kubota, T., Hoffman, R.M.  Anticancer efficacy of methioninase *in vivo*. Anticancer Res. **16**, 3931-3936, 1996. (Total unique citations: **45**) (ISI: 35) (Google: 41) (Scopus: 36)

150.  Tan, Y., Zavala, J. Sr., Xu, M., Zavala, J. Jr., Hoffman, R.M.  Serum methionine depletion without side effects by methioninase in metastatic breast cancer patients. Anticancer Res. **16**, 3937-3942, 1996. (Total unique citations: **36**) (ISI: 23) (Google: 33) (Scopus: 25)

151.  Kubota, T., Sasano, N., and Hoffman R.M.  Chemosensitivity test in evaluating adjuvant cancer chemotherapy of gastric cancer. Biotherapy **10**, 847-853, 1996. (Total unique citations: **2**) (ISI: 1) (Google: 2) (Scopus: 1)

152.  Chang, S-G., Lee, S.J., Lee, S-J., Kim, J.I., Jung, J-C, Kim, J.H., and Hoffman, R.M. Interleukin-6 production in primary histoculture by normal human kidney and renal tumor tissues. Anticancer Res. 17, 113-115, 1997. (Total unique citations: 14) (ISI: 8) (Google: 11) (Scopus: 7)

153.  Li, L. and Hoffman, R.M. Topical liposome delivery of molecules to hair follicles in mice. J. Derm. Sci. **14**, 101-108, 1997. (Total unique citations: **46**) (ISI: 26) (Google: 38) (Scopus: 30)

154.  An, Z., Wang, X., Willmott, N., Chander, S.K., Tickle, S., Docherty, A.J., Mountain, A., Millican, A.T., Morphy, R., Porter, J.R., Epemolu, R.O., Kubota, T., Moossa, A.R., and Hoffman, R.M.  Conversion of highly malignant colon cancer from an aggressive to a controlled disease by oral administration of a metalloproteinase inhibitor. Clinical & Experimental Metastasis **15**, 184-195, 1997. (Total unique citations: **70**) (ISI: 48) (Google: 58) (Scopus: 52)

155.  Tan, Y., Xu, M., Tan, X-Z., Tan, X-Y., Wang., X., Saikawa, Y., Nagahama, T., Sun, X., Lenz, M., and Hoffman, R.M. Overexpression and large-scale production of recombinant L-methionine-α-deamino-γ-mercaptomethane-lyase for novel anticancer therapy. Protein Expression and Purification **9**, 233-245, 1997. (Total unique citations: **69**) (ISI: 44) (Google: 63) (Scopus: 43)

156.  Hoffman, R.M. Recombinant Methioninase. Drugs of the Future **22**, 130-134, 1997. (Total unique citations: **1**) (ISI: 1) (Google: 0) (Scopus: 1)

**EXHIBIT A**
**66**

157. Chishima, T., Miyagi, Y., Wang, X., Yamaoka, H., Shimada, H., Moossa, A.R. and Hoffman, R.M. Cancer invasion and micrometastasis visualized in live tissue by green fluorescent protein expression. Cancer Research 57, 2042-2047, 1997. (Total unique citations: 279) (ISI: 173) (Google: 243) (Scopus: 183)

158. Hoffman, R.M. Fertile seed and rich soil: The development of clinically relevant models of human cancer by surgical orthotopic implantation of intact tissue. In: Anticancer Drug Development Guide: Preclinical Screening, Clinical Trials, and Approval, pp.127-144. Teicher, B., ed. Totowa, NJ: Humana Press, 1997. (Total unique citations: 10) (ISI: 10) (Google: 8) (No Scopus)

159. Chishima, T., Miyagi, Y., Wang, X., Baranov, E., Tan, Y., Shimada, H., Moossa, A.R., and Hoffman, R.M. Metastatic patterns of lung cancer visualized live and in process by green fluorescent protein expression. Clinical & Experimental Metastasis 15, 547-552, 1997. (Total unique citations: 107) (ISI: 65) (Google: 92) (Scopus: 65)

160. Geller, J., Partido, C., Sionit, L., Youngkin, T., Nachtsheim, D., Espanol, M., Tan, Y., and Hoffman, R.M. Comparison of androgen-independent growth and androgen-dependent growth in BPH and cancer tissue from the same radical prostatectomies in sponge-gel matrix histoculture. The Prostate 31, 250-254, 1997. (Total unique citations: 17) (ISI: 8) (Google: 15) (Scopus: 7)

161. Hoffman, R.M. Methioninase: A therapeutic for diseases related to altered methionine metabolism and transmethylation: cancer, heart disease, obesity, aging, and Parkinson's Disease. Human Cell 10, 69-80, 1997. (Total unique citations: 17) (ISI: 11) (Google: 13) (Scopus: 10)

162. Inada, T., Ichikawa, A., Kubota, T., Ogata, Y., Moossa, A.R., and Hoffman, R.M. 5-FU-induced apoptosis correlates with efficacy against human gastric and colon cancer xenografts in nude mice. Anticancer Res. 17, 1965-1971, 1997. (Total unique citations: 68) (ISI: 33) (Google: 58) (Scopus: 31)

163. Hoffman, R.M. Taking chemotherapy from random to rational with the histoculture drug response assay. Jpn. J. Cancer Chemother. 24, Suppl. 1, 206-229, 1997. (Total unique citations: 1) (No ISI) (Google: 1) (Scopus: 0)

164. Chishima, T., Miyagi, Y., Wang, X., Tan, Y., Shimada, H., Moossa, A.R. and Hoffman, R.M. Visualization of the metastatic process by green fluorescent protein expression. Anticancer Research 17, 2377-2384, 1997. (Total unique citations: 88) (ISI: 48) (Google: 79) (Scopus: 52)

165. Zhang, L., Li, L., An, Z., Hoffman, R.M., and Hofmann, G.A. In vivo transdermal delivery of large molecules by pressure-mediated electroincorporation and electroporation: a novel method for drug and gene delivery. Bioelectrochemistry and Bioenergetics 42, 283-292, 1997. (Total unique citations: 29) (ISI: 17) (Google: 28) Scopus: 19)

166. Chishima, T., Yang, M., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Shimada, H., Moossa, A.R., Penman, S., Hoffman, R.M. Governing step of metastasis visualized in vitro. Proc. Natl. Acad. Sci. USA 94, 11573-11576, 1997. (Total unique citations: 107) (ISI: 53) (Google: 95) (Scopus: 59)

167. Tomikawa, M., Kubota, T., Matsuzaki, S.W., Takahasi, S., Kitajima, M., Moossa, A.R., and Hoffman, R.M. Mitomycin C and cisplatin increase survival in a human pancreatic cancer metastatic model. Anticancer Res. 17, 3623-3626, 1997. (Total unique citations: 11) (ISI: 7) (Google: 10) (Scopus: 8)

168. Tan, Y., Zavala, J. Sr., Han, Q., Xu, M., Sun, X., Tan, X-Z., Tan, X-Y., Magana, R., Geller, J., and Hoffman, R.M. Recombinant methioninase infusion reduces the biochemical endpoint of serum methionine with minimal toxicity in high-stage cancer patients. Anticancer Research 17, 3857-3860, 1997. (Total unique citations: 33) (ISI: 23) (Google: 31) (Scopus: 23)

169. Hoffman, R.M. Is methioninase useful for the prevention of hyperhomocysteinemia-associated cardiovascular disease? In: Homocysteine Metabolism: From Basic Science to Clinical Medicine, pp. 155-156. I. Graham, H. Refsum, I.H. Rosenberg, P.M. Ueland, eds. Massachusetts: Kluwer Academic Publishers, 1997. (No ISI) (Google: 0) (No Scopus)

**EXHIBIT A**
**67**

170. Chishima, T., Miyagi, Y., Li, L., Tan, Y., Baranov, E., Yang, M., Shimada, H., Moossa, A.R., and Hoffman, R.M. Use of histoculture and green fluorescent protein to visualize tumor cell host interaction. In Vitro Cell. Dev. Biol. – Anim. **33**, 745-747, 1997. (Total unique citations: **36**) (ISI: 20) (Google: 34) (Scopus: 20)

171. Chang, S-G., Kim, J.I., Jung, J-C., Rho, Y-S., Lee, K-T., An, Z., Wang, X., and Hoffman, R.M. Antimetastatic activity of the new platinum analog {Pt(cis-dach)(DPPE)·(2NO$_3$} in a metastatic model of human bladder cancer. Anticancer Research **17**, 3239-3242, 1997. (Total unique citations: **15**) (ISI: 9) (Google: 12) (Scopus: 9)

172. Hoshiya, T., Kubota, T., Inada, T., Kitajima, M., and Hoffman, R.M. Methionine-depletion modulates the efficacy of 5-fluorouracil on human gastric cancer in nude mice. Anticancer Research **17**, 4371-4376, 1997. (Total unique citations: **16**) (ISI: 15) (Google: 16) (Scopus: 15)

173. Dev, S.B., Nanda, G.S., An, Z., Wang, X., Hoffman, R.M. and Hofmann, G.A. Effective electroporation therapy of human pancreatic tumors implanted in nude mice. Drug Delivery **4**, 293-299, 1997. (Total unique citations: **26**) (ISI: 14) (Google: 20) (Scopus: 14)

174. Hoffman, R.M. Topical liposome targeting of dyes, melanin, genes and proteins selectively to hair follicles. J. Drug Targeting, **5**, 67-74, 1998. (Total unique citations: **86**) (ISI: 33) (Google: 79) (Scopus: 44)

175. Hoffman, R.M. Three-dimensional sponge-gel matrix histoculture: Methods and applications. *In:* Handbook of Cell Biology, **2(1)**, 377-389. J. Celis, ed. San Diego: Academic Press, 1998. (Total unique citations: 4) (ISI: 4) (Google: 3) (No Scopus)

176. Geller, J., Sionit, L., Partido, C., Li, L., Tan, XY., Youngkin, T., Nachtsheim, D. and Hoffman, R.M. Genistein inhibits the growth of human-patient BPH and prostate cancer in histoculture. The Prostate **34**, 75-79, 1998. (Total unique citations: **117**) (ISI: 59) (Google: 106) (Scopus: 65)

177. Tan, Y., Sun, X., Xu, M., An, Z., Tan, X.Z., Tan, X.Y., Han, Q., Miljkovic, D.A., Yang, M., and Hoffman, R.M. Polyethylene glycol conjugation of recombinant methioninase for cancer therapy. Protein Expression and Purification **12**, 45-52, 1998. (Total unique citations: **48**) (ISI: 32) (Google: 44) (Scopus: 29)

178. An, Z., Wang, X., Geller, J., Moossa, A.R. and Hoffman, R.M. Surgical orthotopic implantation allows high lung and lymph node metastatic expression of human prostate carcinoma cell line PC-3 in nude mice. The Prostate **34**, 169-174, 1998. (Total unique citations: **51**) (ISI: 34) (Google: 42) (Scopus: 33)

179. Nanda, G.S., Sun, F.X., Hofmann, G.A., Hoffman, R.M. and Dev, S.B. Electroporation therapy of human larynx tumors HEp-2 implanted in nude mice. Anticancer Research **18**, 999-1004, 1998. (Total unique citations: **32**) (ISI: 20) (Google: 28) (Scopus: 18)

180. Yoshioka, T., Wada, T., Uchida, N., Maki, H., Yoshida, H., Ide, N., Kasai, H., Hojo, K., Shono, K., Maekawa, R., Yagi, S., Hoffman, R.M., and Sugita, K. Anticancer efficacy *in vivo* and *in vitro*, synergy with 5-fluorouracil, and safety of recombinant methioninase. Cancer Research **58**, 2583-2587, 1998. (Total unique citations: **67**) (ISI: 56) (Google: 61) (Scopus: 52)

181. Nanda, G.S., Sun, F.X., Hofmann, G.A., Hoffman, R.M. and Dev, S.B. Electroporation enhances therapeutic efficacy of anticancer drugs: treatment of human pancreatic tumor in animal model. Anticancer Research **18**, 1361-1366, 1998. (Total unique citations: **26**) (ISI: 13) (Google: 20) (Scopus: 11)

182. Olbina, G., Miljkovic, D., Hoffman, R.M., and Geller, J. New sensitive discovery histoculture model for growth-inhibition studies in prostate cancer and BPH. The Prostate **37**, 126-129, 1998. (Total unique citations: **13**) (ISI: 7) (Google: 12) (Scopus: 7)

183. Yang, M., Hasegawa, S., Jiang, P., Wang, X., Tan, Y., Chishima, T., Shimada, H., Moossa, A.R., and Hoffman, R.M. Widespread skeletal metastatic potential of human lung cancer revealed by green fluorescent protein expression. Cancer Research **58**, 4217-4221, 1998. (Total unique citations: **137**) (ISI: 82) (Google: 122) (Scopus: 88)

**EXHIBIT A**
**68**

184. Han, Q., Lenz, M., Tan, Y., Xu, M., Sun, X., Tan, X-Z., Tan, X-Y., Miljkovic, D., and Hoffman, R.M. High expression, purification, and properties of recombinant homocysteine α, γ-lyase. Protein Expression and Purification **14**, 267-274, 1998. (Total unique citations: **15**) (ISI: 11) (Google: 14) (Scopus: 10)

185. Yang, M., Jiang, P., Sun, F.X., Hasegawa, S., Baranov, E., Chishima, T., Shimada, H., Moossa, A.R., and Hoffman, R.M. A fluorescent orthotopic bone metastasis model of human prostate cancer. Cancer Research **59**, 781-786, 1999. (Total unique citations: **171**) (ISI: 113) (Google: 156) (Scopus: 114)

186. Kiguchi, K., Kubota, T., Aoki, D., Udagawa, Y., Tamanouchi, S., Saga, M., Amemiya, A., Sun, F-X., Nozawa, S., Moossa, A.R., and Hoffman, R.M. A patient-like orthotopic implantation nude mouse model of highly metastatic human ovarian cancer. Clinical & Experimental Metastasis **16**, 751-756, 1998. (Total unique citations: **35**) (ISI: 21) (Google: 33) (Scopus: 22)

187. Hoffman, R.M. Green fluorescent protein to visualize cancer progression and metastasis. *In:* Methods in Enzymology, Green Fluorescent Protein, Vol. 302, 20-31. P. Michael Conn, ed. Academic Press: San Diego, 1999. (Total unique citations: **11**) (ISI: 8) (Google: 10) (Scopus: 9)

188. Hoffman, R.M. Orthotopic transplant mouse models with green fluorescent protein-expressing cancer cells to visualize metastasis and angiogenesis. Cancer and Metastasis Reviews **17**, 271-277, 1999. (Total unique citations: **67**) (ISI: 43) (Google: 60) (Scopus: 46)

189. Sun, F-X., Sasson, A.R., Jiang, P., An, Z., Gamagami, R., Li, L., Moossa, A.R., and Hoffman, R.M. An ultra-metastatic model of human colon cancer in nude mice. Clinical & Experimental Metastasis **17**, 41-48, 1999. (Total unique citations: **47**) (ISI: 26) (Google: 44) (Scopus: 28)

190. Wang, X., An, Z., Geller, J., and Hoffman, R.M. High-malignancy orthotopic nude mouse model of human prostate cancer LNCaP. The Prostate **39**, 182-186, 1999. (Total unique citations: **35**) (ISI: 18) (Google: 32) (Scopus: 21)

191. Sasson, A., Gamagami, R., An, Z., Wang, X., Moossa, A.R., and Hoffman, R.M. Cimetidine: An inhibitor or promoter of tumor growth? Int. J. Cancer **81**, 835-838, 1999. (Total unique citations: **17**) (ISI: 11) (Google: 14) (Scopus: 8)

192. Naumov, G.N., Wilson, S.M., MacDonald, I.C., Schmidt, E.E., Morris, V.L., Groom, A.C., Hoffman, R.M., Chambers, A.F. Cellular expression of green fluorescent protein, coupled with high-resolution *in vivo* videomicroscopy, to monitor steps in tumor metastasis. J. Cell Sci. **112**, 1835-1842, 1999. (Total unique citations: **162**) (ISI: 113) (Google: 147) (Scopus: 116)

193. Rho, Y-S., Lee, K-T., Jung, J-C., Yoon, C., An, Z., Hoffman, R.M., and Chang, S-G. Efficacy of new platinum analog DPPE in an orthotopic nude mouse model of human colon cancer. Anticancer Res. **19**, 157-161, 1999. (Total unique citations: **16**) (ISI: 5) (Google: 15) (Scopus: 4)

194. An, Z., Jiang, P., Wang, X., Moossa, A.R., and Hoffman, R.M. Development of a high metastatic orthotopic model of human renal cell carcinoma in nude mice: benefits of fragment implantation compared to cell-suspension injection. Clinical and Experimental Metastasis **17**, 265-270, 1999. (Total unique citations: **49**) (ISI: 25) (Google: 45) (Scopus: 29)

195. Tan, Y., Sun, X., Xu, M., Tan, X-Z., Sasson, A., Rashidi, B., Han, Q., Tan, X-Y., Wang, X., An, Z., Sun, F-X., and Hoffman, R.M. Efficacy of recombinant methioninase in combination with cisplatin on human colon tumors in nude mice. Clinical Cancer Research **5**, 2157-2163, 1999. (Total unique citations: **41**) (ISI: 33) (Google: 39) (Scopus: 34)

196. Yang, M., Chishima, T., Baranov, E., Shimada, H., Moossa, A.R., and Hoffman, R.M. Green fluorescent protein: A new light to visualize metastasis and angiogenesis in cancer. Proc. of SPIE, Biomedical Imaging: Reporters, Dyes, and Instrumentation, Vol. 3600, 117-124, 1999. (Total unique citations: **2**) (No ISI) (Google: 2) (Scopus: 0)

**EXHIBIT A**
**69**

197.    Hoffman, R.M. Visualization of metastasis in orthotopic mouse models with green fluorescent protein. *In:* Relevance of Tumor Models in Anticancer Drugs Development, Vol. 54, 81-87. Fiebig, H.H., Burger, A.M., eds. Dordrecht, The Netherlands: Kluwer Academic Publishers, 1999. (Total unique citations: **2**) (ISI: 1) (Google: 2) (No Scopus)

198.    Yang, M., Jiang, P., An, Z., Baranov, E., Li, L., Hasegawa, S., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A.R., Hoffman, R.M. Genetically fluorescent melanoma bone and organ metastasis models. Clinical Cancer Research **5**, 3549-3559, 1999. (Total unique citations: **78**) (ISI: 47) (Google: 71) (Scopus: 50)

199.    Yang, M., Chishima, T., Wang, X., Baranov, E., Shimada, H., Moossa, A.R., and Hoffman, R.M. Multi-organ metastatic capability of Chinese hamster ovary cells revealed by green fluorescent protein (GFP) expression. Clinical and Experimental Metastasis **17**, 417-422, 1999. (Total unique citations: **36**) (ISI: 24) (Google: 32) (Scopus: 27)

200.    Hoffman, R.M. Orthotopic metastatic mouse models for anticancer drug discovery and evaluation: a bridge to the clinic. Investigational New Drugs **17**, 343-359, 1999. (Total unique citations: **288**) (ISI: 157) (Google: 270) (Scopus: 168)

201.    Rashidi, B., An, Z., Sun, F-X., Sasson, A., Gamagammi, R., Moossa, A.R., Hoffman, R.M. Minimal liver resection strongly stimulates the growth of human colon cancer in the liver of nude mice. Clinical and Experimental Metastasis **17**, 497-500, 1999. (Total unique citations: **24**) (ISI: 15) (Google: 22) (Scopus: 15)

202.    Geller, J., Olbina, G., Miljkovic, D., and Hoffman, R.M. Effect of genistein and genistein analogs on growth of human prostate tissue *in vitro*. Journal of Medicinal Food **2**, 239-241, 1999. (No ISI) (Google: 0) (Scopus: 0)

203.    Hoffman, R.M. The hair follicle as a gene therapy target. Nature Biotechnology **18**, 20-21, 2000. (Total unique citations: **39**) (ISI: 32) (Google: 18) (Scopus: 34)

204.    Yang, M., Baranov, E., Jiang, P., Sun, F-X., Li, X-M., Li, L., Hasegawa, S., Bouvet, M., Al-Tuwaijri, M., Chishima, T., Shimada, H., Moossa, A.R., Penman, S., Hoffman, R.M. Whole-body optical imaging of green fluorescent protein-expressing tumors and metastases. Proc. Natl. Acad. Sci. USA **97**, 1206-1211, 2000. (Total unique citations: **472**) (ISI: 266) (Google: 429) (Scopus: 292)

205.    Miki, K., Xu, M., An, Z., Wang, X., Yang, M., Al-Refaie, W., Sun, X., Baranov, E., Tan, Y., Chishima, T., Shimada, H., Moossa, A.R., Hoffman, R.M. Survival efficacy of the combination of the methioninase gene and methioninase in a lung cancer orthotopic model. Cancer Gene Therapy 7, 332-338, 2000. (Total unique citations: **23**) (ISI: 11) (Google: 22) (Scopus: 10)

206.    Rashidi, B., Sun, F-X., Jiang, P., An, Z., Gamagami, R., Moossa, A.R., Hoffman, R.M. A nude mouse model of massive liver and lymph node metastasis of human colon cancer. Anticancer Research **20**, 715-722, 2000. (Total unique citations: **27**) (ISI: 12) (Google: 27) (Scopus: 13)

207.    Miki, K., Al-Refaie, W., Xu, M., Jiang, P., Tan, Y., Bouvet, M., Zhao, M., Gupta, A., Chishima, T., Shimada, H., Makuuchi, M., Moossa, A.R., and Hoffman, R.M. Methioninase gene therapy of human cancer cells is synergistic with recombinant methioninase treatment. Cancer Research **60**, 2696-2702, 2000. (Total unique citations: **33**) (ISI: 17) (Google: 31) (Scopus: 14)

208.    Hoffman, R.M. The clinical benefit of the Histoculture Drug Response Assay. Jpn. J. Cancer Chemother. (Gan To Kagaku Ryoho) **27 (Suppl. 2)**, 321-322, 2000. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

209.    Rashidi, B., Gamagami, R., Sasson, A., Sun, F-X., Geller, J., Moossa, A.R., and Hoffman, R.M. An orthotopic mouse model of remetastasis of human colon cancer liver metastasis. Clinical Cancer Research **6**, 2556-2561, 2000. (Total unique citations: **50**) (ISI: 25) (Google: 46) (Scopus: 28)

210.    Rashidi, B., An, Z., Sun, F-X., Moossa, A.R., and Hoffman, R.M. Antimetastatic intraoperative chemotherapy of human colon tumors in the livers of nude mice. Clinical Cancer Research **6**, 2464-2468, 2000. (Total unique citations: **9**) (ISI: 5) (Google: 8) (Scopus: 5)

**EXHIBIT A**
**70**

211. Yagi, S., and Hoffman, R.M. Human tumor mouse model for fluorescence visualization of tumor growth and spread. Bioscience & Industry **58**, 463-464, 2000.

212. Ohie, S., Udagawa, Y., Kozu, A., Komuro, Y., Aoki, D., Nozawa, S., Moossa, A.R., and Hoffman, R.M. Cisplatin sensitivity of ovarian cancer in the histoculture drug response assay correlates to clinical response to combination chemotherapy with cisplatin, doxorubicin, and cyclophosphamide. Anticancer Research **20**, 2049-2054, 2000. (Total unique citations: **28**) (ISI: 15) (Google: 25) (Scopus: 19)

213. Woessner, R., An, Z., Li, X., Hoffman, R.M., Dix, R., Bitonti, A. Comparison of three approaches to doxorubicin therapy: free doxorubicin, liposomal doxorubicin, and β-glucuronidase-activated prodrug (HMR 1826). Anticancer Res., **20**, 2289-2296, 2000. (Total unique citations: **22**) (ISI: 11) (Google: 20) (Scopus: 11)

214. Hoffman, R.M. Correspondence re: Initial stages of tumor cell-induced angiogenesis: evaluation via skin window chambers in rodent models. J. Natl. Cancer Inst. **92**, 1445-1446, 2000. (Total unique citations: **1**) (No ISI) (Google: 0) (Scopus: 1)

215. Yang, M., Baranov, E., Shimada, H., Moossa, A.R., and Hoffman, R.M. External optical imaging freely-moving mice with green fluorescent protein-expressing metastatic tumors. *In:* Optical Diagnostics of Living Cells III (Farkas, D.L., Leif, R.C., eds). Proc. of SPIE, **3921**, 256-259, 2000. (No ISI) (Google: 0) (Scopus: 0)

216. Zhao, M., Saito, N., Li, L., Baranov, E., Kondoh, H., Mishima, Y., Sugiyama, M., Katsuoka, K., Hoffman, R.M. A novel approach to gene therapy of albino hair in histoculture with a retroviral *Streptomyces* tyrosinase gene. Pigment Cell Research **13**, 345-351, 2000. (Total unique citations: **8**) (ISI: 6) (Google: 8) (Scopus: 7)

217. Tan, Y., Tang, L., Sun, X., Zhang, N., Han, Q., Xu, M., Baranov, E., Tan, X.-Z., Tan, X.-Y., Rashidi, B., An, Z., Perry, A.W., and Hoffman, R.M. Total-homocysteine enzymatic assay. Clinical Chemistry **46**, 1686-1688, 2000. (Total unique citations: **41**) (ISI: 28) (Google: 38) (Scopus: 26)

218. Yang, M., Baranov, E., Moossa, A.R., Penman, S., Hoffman, R.M. Visualizing gene expression by whole-body fluorescence imaging. Proc. Natl. Acad. Sci. USA **97**, 12278-12282, 2000. (Total unique citations: **203**) (ISI: 96) (Google: 184) (Scopus: 115)

219. Hasegawa, S., Yang, M., Chishima, T., Miyagi, Y., Shimada, H., Moossa, A.R., Hoffman, R.M. *In vivo* tumor delivery of the green fluorescent protein gene to report future occurrence of metastasis. Cancer Gene Therapy 7, 1336-1340, 2000. (Total unique citations: **69**) (ISI: 34) (Google: 59) (Scopus: 42)

220. Rashidi, B., Yang, M., Jiang, P., Baranov, E., An, Z., Wang, X., Moossa, A.R. and Hoffman, R.M. A highly metastatic Lewis lung carcinoma orthotopic green fluorescent protein model. Clinical and Experimental Metastasis **18**, 57-60, 2000. (Total unique citations: **52**) (ISI: 29) (Google: 45) (Scopus: 32)

221. Furukawa, T., Kubota, T., Tanino, H., Oura, S., Yuasa, S., Murate, H., Morita, K., Kozakai, K., Yano, T., Hoffman, R.M. Chemosensitivity of breast cancer lymph node metastasis compared to the primary tumor from individual patients tested in the histoculture drug response assay. Anticancer Research **20**, 3657-3658, 2000. (Total unique citations: **29**) (ISI: 15) (Google: 22) (Scopus: 20)

222. Sridhar, V., Xu, M., Han, Q., Sun, X., Tan, Y., Hoffman, R.M., and Prasad, G.S. Crystallization and preliminary crystallographic characterization of recombinant L-methionine-α-deamino-γ-mercaptomethane lyase (methioninase). Acta Crystallographica **D56**, 1665-1667, 2000. (Total unique citations: 7) (ISI: 7) (Google: 5) (Scopus: 7)

223. Bouvet, M., Yang, M., Nardin, S., Wang, X., Jiang, P., Baranov, E., Moossa, A.R., Hoffman, R.M. Chronologically-specific metastatic targeting of human pancreatic tumors in orthotopic models. Clinical and Experimental Metastasis **18**, 213-218, 2000. (Total unique citations: **46**) (ISI: 28) (Google: 41) (Scopus: 33)

224. Rashidi, B., An, Z., Sun, F-X, Li, X-M., Tang, Z.Y., Moossa, A.R., and Hoffman, R.M. Efficacy of intra-hepatectomy 5-FU on recurrence and metastasis of human hepatocellular carcinoma in nude mice. Int. J. Cancer **91**, 231-235, 2001. (Total unique citations: **6**) (ISI: 3) (Google: 5) (Scopus: 4)

**EXHIBIT A**
**71**

225. Yang, M., Baranov, E., Li., X-M., Wang, J-W., Jiang, P., Li, L., Moossa, A.R., Penman, S., Hoffman, R.M. Whole-body and intravital optical imaging of angiogenesis in orthotopically implanted tumors. Proc. Natl. Acad. Sci. USA **98**, 2616-2621, 2001. (Total unique citations: **140**) (ISI: 80) (Google: 126) (Scopus: 85)

226. Pfeifer, A., Kessler, T., Yang, M., Baranov, E., Kootstra, N., Cheresh, D.A., Hoffman, R.M., and Verma, I.M. Transduction of liver cells by lentiviral vectors: analysis in living animals. Molecular Therapy **3**, 319-322, 2001. (Total unique citations: **117**) (ISI: 71) (Google: 105) (Scopus: 74)

227. Machover, D., Zittoun, J., Broet, P., Metzger, G., Orrico, M., Goldschmidt, E., Schilf, A., Tonetti, C., Tan, Y., Delmas-Marsalet, B., Luccioni, C., Falissard, B., and Hoffman, R.M. Cytotoxic synergism of methioninase in combination with 5-fluorouracil and folinic acid. Biochem. Pharmacology **61**, 867-876, 2001. (Total unique citations: **15**) (ISI: 14) (Google: 14) (Scopus: 13)

228. Hoffman, Robert M. Visualization of GFP-expressing tumors and metastasis *in vivo*. BioTechniques **30**, 1016-1026, 2001 (Cover story). (Total unique citations: **62**) (ISI: 34) (Google: 58) (Scopus: 37)

229. Kokkinakis, D.M., Hoffman, R.M., Frenkel, E.P., Wick, J.B., Han, Q., Xu, M., Tan, Y., Schold, S.C. Synergy between methionine stress and chemotherapy in the treatment of brain tumor xenografts in athymic mice. Cancer Research **61**, 4017-4023, 2001. (Total unique citations: **50**) (ISI: 38) (Google: 49) (Scopus: 37)

230. Hoffman, R.M. Clinically Accurate Orthotopic Mouse Models of Cancer. *In:* Methods in Molecular Medicine, Vol. 58: Metastasis Research Protocols, Vol. 2: Cell Behavior *In Vitro* and *In Vivo*, pp. 251-275. Brooks, S.A., and Schumacher, U., eds. Totowa, NJ: Humana Press, 2001. (Total unique citations: **2**) (No ISI) (Google: 2) (No Scopus)

231. Hoffman, R.M. Green Fluorescent Protein for Metastasis Research. *In:* Methods in Molecular Medicine, Vol. 58: Metastasis Research Protocols, Vol. 2: Cell Behavior *In Vitro* and *In Vivo*, pp. 285-298. Brooks, S.A., and Schumacher, U., eds. Totowa, NJ: Humana Press Inc., 2001. (No ISI) (Google: 0) (No Scopus)

232. Zhao, M., Yang, M., Baranov, E., Wang, X., Penman, S., Moossa, A.R., and Hoffman, R.M. Spatial-temporal imaging of bacterial infection and antibiotic response in intact animals. Proc. Natl. Acad. Sci. USA **98**, 9814-9818, 2001. (Total unique citations: **63**) (ISI: 39) (Google: 59) (Scopus: 44)

233. Lee, N.C., Bouvet, M., Nardin, S., Jiang, P., Baranov, E., Rashidi, B., Yang, M., Wang, X., Moossa, A.R., and Hoffman, R.M. Antimetastatic efficacy of adjuvant gemcitabine in a pancreatic cancer orthotopic model. Clinical & Experimental Metastasis **18**, 379-384, 2001. (Total unique citations: **30**) (ISI: 3) (Google: 27) (Scopus: 18)

234. Miki, K, Xu, M., Gupta, A., Ba, Y., Tan, Y., Al-Refaie, W., Bouvet, M., Makuuchi, M., Moossa, A.R., and Hoffman, R.M. Methioninase cancer gene therapy with selenomethionine as suicide prodrug substrate. Cancer Research **61**, 6805-6810, 2001. (Total unique citations: **66**) (ISI: 40) (Google: 60) (Scopus: 40)

235. Tanino, H., Oura, S., Hoffman, R.M., Kubota, T., Furukawa, T., Arimoto, J., Yoshimasu, T., Hirai, I., Bessho, T., Suzuma, T., Sakurai, T., and Naito, Y. Acquisition of multidrug resistance in recurrent breast cancer demonstrated by the histoculture drug response assay. Anticancer Res. **21**, 4083-4086, 2001. (Total unique citations: **18**) (ISI: 12) (Google: 10) (Scopus: 12)

236. Hoffman, R.M. Histocultures and Organ Cultures. *In:* Encyclopedia of Life Sciences, http://www.els.net. London: Nature Publishing Group, 2001. (No ISI) (Google: 0) (No Scopus)

237. Hoffman, R.M. GFP-Expressing Metastatic-Cancer Mouse Models. *In:* Tumor Models in Cancer Research, pp. 99-112. Teicher, B., ed. Totowa, NJ: Humana Press Inc., 2002. (Total unique citations: **1**) (No ISI) (Google: 1) (No Scopus)

**EXHIBIT A**
**72**

238. Kamiyama, M., Ichikawa, Y., Ishikawa, T., Chishima, T., Hasegawa, S., Hamaguchi, Y., Nagashima, Y., Miyagi, Y., Mitsuhashi, M., Hyndman, D., Hoffman, R.M., Ohki, S., and Shimada, H. VEGF receptor antisense therapy inhibits angiogenesis and peritoneal dissemination of human gastric cancer in nude mice. Cancer Gene Therapy **9**, 197-201, 2002. (Total unique citations: **79**) (ISI: 26) (Google: 74) (Scopus: 33)

239. Yang, M., Baranov, E., Wang, J-W., Jiang, P., Wang, X., Sun, F-X., Bouvet, M., Moossa, A.R., Penman, S., and Hoffman, R.M. Direct external imaging of nascent cancer, tumor progression, angiogenesis, and metastasis on internal organs in the fluorescent orthotopic model. Proc. Natl. Acad. Sci. USA **99**, 3824-3829, 2002. (Total unique citations: **167**) (ISI: 90) (Google: 146) (Scopus: 102)

240. Bouvet, M., Wang, J-W., Nardin, S.R., Nassirpour, R., Yang, M., Baranov, E., Jiang, P., Moossa, A.R., and Hoffman, R.M. Real-time optical imaging of primary tumor growth and multiple metastatic events in a pancreatic cancer orthotopic model. Cancer Research **62**, 1534-1540, 2002 (Cover story). (Total unique citations: **154**) (ISI: 81) (Google: 132) (Scopus: 102)

241. Tripodi, A., Chantarangkul, V., Tan, Y., Hoffman, R.M., and Cattaneo, M. Evaluation of an enzymatic method to measure total homocysteine in plasma. Thrombosis and Haemostasis **87**, 172-173, 2002. (Total unique citations: **4**) (ISI: 2) (Google: 4) (Scopus: 2)

242. Hoffman, R.M. Green fluorescent protein imaging of tumor cells in mice. Lab Animal **31**, 34-41, 2002. (Total unique citations: **33**) (ISI: 13) (Google: 24) (Scopus: 23)

243. Bouvet, M., Nardin, S.R., Burton, D.W., Lee, N.C., Yang, M., Wang, X., Baranov, E., Behling, C., Moossa, A.R., Hoffman, R.M., and Deftos L.J. Parathyroid hormone-related protein as a novel tumor marker in pancreatic adenocarcinoma. Pancreas **24**, 284-290, 2002. (Total unique citations: **19**) (ISI: 13) (Google: 16) (Scopus: 15)

244. Schmitt, C.A., Fridman, J.S., Yang, M., Baranov, E., Hoffman, R.M. and Lowe, S.W. Dissecting p53 tumor suppressor functions in vivo. Cancer Cell **1**, 289-298, 2002 (Cover story). (Total unique citations: **357**) (ISI: 261) (Google: 329) (Scopus: 266)

245. Schmitt, C.A., Fridman, J.S., Yang, M., Lee, S., Baranov, E., Hoffman, R.M., and Lowe, S.W. A senescence program controlled by p53 and p16$^{INK4a}$ contributes to the outcome of cancer therapy. Cell **109**, 335-346, 2002. (Total unique citations: **554**) (ISI: 375) (Google: 500) (Scopus: 385)

246. Singh, B., Li, R., Xu, L., Poluri, A., Patel, S., Shaha, A.R., Pfister, D., Sherman, E., Goberdhan, A., Hoffman, R.M., Shah, J. Prediction of survival in patients with head and neck cancer using the histoculture drug response assay. Head and Neck **24**, 437-442, 2002. (Total unique citations: **67**) (ISI: 32) (Google: 64) (Scopus: 32)

247. Saito, N., Zhao, M., Li, L., Baranov, E., Yang, M., Ohta, Y., Katsuoka, K., Penman, S., and Hoffman, R.M. High efficiency genetic modification of hair follicles and growing hair shafts. Proc. Natl. Acad. Sci. USA **99**, 13120-13124, 2002. (Total unique citations: **21**) (ISI: 13) (Google: 18) (Scopus: 15)

248. Li, X-M., Wang, J-W., An, Z., Yang, M. Baranov, E., Jiang, P., Sun, F-X., Moossa, A.R., and Hoffman, R.M. Optically imageable metastatic model of human breast cancer. Clinical & Experimental Metastasis **19**, 347-350, 2002. (Total unique citations: **39**) (ISI: 21) (Google: 33) (Scopus: 20)

249. Hoffman, R.M. Watching real-time metastasis *in vivo*. Trends in Molecular Medicine **8**, 354-355, 2002. (Total unique citations: **3**) (ISI: 1) (Google: 3) (Scopus: 1)

250. Hoffman, R.M. Whole-body fluorescence imaging with Green Fluorescence Protein. *In:* Methods in Molecular Biology, Vol. 183: Green Fluorescent Protein: Applications and Protocols, pp. 135-148. Hicks, B.W., ed. Totowa, NJ: Humana Press, 2002. (Total unique citations: **14**) (ISI: 8) (Google: 14) (Scopus: 8)

251. Hoffman, R.M. *In vivo* imaging of metastatic cancer with fluorescent proteins. Cell Death and Differentiation **9**, 786-789, 2002. (Total unique citations: **16**) (ISI: 8) (Google: 12) (Scopus: 10)

**EXHIBIT A**
73

252. Zhou, J.-H., Rosser, C.J., Tanaka, M., Yang, M., Baranov, E., Hoffman, R.M., Benedict, W.F. Visualizing superficial human bladder cancer cell growth *in vivo* by green fluorescent protein expression. Cancer Gene Therapy **9**, 681-686, 2002. (Total unique citations: **39**) (ISI: 18) (Google: 35) (Scopus: 22)

253. Machover, D., Zittoun, J., Saffroy, R., Broet, P., Giraudier, S., Magnaldo, T., Goldschmidt, E., Debuire, B., Orrico, M., Tan, Y., Mishal, Z., Chevallier, O., Tonetti, C., Jouault, H., Ulusakarya, A., Tanguy, M-L., Metzger, G., and Hoffman, R.M. Treatment of cancer cells with methioninase produces DNA hypomethylation and increases DNA synthesis. Cancer Res. **62**, 4685-4689, 2002. (Total unique citations: **16**) (ISI: 9) (Google: 15) (Scopus: 10)

254. Han, Q., Xu, M., Tang, L., Tan, X-Z., Tan, X-Y., Tan, Y., and Hoffman, R.M. Homogeneous nonradioactive enzymatic assay for plasma pyridoxal 5-phosphate. Clinical Chemistry **48**, 1560-1564, 2002. (Total unique citations: **23**) (ISI: 13) (Google: 22) (Scopus: 13)

255. Hoffman, R. Green fluorescent protein imaging of tumour growth, metastasis, and angiogenesis in mouse models. Lancet Oncology **3**, 546-556, 2002. (Total unique citations: **220**) (ISI: 132) (Google: 183) (Scopus: 151)

256. Pirocanac, E.C., Nassirpour, R., Yang, M., Wang, J-W., Nardin, S.R., Gu, J., Fang, B., Moossa, A.R., Hoffman, R.M., and Bouvet, M. *Bax*-induction gene therapy of pancreatic cancer. J. Surg. Res. **106**, 346-351, 2002. (Total unique citations: **26**) (ISI: 19) (Google: 24) (Scopus: 18)

257. Yang, M., Baranov, E., Jiang, P., Li, X-M., Wang, J., Li, L., Yagi, S., Moossa, A.R., and Hoffman, R.M. Fluorescence imaging of angiogenesis in green fluorescent protein-expressing tumors. Proc. of SPIE **4622**, 90-99, 2002.

258. Hoffman, Robert M. Metastatic Orthotopic Mouse Models of Lung Cancer. *In:* Methods in Molecular Medicine. Lung Cancer, Vol. 1: Molecular Pathology Methods and Reviews, pp. 457-464. Driscoll, B., ed. Totowa, NJ: Humana Press, 2003 (Cover story). (Total unique citations: **2**) (ISI: 2) (Google: 2) (Scopus: 2)

259. Sun, F-X., Tohgo, A., Bouvet, M., Yagi, S., Nassirpour, R., Moossa, A.R., and Hoffman, R.M. Efficacy of camptothecin analog DX-8951f (Exatecan Mesylate) on human pancreatic cancer in an orthotopic metastatic model. Cancer Research **63**, 80-85, 2003. (Total unique citations: **44**) (ISI: 29) (Google: 40) (Scopus: 27)

260. Li, S., Yang, Z., Sun, X., Tan, Y., Yagi, S., and Hoffman, R.M. A simultaneous colorimetric assay of free and protein-coupled polyethylene glycol. Anal. Biochem. **313**, 335-337, 2003. (Total unique citations: **12**) (ISI: 8) (Google: 11) (Scopus: 9)

261. Hoffman, R.M. Immune reactions in skin and hair follicle gene therapy. Molecular Therapy **7**, 294-295, 2003. (Total unique citations: **2**) (ISI: 1) (Google: 1) (Scopus: 1)

262. Wang, J-W., Yang, M., Wang, X., Sun, F-X., Li, X-M., Yagi, S., and Hoffman, R.M. Antimetastatic efficacy of oral 5-FU imaged by green fluorescent protein in real time. Anticancer Research **23**, 1-6, 2003. (Total unique citations: **9**) (ISI: 3) (Google: 9) (Scopus: 7)

263. Yamamoto, N., Yang, M., Jiang, P., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Real-time GFP imaging of spontaneous HT-1080 fibrosarcoma lung metastases. Clin. Exp. Metastasis **20**, 181-185, 2003. (Total unique citations: **26**) (ISI: 12) (Google: 23) (Scopus: 20)

264. Wu, M., Mazurchuk, R., Chaudhary, N.D., Spernyak, J., Veith, J., Pera, P., Greco, W., Hoffman, R.M., Kobayashi, T., and Bernacki, R.J. High-resolution magnetic resonance imaging of the efficacy of the cytosine analog 1-[2-*C*-Cyano-2-deoxy-β-D-arabino-pentofuranosyl]-*N*⁴-palmitoyl cytosine (CS-682) in a liver-metastasis athymic nude mouse model. Cancer Research **63**, 2477-2482, 2003. (Total unique citations: **18**) (ISI: 13) (Google: 18) (Scopus: 14)

265. Tan, Y., Sun, X., Tang, L., Zhang, N., Han, Q., Xu, M., Tan, X-Z., Tan, X-Y., and Hoffman, R.M. Automated Enzymatic Assay for Homocysteine. Clinical Chemistry **6**, 1029-1030, 2003. (Total unique citations: **17**) (ISI: 13) (Google: 15) (Scopus: 10)

**EXHIBIT A**

**74**

266.	Yamamoto, N., Gupta, A., Xu, M., Miki, K., Tsujimoto, Y., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Methioninase gene therapy with selenomethionine induces apoptosis in bcl-2-overproducing lung cancer cells. Cancer Gene Therapy **10**, 445-450, 2003. (Total unique citations: **23**) (ISI: 13) (Google: 21) (Scopus: 12)

267.	Gupta, A., Miki, K., Xu, M., Yamamoto, N., Moossa, A.R., and Hoffman, R.M. Combination efficacy of doxorubicin and adenoviral methioninase gene therapy with prodrug selenomethionine. Anticancer Research **23**, 1181-1188, 2003. (Total unique citations: **14**) (ISI: 8) (Google: 13) (Scopus: 10)

268.	Hoffman, R.M. Gene targeting of hair follicles. *In:* Hair Science and Technology, ISBN 2-9600376-0-X, pp. 363-372. Van Neste, D., ed. Tournai, Belgium: Skinterface, 2003.

269.	Glinskii, A.B., Smith, B.A., Jiang, P., Li, X-M., Yang, M., Hoffman, R.M., Glinsky, G.V. Viable circulating metastatic cells produced in orthotopic but not ectopic prostate cancer models. Cancer Res. **63**, 4239-4243, 2003. (Total unique citations: **51**) (ISI: 33) (Google: 47) (Scopus: 32)

270.	Flowers, J.L., Hoffman, R.M., Driscoll, T.A., Wall, M.E., Wani, M.C., Manikumar, G., Friedman, H.S., Dewhirst, M., Colvin, O.M., Adams, D.J. The activity of camptothecin analogues is enhanced in histocultures of human tumors and human tumor xenografts by modulation of extracellular pH. Cancer Chemotherapy and Pharmacology **52**, 253-261, 2003. (Total unique citations: 17) (ISI: 12) (Google: 17) (Scopus: 11)

271.	Katz, M.H., Spivack, D.E., Takimoto, S., Fang, B., Burton, D.W., Moossa, A.R., Hoffman, R.M., and Bouvet, M. Gene therapy of pancreatic cancer with green fluorescent protein and tumor necrosis factor-related apoptosis-inducing ligand fusion gene expression driven by a human telomerase reverse transcriptase promoter. Annals of Surgical Oncology **10**, 762-772, 2003. (Total unique citations: **43**) (ISI: 22) (Google: 38) (Scopus: 26)

272.	Li, L., Mignone, J., Yang, M., Matic, M., Penman, S., Enikolopov, G., and Hoffman, R.M. Nestin expression in hair follicle sheath progenitor cells. Proc. Natl. Acad. Sci. USA **100**, 9958-9961, 2003. (Total unique citations: **176**) (ISI: 123) (Google: 155) (Scopus: 120)

273.	Katz, M., Takimoto, S., Spivack, D., Moossa, A.R., Hoffman, R.M., Bouvet, M. A novel red fluorescent protein orthotopic pancreatic cancer model for the preclinical evaluation of chemotherapeutics. J. Surg. Res. **113**, 151-160, 2003. (Total unique citations: **79**) (ISI: 51) (Google: 71) (Scopus: 54)

274.	Hoffman, R.M. PEG-methioninase. *In:* Advances in Experimental Medicine and Biology: Polymer Drugs in the Clinical Stage, Vol. 519, 69-79. Maeda, H., Kabanov, A., Kataoka, K., Okano, T., eds. Dordrecht, The Netherlands: Kluwer Academic/Plenum Publishers, 2003. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

275.	Katz, M.H., Bouvet, M., Takimoto, S., Spivack, D., Moossa, A.R., Hoffman, R.M. Selective antimetastatic activity of cytosine analog CS-682 in a red fluorescent protein orthotopic model of pancreatic cancer. Cancer Res. **63**, 5521-5525, 2003. (Total unique citations: **34**) (ISI: 22) (Google: 29) (Scopus: 25)

276.	Goodison, S., Kawai, K., Hihara, J., Jiang, P., Yang, M., Urquidi, V., Hoffman, R.M., and Tarin, D. Prolonged dormancy and site-specific growth potential of cancer cells spontaneously disseminated from nonmetastatic breast tumors as revealed by labeling with green fluorescent protein. Clinical Cancer Res. **9**, 3808-3814, 2003. (Total unique citations: **102**) (ISI: 73) (Google: 94) (Scopus: 78)

277.	Yamamoto, N., Yang, M., Jiang, P., Xu, M., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Real-time imaging of individual fluorescent-protein color-coded metastatic colonies *in vivo*. Clin. Exp. Metastasis **20**(7), 633-638, 2003. (Total unique citations: **26**) (ISI: 13) (Google: 22) (Scopus: 14)

278.	Hoffman, R.M, and Yagi, S. *In vivo* single-cell imaging. Bio-venture (Japan) **3**, 77-78, 2003.

279.	Yamamoto, N., Yang, M., Jiang, P., Xu, M., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Determination of clonality of metastasis by cell-specific color-coded fluorescent-protein imaging. Cancer Research **63**, 7785-7790, 2003. (Total unique citations: **61**) (ISI: 33) (Google: 55) (Scopus: 37)

**EXHIBIT A**
75

280. Yang, M., Li, L., Jiang, P., Moossa, A.R., Penman, S., and Hoffman, R.M. Dual-color fluorescence imaging distinguishes tumor cells from induced host angiogenic vessels and stromal cells. Proc. Natl. Acad. Sci. USA **100**, 14259-14262, 2003. (Total unique citations: **128**) (ISI: 77) (Google: 120) (Scopus: 83)

281. Mitsiades, C.S., Mitsiades, N.S., Bronson, R.T., Chauhan, D., Munshi, N., Treon, S.P., Maxwell, C.A., Pilarski, L., Hideshima, T., Hoffman, R.M., and Anderson, K.C. Fluorescence imaging of multiple myeloma cells in a clinically relevant SCID/NOD *in vivo* model: biologic and clinical implications. Cancer Research **63**, 6689-6696, 2003. (Total unique citations: **80**) (ISI: 41) (Google: 75) (Scopus: 44)

282. Sun, X., Yang, Z., Li, S., Tan, Y., Zhang, N., Wang, X., Yagi, S., Yoshioka, T., Takimoto, A., Mitsushima, K., Suginaka, A., Frenkel, E.P., and Hoffman, R.M. *In vivo* efficacy of recombinant methioninase is enhanced by the combination of polyethylene glycol conjugation and pyridoxal 5' phosphate supplementation. Cancer Research, **63**, 8377-8383, 2003. (Total unique citations: **29**) (ISI: 23) (Google: 27 (Scopus: 23)

283. Katz, M.H., Takimoto, S., Spivack, D., Moossa, A.R., Hoffman, R.M., and Bouvet, M.. An imageable highly metastatic orthotopic red fluorescent protein model of pancreatic cancer. Clin. Exp. Metastasis **21**, 7-12, 2004. (Total unique citations: **34**) (ISI: 18) (Google: 29) (Scopus: 24)

284. Katz, M.H., Bouvet, M., Takimoto, S., Spivack, D., Moossa, A.R., and Hoffman, R.M. Survival efficacy of adjuvant cytosine-analogue CS-682 in a fluorescent orthotopic model of human pancreatic cancer. Cancer Research **64**, 1828-1833, 2004. (Total unique citations: **34**) (ISI: 19) (Google: 30) (Scopus: 20)

285. Hoffman, R.M. Multicolor *in vivo* imaging in mouse models of cancer. Preclinica 2 (March/April), 109-113, 2004.

286. Hoffman, R.M. Patient-like orthotopic metastatic models of human cancer. *In:* Anticancer Drug Development Guide Preclinical Screening, Clinical Trials, and Approval, 2nd Edition, pp. 183-212. Teicher, B., Andrews, P.A., eds. Totowa, NJ: Humana Press, 2004. (No ISI) (Google: 0) (No Scopus)

287. Glinsky, G.V., Glinskii, A.B., Stephenson, A.J., Hoffman, R.M., and Gerald, W.L. Gene expression profiling predicts clinical outcome of prostate cancer. J. Clin. Investig. **113**, 913-923, 2004. (Total unique citations: **242**) (ISI: 153) (Google: 223) (Scopus: 154)

288. Yang, Z., Wang, J., Yoshioka, T., Li, B., Lu, Q., Li, S., Sun, X., Tan, Y., Yagi, S., Frenkel, E.P., and Hoffman, R.M. Pharmacokinetics, methionine depletion, and antigenicity of recombinant methioninase in primates. Clinical Cancer Research **10**, 2131-2138, 2004. (Total unique citations: **21**) (ISI: 18) (Google: 21) (Scopus: 16)

289. Hoffman, R.M. *In vivo* imaging with fluorescent proteins: The new cell biology. Acta Histochemica **106**, 77-87, 2004. (Total unique citations: **36**) (ISI: 21) (Google: 33) (Scopus: 25)

290. Li, S-K., Yang, Z., Sun, X., Tan, Y., Yagi, S., and Hoffman, R.M. Protein carboxyl amidation increases the potential extent of protein polyethylene glycol conjugation. Analytical Biochemistry **330**, 264-271, 2004. (Total unique citations: **2**) (ISI: 1) (Google: 2) (Scopus: 2)

291. Yamamoto, N., Jiang, P., Yang, M., Xu, M., Yamauchi, K., Tsuchiya, H., Tomita, K., Wahl, G.M., Moossa, A.R., and Hoffman, R.M. Cellular dynamics visualized in live cells *in vitro* and *in vivo* by differential dual-color nuclear-cytoplasmic fluorescent-protein expression. Cancer Research **64**, 4251-4256, 2004. (Total unique citations: **87**) (ISI: 59) (Google: 76) (Scopus: 62)

292. Yang, M., Amoh, Y., Li, L., Baranov, E., Wang, J-W., Jiang, P., Moossa, A.R., and Hoffman, R.M. Dual-color fluorescence imaging of tumor-host interaction with green and red fluorescent proteins. *In:* Genetically Engineered and Optical Probes for Biomedical Applications II. Savitsky, A.P., Brovko, L.Y., Bornhop, D.J., Raghavachari, R., Achilefu, S.I., eds. Proc. of SPIE, **5329**, 54-60, 2004. (Total unique citations: **1**) (No ISI) (Google: 1) (Scopus: 0)

293. Han, Q., Xu, M., Tang, L., Sun, X., Zhang, N., Tan, X-H., Tan, X-Y., Tan, Y., and Hoffman, R.M. Homogeneous enzymatic colorimetric assay for total cysteine. Clin. Chemistry **50**, 1229-1231, 2004. (Total unique citations: **10**) (ISI: 8) (Google: 10) (Scopus: 6)

294. Laakkonen, P., Akerman, M.E., Biliran, H., Yang, M., Ferrer, F., Karpanen, T., Hoffman, R.M., and Ruoslahti, E. Antitumor activity of a homing peptide that targets tumor lymphatics and tumor cells. Proc. Natl. Acad. Sci. USA **101**, 9381-9386, 2004. (Total unique citations: **117**) (ISI: 66) (Google: 109) (Scopus: 60)

295. Wang, J-W., Yang, M., Yagi, S., and Hoffman, R.M. Oral 5-FU is a more effective antimetastatic agent than UFT. Anticancer Research **24**, 1353-1360, 2004. (Total unique citations: **6**) (ISI: 1) (Google: 6) (Scopus: 2)

296. Yang, Z., Sun, X., Li, S., Tan, Y., Wang, X., Zhang, N., Yagi, S., Takakura, T., Kobayashi, Y., Takimoto, A., Yoshioka, T., Suginaka, A., Frenkel, E.P., and Hoffman, R.M. Circulating half-life of PEGylated recombinant methioninase holoenzyme is highly dose dependent on cofactor pyridoxal-5′-phosphate. Cancer Research **64**, 5775-5778, 2004. (Total unique citations: **9**) (ISI: 7) (Google: 9) (Scopus: 7)

297. Amoh, Y., Li, L., Yang, M., Moossa, A.R., Katsuoka, K., Penman, S., and Hoffman, R.M. Nascent blood vessels in the skin arise from nestin-expressing hair follicle cells. Proc. Natl. Acad. Sci. USA **101**, 13291-13295, 2004. (Total unique citations: **123**) (ISI: 83) (Google: 110) (Scopus: 78)

298. Han, Q., Sun, X., Xu, M., Zhang, N., Tang, L., Tan, Y., and R.M. Hoffman. 3-deazaadenosine, a stabilizer of whole-blood homocysteine content, does not interfere with the single-enzyme homocysteine assay while totally inhibiting the enzyme conversion homocysteine immunoassay. Clinical Chemistry **50**, 1703-1704, 2004. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

299. Bobek, V., Plachy, J., Pinterova, D., Kolostova, K., Boubelik, M., Jiang, P., Yang, M. and Hoffman, R.M. Development of a green fluorescent protein metastatic-cancer chick-embryo drug-screen model. Clinical & Experimental Metastasis **21**, 347-352, 2004. (Total unique citations: **18**) (ISI: 8) (Google: 18) (Scopus: 8)

300. Yang, Z., Wang, J., Lu, Q., Xu, J., Kobayashi, Y., Takakura, T., Takimoto, A. Yoshioka, T., Lian, C., Chen, C., Zhang, D., Zhang, Y., Li, S., Sun, X., Tan, Y., Yagi, S., Frenkel, E.P., and Hoffman, R.M. PEGylation confers greatly extended half-life and attenuated immunogenicity to recombinant methioninase in primates. Cancer Research **64**, 6673-6678, 2004. (Total unique citations: **35**) (ISI: 26) (Google: 30) (Scopus: 26)

301. Yang, M., Reynoso, J., Jiang, P., Li, L., Moossa, A.R., and Hoffman, R.M. Transgenic nude mouse with ubiquitous green fluorescent protein expression as a host for human tumors. Cancer Research **64**, 8651-8656, 2004. (Total unique citations: **67**) (ISI: 37) (Google: 62) (Scopus: 44)

302. Hoffman, R.M. Imaging tumor angiogenesis with fluorescent proteins. Acta Pathologica, Microbiologica et Immunologica Scandinavica **112**, 441-449, 2004. (Total unique citations: **32**) (ISI: 17) (Google: 25) (Scopus: 18)

303. Wang, J., Yang, M., and Hoffman, R.M. Visualizing portal vein metastatic trafficking to the liver with green fluorescent protein-expressing tumor cells. Anticancer Research **24**, 3699-3702, 2004. (Total unique citations: **12**) (ISI: 6) (Google: 11) (Scopus: 7)

304. Yamamoto, N., Yang, M., Jiang, P., Xu, M., Yamauchi, K., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Color coding cancer cells with fluorescent proteins to visualize *in vivo* cellular interaction in metastatic colonies. Anticancer Research **24**, 4067-4072, 2004. (Total unique citations: **7**) (ISI: 6) (Google: 7) (Scopus: 5)

305. Bobek, V., Kolostova, K., Pinterov, D., Boubelik, M., Jiang, P., Yang, M., and Hoffman, R.M. Syngeneic lymph-node-targeting model of green fluorescent protein-expressing Lewis lung carcinoma. Clinical & Experimental Metastasis **21**, 705-708, 2004. (Total unique citations: **13**) (ISI: 7) (Google: 12) (Scopus: 10)

306. Burton, D.W., Geller, J., Yang, M., Jiang, P., Barken, I., Hastings, R.H., Hoffman, R.M., and Deftos, L.J. Monitoring of skeletal progression of prostate cancer by GFP imaging, X-ray, and serum OPG and PTHrP. The Prostate **62**, 275-281, 2005. DOI: 10.1002/pros.20146. (Total unique citations: **20**) (ISI: 13) (Google: 19) (Scopus: 13)

**EXHIBIT A**
**77**

307. Hoffman, R.M. Orthotopic metastatic (MetaMouse®) models for discovery and development of novel chemotherapy. *In:* Methods in Molecular Medicine, Vol. III: Chemosensitivity: Vol. II, pp. 297-322, In Vivo Models, Imaging, and Molecular Regulators. Blumenthal, R., ed. ISBN #1-58829-586-9. Totowa, NJ: Humana Press, 2005 (Cover story). DOI: 10.1226/1588295869. (Total unique citations: **36**) (ISI: 21) (Google: 35) (Scopus: 22)

308. Zhao, M., Yang, M., Li, X-M., Jiang, P., Li, S., Xu, M., and Hoffman, R.M. Tumor-targeting bacterial therapy with amino acid auxotrophs of GFP-expressing *Salmonella typhimurium.* Proc. Natl. Acad. Sci. USA **102**, 755-760, 2005. DOI: 10.1073/pnas 0408422102. (Total unique citations: **131**) (ISI: 85) (Google: 120) (Scopus: 78)

309. Yang, M., Jiang, P., Yamamoto, N., Li, L., Geller, J., Moossa, A.R., and Hoffman, R.M. Real-time whole-body imaging of an orthotopic metastatic prostate cancer model expressing red fluorescent protein. The Prostate **62**, 374-379, 2005. DOI: 10.1002/pros.20125. (Total unique citations: **45**) (ISI: 20) (Google: 42) (Scopus: 21)

310. Deftos, L.J., Barken, I., Burton, D.W., Hoffman, R.M., and Geller, J. Direct evidence that PTHrP expression promotes prostate cancer progression in bone. Biochem. Biophys. Res. Commun. **327**, 468-472, 2005. (Total unique citations: **34**) (ISI: 23) (Google: 31) (Scopus: 24)

311. Bobek, V., Boubelik, M., Fiserova, A., L'uptovcova, M., Vannucci, L., Kacprzak, G., Kolodzej, J., Majewski, A.M., and Hoffman, R.M. Anticoagulant drugs increase natural killer cell activity in lung cancer. Lung Cancer **47**, 215-223, 2005. (Total unique citations: **28**) (ISI: 15) (Google: 26) (Scopus: 19)

312. Amoh, Y., Li, L., Yang, M., Jiang, P., Moossa, A.R., Katsuoka, K., Hoffman, R.M. Hair-follicle-derived blood vessels vascularize tumors in skin and are inhibited by doxorubicin. Cancer Research **65**, 2337-2343, 2005. (Total unique citations: **56**) (ISI: 41) (Google: 52) (Scopus: 45)

313. Berezovskaya, O., Schimmer, A.D., Glinskii, A.B., Pinilla, C., Hoffman, R.M., Reed, J.C., and Glinsky, G.V. Increased expression of apoptosis inhibitor protein XIAP contributes to anoikis resistance of circulating human prostate cancer metastasis precursor cells. Cancer Research **65**, 2378-2386, 2005. (Total unique citations: **118**) (ISI: 82) (Google: 103) (Scopus: 81)

314. Hoffman, R.M. Imaging of angiogenesis *in vivo* with fluorescent proteins. *In:* Meadows, Gary G., ed. Integration/Interaction of Oncologic Growth. Book Series: Kaiser, H., ed. Cancer Growth and Progression, 2nd Edition, Vol. 15, pp. 37-45. Dordrecht, The Netherlands: Springer, 2005. ISBN #1-4020-3413-X. (Total unique citations: **1**) (No ISI) (Google: 1) (No Scopus)

315. Amoh, Y., Li, L., Katsuoka, K., Penman, S., and Hoffman, R.M. Multipotent nestin-positive, keratin-negative hair-follicle-bulge stem cells can form neurons. Proc. Natl. Acad. Sci. USA **102**, 5530-5534, 2005. (Total unique citations: **203**) (ISI: 137) (Google: 180) (Scopus: 135)

316. Sun, X., Tan, Y., Yang, Z., Li, S., and Hoffman, R.M. A rapid HPLC method for the measurement of ultra-low plasma methionine concentrations applicable to methionine depletion therapy. Anticancer Research **24**, 59-62, 2005. (Total unique citations: **3**) (ISI: 3) (Google: 3) (Scopus: 3)

317. Yamauchi, K., Yang, M., Jiang, P., Yamamoto, N., Xu, M., Amoh, Y., Tsuji, K., Bouvet, M., Tsuchiya, H., Tomita, K., Moossa, A.R., and Hoffman, R.M. Real-time *in vivo* dual-color imaging of intracapillary cancer cell and nucleus deformation and migration. Cancer Res. **65**, 4246-4252, 2005. (Total unique citations: **71**) (ISI: 42) (Google: 67) (Scopus: 50)

318. Amoh, Y., Yang, M., Li, L., Reynoso, J., Bouvet, M., Moossa, A.R., Katsuoka, K., and Hoffman, R.M. Nestin-linked green fluorescent protein transgenic nude mouse for imaging human tumor angiogenesis. Cancer Res. **65**, 5352-5357, 2005. (Total unique citations: **86**) (ISI: 59) (Google: 75) (Scopus: 59)

319. Hoffman, R.M. and Yang, M. Dual-color whole-body imaging in mice. Nature Biotechnology **23**, 790-791, 2005. (Total unique citations: **19**) (ISI: 11) (Google: 16) (Scopus: 9)

**EXHIBIT A**
**78**

320.	Yang, M., Luiken, G., Baranov, E., and Hoffman, R.M. Facile whole-body imaging of internal fluorescent tumors in mice with an LED flashlight. BioTechniques **39**, 170-172, 2005. (Total unique citations: **48**) (ISI: 34) (Google: 45) (Scopus: 36)

321.	Hoffman, R.M. Advantages of multi-color fluorescent proteins for whole-body and *in vivo* cellular imaging. Journal of Biomedical Optics **10(4)**, 41202, AN #041202, 2005. (Total unique citations: **31**) (ISI: 19) (Google: 27) (Scopus: 22)

322.	Hoffman, R.M. The multiple uses of fluorescent proteins to visualize cancer *in vivo*. Nature Reviews Cancer **5**, 796-806, 2005. (Total unique citations: **293**) (ISI: 191) (Google: 264) (Scopus: 194)

323.	Bouvet, M., Spernyak, J., Katz, M.H., Mazurchuk, R.V., Takimoto, S., Bernacki, R., Rustum, Y.M., Moossa, A.R., and Hoffman, R.M. High correlation of whole-body red fluorescent protein imaging and magnetic resonance imaging on an orthotopic model of pancreatic cancer. Cancer Research **65**, 9829-9833, 2005. (Total unique citations: **38**) (ISI: 25) (Google: 30) (Scopus: 29)

324.	Amoh, Y., Li, L., Campillo, R., Kawahara, K., Katsuoka, K., Penman, S., and Hoffman, R.M. Implanted hair follicle stem cells form Schwann cells that support repair of severed peripheral nerves. Proc. Natl. Acad. Sci. USA **102**, 17734-17738, 2005. (Total unique citations: **155**) (ISI: 96) (Google: 130) (Scopus: 97)

325.	Hoffman, R.M. In vivo cell biology of cancer cells visualized with fluorescent proteins. *In:* Current Topics in Developmental Biology, Vol. 70: In Vivo Cellular and Molecular Imaging, pp. 121-144. Ahrens, Eric T., ed. London: Elsevier Life Sciences, 2005. DOI: 10.1016/S0070-2153(05)70006-5. (Total unique citations: **24**) (ISI: 14) (Google: 22) (Scopus: 19)

326.	Lademann, J., Otberg, N., Jacobi U., Hoffman, R.M., and Blume-Peytavi, U. Follicular penetration and targeting. J. Investig. Dermatol. Symp. Proc. **10**, 301-303, 2005. (Total unique citations: **28**) (ISI: 18) (Google: 23) (Scopus: 18)

327.	Hoffman, R.M. Gene and stem cell therapy of the hair follicle. *In:* Epidermal Cells: Methods and Protocols. Methods in Molecular Biology, Vol. 289, pp. 437-448. Turksen, K., ed. Totowa, NJ: Humana Press, 2005 (Cover story). (Total unique citations: **17**) (ISI: 1) (Google: 14) (Scopus: 11)

328.	Hoffman, R.M. Imaging cellular dynamics in vivo with multi-color fluorescent proteins. Proc. of SPIE **5704**, art. no. 21, 146-157, 2005.

329.	Meerovich, I.G., Yang, M., Jiang, F., Hoffman, R.M., Gerasimenya, V.P., Orlov, A.E., Savitsky, A.P., Popov, V.O. Study of action of cyclophosphamide and extract of mycelium of Pleuotus ostreatus in vivo on mice, bearing melanoma B16-F0-GFP. Proc. of SPIE **5704**, art. no. 33, 214-221, 2005.

330.	Hoffman, R.M. Multi-color imaging of in vivo with fluorescent proteins: the new cell biology. Microscopy and Microanalysis **11** (Suppl 2), 260-261, 2005. (No ISI) (Google: 0) (No Scopus)

331.	Tsuji, K., Yamauchi, K., Yang, M., Jiang, P., Bouvet, M., Endo, H., Kanai, Y., Yamashita, K., Moossa, A.R., and Hoffman, R.M. Dual-color imaging of nuclear-cytoplasmic dynamics, viability, and proliferation of cancer cells in the portal vein area. Cancer Res. **66**, 303-306, 2006. (Total unique citations: **38**) (ISI: 29) (Google: 33) (Scopus: 28)

332.	Glinsky, G.V., Glinskii, A.B., Berezovskaya, O., Smith, B.A., Jiang, P., Li, X-M., Yang, M., Hoffman, R.M. Dual-color-coded imaging of viable circulating prostate carcinoma cells reveals genetic exchange between tumor cells in vivo, contributing to highly metastatic phenotypes. Cell Cycle **5**, 191-197, 2006. (Total unique citations: **21**) (ISI: 15) (Google: 18) (Scopus: 17)

333.	Hoffman, R.M. The pluripotency of hair follicle stem cells. Cell Cycle **5**, 232-233, 2006. (Total unique citations: **51**) (ISI: 28) (Google: 41) (Scopus: 31)

334.	Pilch, J., Brown, D.M., Komatsu, M., Järvinen, T., Yang, M., Peters, D., Hoffman, R.M., and Ruoslahti, E. Peptides selected for binding to clotted plasma accumulate in tumor stroma and wounds. Proc. Natl. Acad. Sci. USA **103**, 2800-2804, 2006. (Total unique citations: **47**) (ISI: 32) (Google: 42) (Scopus: 31)

**EXHIBIT A**
**79**

335. Takakura, T., Takimoto, A., Notsu, Y., Yoshida, H., Ito, T., Nagatome, H., Ohno, M., Kobayashi, Y., Yoshioka, T., Inagaki, K., Yagi, S., Hoffman, R.M., and Esaki, N. Physicochemical and pharmacokinetic characterization of highly potent recombinant L-methionine γ-lyase conjugated with polyethylene glycol as an antitumor agent. Cancer Res. **66**, 2807-2814, 2006. (Total unique citations: **9**) (ISI: 8) (Google: 8) (Scopus: 8)

336. Takakura, T., Ito, T., Yagi, S., Notsu, Y., Itakura, T., Nakamura, T., Inagaki, K., Esaki, N., Hoffman, R.M., Takimoto, A. High-level expression and bulk crystallization of recombinant L-methionine γ-lyase, an anticancer agent. Appl. Microbiol. Biotechnol. **70**, 183-192, 2006. DOI: 10.1007/s00253-005-0038-2. (Total unique citations: **9**) (ISI: 8) (Google: 9) (Scopus: 9)

337. Tsuji, K., Yang, M., Jiang, P., Maitra, A., Kaushal, S., Yamauchi, K., Katz, M.H., Moossa, A.R., Hoffman, R.M, Bouvet, M. Common bile duct injection as a novel method for establishing red fluorescent protein (RFP)-expressing human pancreatic cancer in nude mice. Journal of the Pancreas 7, 193-199, 2006. (Total unique citations: **11**) (No ISI) (Google: 9) (Scopus: 6)

338. Yamauchi, K., Yang, M., Jiang, P., Xu., M., Yamamoto, N., Tsuchiya, H., Tomita, K., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Development of real-time subcellular dynamic multicolor imaging of cancer cell-trafficking in live mice with a variable-magnification whole-mouse imaging system. Cancer Res. **66**, 4208-4214, 2006. (Total unique citations: **94**) (ISI: 69) (Google: 82) (Scopus: 73)

339. Hoffman, RM. The hair follicle and its stem cells as drug delivery targets. Expert Opinion Drug Delivery **3**, 437-443, 2006. (Total unique citations: **10**) (ISI: 8) (Google: 10) (Scopus: 8)

340. Yang, M., Burton, D.W., Geller, J., Hillegonds, D., Hastings, R.H., Deftos, L.J., and Hoffman, R.M. The bisphosphonate olpadronate inhibits skeletal prostate cancer progression in a green fluorescent protein nude mouse model. Clinical Cancer Research **12**, 2602-2606, 2006. (Total unique citations: **17**) (ISI: 12) (Google: 16) (Scopus: 13)

341. Amoh, Y., Li, L., Tsuji, K., Moossa, A.R., Katsuoka, K., Hoffman, R.M., Bouvet, M. Dual-color imaging of nascent blood vessels vascularizing pancreatic cancer in an orthotopic model demonstrates antiangiogenesis efficacy of gemcitabine. J. Surgical Research **132**, 164-169, 2006. (Total unique citations: **24**) (ISI: 16) (Google: 20) (Scopus: 19)

342. Jiang, P., Yamauchi, K., Yang, M., Tsuji, K., Xu, M., Maitra, A., Bouvet, M., and Hoffman, R.M. Tumor cells genetically labeled with GFP in the nucleus and RFP in the cytoplasm for imaging cellular dynamics. Cell Cycle **5**, 1198-1201, 2006 (Cover story). (Total unique citations: **22**) (ISI: 11) (Google: 20) (Scopus: 12)

343. Seitz, G., Warmann, S.W., Fuchs, J., Mau-Holzmann U.A., Ruck, P., Heitmann, H., Hoffman, R.M., Mahrt, J., Muller, G.A., and Wessels, J.T. Visualization of xenotransplanted human rhabdomyosarcoma after transfection with red fluorescent protein. Journal of Pediatric Surgery **41**, 1369-1376, 2006. (Total unique citations: **16**) (ISI: 11) (Google: 14) (Scopus: 11)

344. Hoffman, R.M., and Yang, M. Subcellular imaging in the live mouse. Nature Protocols **1**, 775-782, 2006. (Total unique citations: **38**) (ISI: 31) (Google: 35) (Scopus: 30)

345. Hoffman, R.M., and Yang, M. Color-coded fluorescence imaging of tumor-host interactions. Nature Protocols **1**, 928-935, 2006. (Total unique citations: **45**) (ISI: 32) (Google: 41) (Scopus: 35)

346. Hoffman, R.M., and Yang, M. Whole-body imaging with fluorescent proteins. Nature Protocols **1**, 1429-1438, 2006. (Total unique citations: **71**) (ISI: 48) (Google: 63) (Scopus: 47)

347. Zhao, M., Yang, M., Ma, H., Li, X., Tan, X., Li, S., Yang, Z., and Hoffman, R.M. Targeted therapy with a *Salmonella typhimurium* leucine-arginine auxotroph cures orthotopic human breast tumors in nude mice. Cancer Research **66**, 7647-7652, 2006. (Total unique citations: **75**) (ISI: 50) (Google: 63) (Scopus: 56)

**EXHIBIT A**
**80**

348. Hoffman, R.M. Real-time subcellular imaging in live animals: New visible targets for cancer drug discovery. IDrugs **9**, 632-635, 2006. (Total unique citations: **8**) (ISI: 3) (Google: 7) (Scopus: 3)

349. Lukashev, M., LePage, D., Wilson, C., Bailly, V., Garber, E., Lukashin, A., Ngam-ek, A., Zeng, W., Allaire, N., Perrin, S., Xu, X., Szeliga, K., Wortham, K., Kelly, R., Bottiglio, C., Ding, J., Griffith, L., Heaney, G., Silverio, E., Yang, W., Jarpe, M., Fawell, S., Reff, M., Carmillo, A., Miatkowski, K., Amatucci, J., Crowell, T., Prentice, H., Meier, W., Violette, S.M., Mackay, F., Yang, D., Hoffman, R., and Browning, J.L. Targeting the lymphotoxin-beta receptor with agonist antibodies as a potential cancer therapy. Cancer Research **66**, 9617-9624, 2006. (Total unique citations: **33**) (ISI: 24) (Google: 31) (Scopus: 24)

350. Berezovska, O.P., Glinskii, A.B., Yang, Z., Li, X.M., Hoffman, R.M., and Glinsky, G.V. Essential role for activation of the Polycomb Group (PcG) protein chromatin silencing pathway in metastatic prostate cancer. Cell Cycle **5**, 1886-1901, 2006. (Total unique citations: **91**) (ISI: 50) (Google: 81) (Scopus: 57)

351. Hoffman, R.M. AngioMouse: imageable models of angiogenesis. *In:* Angiogenesis Assays: A critical appraisal of current techniques, pp. 293-310. Staton, C.A., Lewis, C., and Bicknell, R., eds. Wiley and Sons, 2006 (Cover story).

352. Amoh, Y., Nagakura, C., Maitra, A., Moossa, A.R., Katsuoka, K., Hoffman, R.M., and Bouvet, M. Dual-color imaging of nascent angiogenesis and its inhibition in liver metastases of pancreatic cancer. Anticancer Research **26**, 3237-3242, 2006. (Total unique citations: **19**) (ISI: 8) (Google: 18) (Scopus: 10)

353. Bouvet, M., Tsuji, K., Yang, M., Jiang, P., Moossa, A.R., and Hoffman, R.M. *In vivo* color-coded imaging of the interaction of colon cancer cells and splenocytes in the formation of liver metastases. Cancer Research **66**, 11293-11297, 2006. (Total unique citations: **35**) (ISI: 16) (Google: 33) (Scopus: 19)

354. Hoffman, R.M. Multi-color fluorescence imaging of sub-cellular dynamics of cancer cells in live mice. Proc. of SPIE **6098**, 60980D1-60980D7, 2006.

355. Amoh, Y., Bouvet, M., Li, L., Tsuji, K., Moossa, A.R., Katsuoka, K., and Hoffman, R.M. Visualization of nascent tumor angiogenesis in lung and liver metastasis by differential dual-color fluorescence imaging in nestin-linked-GFP mice. Clin. Exp. Metastasis **23(7-8)**, 315-322, 2006. (Total unique citations: **16**) (ISI: 7) (Google: 14) (Scopus: 11)

356. Hoffman, R.M. Subcellular imaging tracks cancer cells in mice. SPIE Newsroom, 2006. DOI: 10.117/2.1200608.0335.

357. Amoh, Y., Li, L., Moossa, A.R., Katsuoka, K., and Hoffman, R.M. Chemotherapy targets the hair-follicle vascular network but not the stem cells. J. Invest. Dermatol. **127**, 11-15, 2007. (Total unique citations: **18**) (ISI: 13) (Google: 15) (Scopus: 14)

358. Simberg, D., Duza, T., Park, J.H., Essler, M., Pilch, J., Zhang, L., Derfus, A.M., Yang, M., Hoffman, R.M., Bhatia, S., Sailor, M.J., and Ruoslahti, E. Biomimetic amplification of nanoparticle homing to tumors. Proc. Natl. Acad. Sci. USA **104**, 932-936, 2007. (Total unique citations: **161**) (ISI: 99) (Google: 148) (Scopus: 106)

359. Hoffman, R.M., and Zhao, M. Whole-body imaging of bacterial infection and antibiotic response. Nature Protocols **1(6)**, 2988-2994, 2007. (Total unique citations: **11**) (ISI: 9) (Google: 11) (Scopus: 9)

360. Seitz, G., Warmann, S.W., Armeanu, S., Heitmann, H., Ruck, P., Hoffman, R.M., Fuchs, J., and Wessels, J.T. *In vitro* photodynamic therapy of childhood rhabdomyosarcoma. Int. J. Oncol. **30**, 615-620, 2007. (Total unique citations: **8**) (ISI: 6) (Google: 5) (Scopus: 7)

361. Yang, M., Jiang, P., and Hoffman, R.M. Whole-body subcellular multicolor imaging. Proc. of SPIE **6449**, 64490V-1 – 64490V-9, 2007. (No ISI) (Google: 0) (No Scopus)

362. Bouvet, M., and Hoffman, R.M. Preclinical fluorescent mouse models of pancreatic cancer. Proc. of SPIE **6449**, 64490X-1 – 64490X-11, 2007. (No ISI) (Google: 0) (Scopus: 0)

**EXHIBIT A**
**81**

363. Hoffman, R.M. The potential of nestin-expressing hair follicle stem cells in regenerative medicine. Expert Opin. Biol. Ther. 7, 289-291, 2007. (Total unique citations: 21) (ISI: 18) (Google: 18) (Scopus: 18)

364. Amoh, Y., Li, L., Katsuoka, K., Bouvet, M., and Hoffman, R.M. GFP-expressing vascularization of Gelfoam® as a rapid *in vivo* assay of angiogenesis stimulators and inhibitors. BioTechniques 42, 294-298, 2007. (Total unique citations: 6) (ISI: 3) (Google: 6) (Scopus: 3)

365. Hoffman, R.M. Orthotopic metastatic mouse models of prostate cancer. *In:* Metastasis of Prostate Cancer, pp. 143-169. Ablin, R.J. and Mason, M.D., eds. Kluwer Academic Publishers, 2007 (Cover story). (Total unique citations: 2) (No ISI) (Google: 2) (No Scopus)

366. Hoffman, R.M. Noninvasive imaging for evaluation of the systemic delivery of capsid-modified adenovirus in an orthotopic model of advanced lung cancer. Cancer 109, 1213-1214, 2007. (Total unique citations: 1) (ISI: 1) (Google: 1) (Scopus: 0)

367. Ji, Y., Hayashi, K., Amoh, Y., Tsuji, K., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Bouvet, M., and Hoffman, R.M. The camptothecin derivative CPT-11 inhibits angiogenesis in a dual-color imageable orthotopic metastatic nude mouse model of human colon cancer. Anticancer Res. 27, 713-718, 2007. (Total unique citations: 15) (ISI: 10) (Google: 15) (Scopus: 10)

368. Kudou, D., Misaki, S., Yamashita, M., Tamura, T., Takakura, T., Yoshioka, T., Yagi, S., Hoffman, R.M., Takimoto, A., Esaki, N., and Inagaki, K. Structure of the antitumour enzyme L-methionine γ-lyase from *Pseudomonas putida* at 1.8Å resolution. J. Biochem. 141, 535-544, 2007. (Total unique citations: 16) (ISI: 14) (Google: 14) (Scopus: 13)

369. Hoffman, R.M. Subcellular imaging of cancer cells in live mice. *In:* Reporter Genes: A Practical Guide, Vol. 411, pp. 121-129. Methods in Molecular Biology series. Anson, D.S., editor. Humana Press, 2007 (Cover story). (Total unique citations: 6) (No ISI) (Google: 5) (Scopus: 1)

370. Yang, M., Jiang, P., and Hoffman, R.M. Whole-body subcellular multicolor imaging of tumor-host interaction and drug response in real time. Cancer Res. 67, 5195-5200, 2007. (Total unique citations: 40) (ISI: 32) (Google: 36) (Scopus: 34)

371. Zhao, M., Geller, J., Ma, H., Yang, M., Penman, S., and Hoffman, R.M. Monotherapy with a tumor-targeting mutant of *S. typhimurium* cures orthotopic metastatic mouse models of human prostate cancer. Proc. Natl. Acad. Sci. USA 104, 10170-10174, 2007. (Total unique citations: 54) (ISI: 42) (Google: 47) (Scopus: 47)

372. Hayashi, K., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Amoh, Y., Hoffman, R.M., and Bouvet, M. Dual-color imaging of angiogenesis and its inhibition in bone and soft tissue sarcoma. J. Surg. Res. 140, 165-170, 2007 (Cover story). (Total unique citations: 10) (ISI: 8) (Google: 9) (Scopus: 8)

373. Guo, X-N., Rajput, A., Rose, R., Hauser, J., Beko, A., Kuropatwinski, K., LeVea, C., Hoffman, R.M., Brattain, M.G., and Wang, J. Mutant *PIK3CA*-bearing colon cancer cells display increased metastasis in an orthotopic model. Cancer Res. 67, 5851-5858, 2007. (Total unique citations: 26) (ISI: 16) (Google: 23) (Scopus: 17)

374. Liu, T., Ding, Y., Xie, W., Li, Z., Bai, X., Li, X., Fang, W., Ren, C., Wang, S., Hoffman, R.M., and Yao, K. An imageable metastatic treatment model of nasopharyngeal carcinoma. Clinical Cancer Res. 13, 3960-3967, 2007. (Total unique citations: 13) (ISI: 6) (Google: 12) (Scopus: 6)

375. Hayashi, K., Jiang, P., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Real-time imaging of tumor-cell shedding and trafficking in lymphatic channels. Cancer Res. 67, 8223-8228, 2007. (Total unique citations: 33) (ISI: 21) (Google: 30) (Scopus: 22)

376. Ammons, W.S., Wang, J.W., Yang, Z., Tidmarsh, G.F., and Hoffman, R.M. A novel alkylating agent, glufosfamide, enhances the activity of gemcitabine *in vitro* and *in vivo*. Neoplasia 9, 625-633, 2007. (Total unique citations: 15) (ISI: 9) (Google: 12) (Scopus: 13)

**EXHIBIT A**
**82**

377. Yamauchi, K., Yang, M., Hayashi, K., Jiang, P., Yamamoto, N., Tsuchiya, H., Tomita, K., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Imaging of nucleolar dynamics during the cell cycle of cancer cells in live mice. Cell Cycle **6**, 2706-2708, 2007. (Total unique citations: **6**) (ISI: 4) (Google: 6) (Scopus: 4)

378. Hoffman, R.M. Recent advances of in vivo imaging with fluorescent proteins. *In*: Fluorescent Proteins, 2nd Edition, Vol. 85, pp. 485-495. Sullivan, K., ed. Series: Methods in Cell Biology, Wilson, L., and Matsudaira, P., eds, 2008. (Total unique citations: **12**) (ISI: 8) (Google: 12) (Scopus: 9)

379. Hoffman, R.M. A better fluorescent protein for whole-body imaging. Trends in Biotechnology **26**, 1-4, 2008. (Total unique citations: **24**) (ISI: 15) (Google: 22) (Scopus: 18)

380. Yamauchi, K., Yang, M., Hayashi, K., Jiang, P., Yamamoto, N., Tsuchiya, H., Tomita, K., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Induction of cancer metastasis by cyclophosphamide pretreatment of host mice: an opposite effect of chemotherapy. Cancer Res. **68**, 516-520, 2008. (Total unique citations: **23**) (ISI: 14) (Google: 23) (Scopus: 15)

381. Hoffman, R.M. Imaging in mice with fluorescent proteins: from macro to subcellular. Sensors **8**, 1157-1173, 2008. (Total unique citations: **10**) (ISI: 8) (Google: 9) (Scopus: 7)

382. Seitz, G., Warmann, S.W., Fuchs, J., Heitmann, H., Mahrt, J., Busse, A-C., Ruck, P., Hoffman, R.M., and Wessels, J.T. Imaging of cell trafficking and metastasis of paediatric rhabdomyosarcoma. Cell Proliferation **41**, 365-374, 2008. (Total unique citations: **4**) (ISI: 3) (Google: 2) (Scopus: 3)

383. Duan, J.X., Jiao, H., Kaizerman, J., Stanton, T., Evans, J.W., Lan, L., Lorente, G., Banica, M., Jung, D., Wang, J., Ma, H., Li, X., Yang, Z., Hoffman, R.M., Ammons, W.S., Hart, C.P., and Matteucci, M. Potent and highly selective hypoxia-activated achiral phosphoramidate mustards as anticancer drugs. Journal of Medicinal Chemistry **51**, 2412-2420, 2008. (Total unique citations: **36**) (ISI: 26) (Google: 32) (Scopus: 24)

384. Hoffman, R.M. The hair follicle stem cell as the paradigm multipotent adult stem cell. *In:* Vol: Stem Cell Research and Therapeutics, Shi, Y., and Clegg, D.O., eds., 275-287, 320-326. Series: Advances in Biomedical Research 1, Liu, J.H., ed. Dordrecht, The Netherlands: Springer, 2008 (Cover story). (No ISI) (Google: 0) (No Scopus)

385. McElroy, M., Kaushal, S., Luiken, G., Moossa, A.R., Hoffman, R.M., and Bouvet, M. Imaging of primary and metastatic pancreatic cancer using a fluorophore-conjugated anti-CA19-9 antibody for surgical navigation. World Journal of Surgery **32**, 1057-1066, 2008. (Total unique citations: **10**) (ISI: 8) (Google: 9) (Scopus: 7)

386. Hoffman, R.M. Use of GFP for *in vivo* imaging: concepts and misconceptions. Proc. of SPIE **6868**, 68680E1-68680E7, 2008. (No ISI) (Google: 0) (Scopus: 0)

387. Hoffman, R.M., Kishimoto, H., and Fujiwara, T. Specific *in vivo* labeling with GFP retroviruses, lentiviruses, and adenoviruses for imaging. Proc. of SPIE **6868**, 68680F1-68680F6, 2008. (No ISI) (Google: 0) (Scopus: 0)

388. Hoffman, R.M., Hayashi, K., and Zhao, M. Therapeutic targeting of tumors with imageable GFP-expressing *Salmonella typhimurium* auxotrophic mutants. Proc. of SPIE **6868**, 68680K1-68680K7, 2008. (No ISI) (Google: 0) (Scopus: 0)

389. Yamauchi, K., Yang, M., Hayashi, K., Jiang, P., Xu, M., Yamamoto, N., Tsuchiya, H., Tomita, K., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Imaging enhancement of malignancy by cyclophosphamide: surprising chemotherapy opposite effects. Proc. of SPIE **6868**, 68680I1-68680I5, 2008. (No ISI) (Google: 0) (Scopus: 0)

390. Yang, M., Jiang, P., Al-Zaid, M., and Hoffman, R.M. Noninvasive imaging *in vivo* with fluorescent proteins from centimeters to micrometers. Proc. of SPIE **6868**, 68680G1-68680G7, 2008. (No ISI) (Google: 0) (Scopus: 0)

391. McElroy, M., Hayashi, K., Kaushal, S., Bouvet, M., and Hoffman, R.M. Subcellular real-time *in vivo* imaging of intralymphatic and intravascular cancer-cell trafficking. Proc. of SPIE **6868**, 68680J1-68680J6, 2008. (No ISI) (Google: 0) (Scopus: 0)

**EXHIBIT A**
**83**

392. Arrach, N., Zhao, M., Porwollik, S., Hoffman, R.M., and McClelland, M. *Salmonella* promoters preferentially activated inside tumors. Cancer Res. **68**, 4827-4832, 2008. (Total unique citations: **23**) (ISI: 17) (Google: 20) (Scopus: 18)

393. Wessels, J.T., Hoffman, R.M., and Wouters, F.S. The use of transgenic fluorescent mouse strains, fluorescent protein coding vectors, and innovative imaging techniques in the life sciences. Cytometry A **73**, 490-491, 2008. (Total unique citations: **1**) (No ISI) (Google: 1) (Scopus: 0)

394. Rajput, A., Dominguez San Martin, I., Rose, R., Beko, A., Levea, C., Sharratt, E., Mazurchuk, R., Hoffman, R.M., Brattain, M.G., and Wang, J. Characterization of HCT116 human colon cancer cells in an orthotopic model. J. Surg. Res. **147**, 276-281, 2008. (Total unique citations: **15**) (ISI: 10) (Google: 15) (Scopus: 10)

395. Amoh, Y., Li, L., Katsuoka, K., and Hoffman, R.M. Multipotent hair follicle stem cells promote repair of spinal cord injury and recovery of walking function. Cell Cycle **7**, 1865-1869, 2008. (Total unique citations: **52**) (ISI: 29) (Google: 43) (Scopus: 33)

396. Hoffman, R.M. *In vivo* real-time imaging of nuclear-cytoplasmic dynamics of dormancy, proliferation and death of cancer cells. Acta Pathologica, Microbiologica et Immunologica Scandinavica **116**, 716-729, 2008. (Total unique citations: **7**) (ISI: 5) (Google: 6) (Scopus: 4)

397. Tan, Y., and Hoffman, R.M. A highly sensitive single-enzyme homocysteine assay. Nature Protocols **3**, 1388-1394, 2008. (Total unique citations: **2**) (ISI: 2) (Google: 2) (Scopus: 1)

398. Han, Q., and Hoffman, R.M. Enzymatic assay for total plasma Cys. Nature Protocols **3**, 1778-1781, 2008. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

399. Han, Q., and Hoffman, R.M. Nonradioactive enzymatic assay for plasma and serum vitamin $B_6$. Nature Protocols **3**, 1815-1819, 2008. (Total unique citations: **2**) (ISI: 1) (Google: 2) (No Scopus)

400. Johnson, T.E., Luiken, G.A., Quigley, M.M., Xu, M., and Hoffman, R.M. In vivo fluorescence of medullary carcinoma of the thyroid: A technology with potential to improve visualization of malignant tissue at surgical resection. Ear Nose Throat Journal **87(8)**, E1, 2008. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

401. McElroy, M., Bouvet, M., and Hoffman, R.M. Color-coded fluorescent mouse models of cancer cell interactions with blood vessels and lymphatics. *In:* Angiogenesis: In Vivo Systems, Pt. B, Methods in Enzymology, Vol. 445, pp. 27-52. Cheresh, D.A., ed. Elsevier, 2008. (Total unique citations: **5**) (ISI: 3) (Google: 4) (Scopus: 4)

402. McElroy, M., Kaushal, S., Bouvet, M., Hoffman, R.M. Color-coded imaging of splenocyte-pancreatic cancer cell interactions in the tumor microenvironment. Cell Cycle **7**, 2916-2921, 2008. (Total unique citations: **4**) (No ISI) (Google: 4) (Scopus: 1)

403. Kaushal, S., McElroy, M.K., Luiken, G.A., Talamini, M.A., Moossa, A.R., Hoffman, R.M., and Bouvet, M. Fluorophore-conjugated anti-CEA antibody for the intraoperative imaging of pancreatic and colorectal cancer. J. Gastrointest. Surg. **12**, 1938-1950, 2008. (Total unique citations: **19**) (ISI: 15) (Google: 16) (Scopus: 13)

404. Al-Awadi, F., Yang, M., Tan, Y., Han, Q., Li, S., Hoffman, R.M. Human tumor growth in nude mice is associated with decreased plasma cysteine and homocysteine. Anticancer Research **28**, 2541-2544, 2008. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

405. Mehta S., Huang, R., Yang, M., Zhang, X., Kolli, B., Chang, K., Hoffman, R.M., Badaro, R., and Schooley, R.T. Real time *in vivo* green fluorescent protein imaging in a murine leishmaniasis model as a new tool for *Leishmania* vaccine and drug discovery. Clinical and Vaccine Immunology **15**, 1764-1770, 2008. (Total unique citations: **15**) (ISI: 10) (Google: 12) (Scopus: 12)

**EXHIBIT A**
**84**

406. Amoh, Y., Katsuoka, K., and Hoffman, R.M. Color-coded fluorescent protein imaging of angiogenesis: the AngioMouse models. Curr. Pharm. Des. **14**, 3810-3819, 2008. (Total unique citations: **9**) (ISI: 6) (Google: 8) (Scopus: 6)

407. McElroy, M., Hayashi, K., Garmy-Susini, B., Kaushal, S., Varner, J.A., Moossa, A.R., Hoffman, R.M., and Bouvet, M. Fluorescent LYVE-1 antibody to image dynamically lymphatic trafficking of cancer cells in vivo. J. Surg. Res. **151**, 68-73, 2009. (Total unique citations: **14**) (ISI: 10) (Google: 12) (Scopus: 6)

408. Amoh, Y., Kanoh, M., Niiyama, S., Kawahara, K., Satoh, Y., Katsuoka, K., and Hoffman, R.M. Human and mouse hair follicles contain both multipotent and monopotent stem cells. Cell Cycle **8**, 176-177, 2009. (Total unique citations: **20**) (ISI: 16) (Google: 19) (Scopus: 16)

409. Hayashi, K., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Bouvet, M., Wessels, J., and Hoffman, R.M. A color-coded orthotopic nude-mouse treatment model of brain-metastatic paralyzing spinal cord cancer that induces angiogenesis and neurogenesis. Cell Proliferation **42**, 75-82, 2009. (Total unique citations: **4**) (ISI: 3) (Google: 3) (Scopus: 3)

410. Hoffman, R.M. Comment re: Development of a preclinical model of spontaneous melanoma metastasis. Cancer Research **69**, 719, 2009. (Total unique citations: **1**) (No ISI) (No Google) (Scopus: 1)

411. Yang, M., Reynoso, J., Bouvet, M., and Hoffman, R.M. A transgenic red fluorescent protein-expressing nude mouse for color-coded imaging of the tumor microenvironment. J. Cell. Biochem. **106**, 279-284, 2009. (Total unique citations: **16**) (ISI: 14) (Google: 13) (Scopus: 13)

412. Sakuma, S., Yano, T., Masaoka, Y., Kataoka, M., Hiwatari, K., Tachikawa, H., Shoji, Y., Kimura, R., Ma, H., Yang, Z., Tang, L., Hoffman, R.M., Yamashita, S. In vitro/in vivo biorecognition of lectin-immobilized fluorescent nanospheres for human colorectal cancer cells. Journal of Controlled Release **134**, 2-10, 2009 (Cover story). (Total unique citations: **14**) (ISI: 8) (Google: 9) (Scopus: 11)

413. Amoh, Y., Li, L., Katsuoka, K., and Hoffman, R.M. Multipotent nestin-expressing hair follicle stem cells. Journal of Dermatology **36**, 1-9, 2009. (Total unique citations: **10**) (ISI: 7) (Google: 7) (Scopus: 9)

414. Drapeau, C., Ma, H., Yang, Z., Tang, L., Hoffman, R.M., and Schaeffer, D.J. The stem cell mobilizer StemEnhance® does not promote tumor growth in an orthotopic model of human breast cancer. Anticancer Res. **29**, 443-447, 2009. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

415. Zhang, C., Lv, F., Zhou, L., Li, X., Wu, X-X., and Hoffman, R.M. Effect of verapamil on the expression of EGFR and NM23 in A549 human lung cancer cells. Anticancer Res. **29**, 27-32, 2009. (Total unique citations: **6**) (ISI: 4) (Google: 5) (Scopus: 3)

416. Tran Cao, H.S., Kimura, H., Kaushal, S., Snyder, C.S., Reynoso, J., Hoffman, R.M., and Bouvet, M. The cyan fluorescent protein (CFP) transgenic mouse as a model for imaging pancreatic exocrine cells. Journal of the Pancreas **10**, 152-156, 2009. (Total unique citations: **2**) (No ISI) (Google: 1) (Scopus: 2)

417. Hoffman, R.M. Imaging cancer dynamics in vivo at the tumor and cellular level with fluorescent proteins. Clin. Exp. Metastasis **26**, 345-355, 2009. (Total unique citations: **30**) (ISI: 17) (Google: 22) (Scopus: 21)

418. Hayashi, K., Zhao, M., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Kishimoto, H., Bouvet, M., and Hoffman, R.M. Systemic targeting of primary bone tumor and lung metastasis of high-grade osteosarcoma in nude mice with a tumor-selective strain of *Salmonella typhymurium.* Cell Cycle **8**, 870-875, 2009 (Cover story). (Total unique citations: **21**) (ISI: 17) (Google: 19) (Scopus: 18)

419. Hayashi, K., Zhao, M., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., and Hoffman, R.M. Cancer metastasis directly eradicated by targeted therapy with a modified *Salmonella typhymurium.* J. Cell. Biochem. **106**, 992-998, 2009. (Total unique citations: **27**) (ISI: 19) (Google: 25) (Scopus: 21)

**EXHIBIT A**
**85**

420. Hoffman, R.M. Dual-color imaging of tumor angiogenesis. *In:* Methods in Molecular Biology, Vol. 515: Viral Applications of Green Fluorescent Protein, pp. 45-61. Hicks, Barry W., ed. New York, NY: Humana Press, 2009. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 1)

421. Tran Cao, H.S., Reynoso, J., Yang M., Kimura, H., Kaushal, S., Snyder, C.S., Hoffman, R.M., and Bouvet M. Development of the transgenic cyan fluorescent protein (CFP)-expressing nude mouse for "Technicolor" cancer imaging. J. Cell. Biochem **107**, 328-334, 2009. (Total unique citations: **9**) (ISI: 7) (Google: 7) (Scopus: 6)

422. Makale, M., McElroy, M., O'Brien, P., Hoffman, R.M., Guo, S., Bouvet, M., Barnes, L., Ingulli, E., and Cheresh, D. Extended-working-distance multiphoton micromanipulation microscope for deep-penetration imaging in live mice and tissue. Journal of Biomedical Optics **14(2)**, 024032, 2009. (Total unique citations: **5**) (ISI: 4) (Google: 4) (Scopus: 4)

423. Snyder, C.S., Kaushal, S., Kono, Y., Tran Cao, H.S., Hoffman, R.M., and Bouvet, M. Complementarity of ultrasound and fluorescence imaging in an orthotopic mouse model of pancreatic cancer. BMC Cancer **9**, 106, 2009. DOI: 10.1117/1.3103783. (Total unique citations: **15**) (ISI: 11) (Google: 12) (Scopus: 12)

424. Andresen, V., Alexander, S., Heupel, W-M., Hirschberg, M., Hoffman, R.M., and Friedl, P. Infrared multiphoton microscopy: subcellular-resolved deep tissue imaging. Current Opinion in Biotechnology **20**, 54-62, 2009. (Total unique citations: **36**) (ISI: 26) (Google: 32) (Scopus: 24)

425. Nagakura, C., Hayashi, K., Zhao, M., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Bouvet, M., and Hoffman, R.M. Efficacy of a genetically-modified *Salmonella typhimurium* in an orthotopic human pancreatic cancer in nude mice. Anticancer Res. **29**, 1873-1878, 2009. (Total unique citations: **18**) (ISI: 12) (Google: 16) (Scopus: 12)

426. McElroy, M., Kaushal, S., Tran Cao, H.S., Moossa, A.R., Talamini, M.A., Hoffman, R.M., Bouvet, M. Upregulation of thrombospondin-1 and angiogenesis in an aggressive human pancreatic cancer cell line selected for high metastasis. Molecular Cancer Therapeutics **8**, 1779-1786, 2009. (Total unique citations: **4**) (ISI: 3) (Google: 3) (Scopus: 3)

427. Matsuo, Y., Raimondo, M., Woodward, T.A., Wallace, M.B., Gill, K.R., Tong, Z., Burdick, M.D., Yang, Z., Strieter, R.M., Hoffman, R.M., Guha, S. CXC-chemokine/CXCR2 biological axis promotes angiogenesis in vitro and in vivo in pancreatic cancer. Int. J. Cancer **125**, 1027-1037, 2009. (Total unique citations: **19**) (ISI: 10) (Google: 16) (Scopus: 13)

428. Ma, H., Das, T., Pereira, S., Yang, Z., Zhao, M., Mukerji, P., and Hoffman, R.M. Efficacy of dietary antioxidants combined with a chemotherapeutic agent on human colon cancer progression in a fluorescent orthotopic mouse model. Anticancer Research **29**, 2421-2426, 2009. (Total unique citations: **4**) (ISI: 2) (Google: 4) (Scopus: 1)

429. Amoh, Y., Kanoh, M., Niiyama, S., Hamada, Y., Kawahara, K., Sato, Y., Hoffman, R.M., and Katsuoka, K. Human hair follicle pluripotent stem (hfPS) cells promote regeneration of peripheral-nerve injury: An advantageous alternative to ES and iPS cells. J. Cell. Biochem. **107**, 1016-1020, 2009. (Total unique citations: **24**) (ISI: 14) (Google: 17) (Scopus: 15)

430. Kishimoto, H., Zhao, M., Hayashi, K., Urata, Y., Tanaka, N., Fujiwara, T., Penman, S., and Hoffman, R.M. In vivo internal tumor illumination by telomerase-dependent adenoviral GFP for precise surgical navigation. Proc. Natl. Acad. Sci. USA, **106(34)**, 14514-14517, 2009. (Total unique citations: **21**) (ISI: 17) (Google: 17) (Scopus: 15) Green Surgery, Barbara R. Jasny, Editors' Choice, Science **325**, 1321, 11 September 2009.

431. Hoffman, R.M. Tumor-targeting amino-acid auxotrophic *Salmonella typhimurium*: A review. Special Amino Acids Microbiology Issue: Amino Acids **37(3)**, 509-521, 2009. (Total unique citations: **8**) (ISI: 3) (Google: 7) (Scopus: 3)

432. Penman, S., and Hoffman, R.M. Mouse liver fluorescence is shown with GFP. Science E-Letter, August 17, 2009.

433. Hoffman, R.M. Hair follicle pluripotent stem (hfPS) cells. *In:* Human Adult Stem Cells, Human Cell Culture, Vol. 7, pp. 171-182. Masters, J.R., Palsson, B.O., eds. Dordrecht: Springer, 2009 (Cover story).

**EXHIBIT A**
**86**

434. Folkins, C., Shaked, Y., Man, S., Tang, T., Lee, C.R., Zhu, Z., Hoffman, R.M., and Kerbel, R.S. Glioma tumor stem-like cells promote tumor angiogenesis and vasculogenesis via vascular endothelial growth factor and stromal-derived factor 1. Cancer Research **69**, 7243-7251, 2009. (Total unique citations: **46**) (ISI: 26) (Google: 35) (Scopus: 29)

435. Tome, Y., Tsuchiya, H., Hayashi, K., Yamauchi, K., Sugimoto, N., Kanaya, F., Tomita, K., and Hoffman, R.M. In vivo gene transfer between interacting human osteosarcoma cell lines is associated with acquisition of enhanced metastatic potential. J. Cell. Biochem. **108**, 362-367, 2009. (Total unique citations: **6**) (ISI: 5) (Google: 4) (Scopus: 5)

436. Daenen, L.G., Shaked, Y., Man, S., Xu, P., Voest, E.E., Hoffman, R.M., and Kerbel, R.S. Low-dose metronomic cyclophosphamide combined with vascular disrupting therapy induces potent antitumor activity in preclinical human tumor xenograft models. Molecular Cancer Therapeutics **8**, 2872-2881, 2009. (Total unique citations: **16**) (ISI: 9) (Google: 14) (Scopus: 10)

437. Zhou, J., Yu, Z., Zhao, S., Hu, L., Zheng, J., Yang, D., Bouvet, M., and Hoffman, R.M. Lentivirus-based DsRed-2-transfected pancreatic cancer cells for deep *in vivo* imaging of metastatic disease. J. Surg. Res. **157**, 63-70, 2009. (Total unique citations: **3**) (ISI: 2) (Google: 2) (Scopus: 3)

438. Bouvet, M., and Hoffman, R.M. Clinically-relevant orthotopic metastatic models of pancreatic cancer imageable with fluorescent genetic reporters. Minerva Chirurgica **64**, 521-539, 2009. (No ISI) (Google: 0) (Scopus: 0)

439. Kishimoto, H., Urata, Y., Tanaka, N., Fujiwara, T., and Hoffman, R.M. Selective metastatic tumor labeling with green fluorescent protein and killing by systemic administration of telomerase-dependent adenoviruses. Molecular Cancer Therapeutics **8**, 3001-3008, 2009. (Total unique citations: **7**) (ISI: 7) (Google: 5) (Scopus: 5)

440. Amoh, Y., and Hoffman, R.M. Isolation and culture of hair follicle pluripotent stem (hfPS) cells and their use for nerve and spinal cord regeneration. *In:* Methods in Molecular Biology, Vol. 585: Epidermal Cells Methods and Protocols, 2nd edition, pp. 401-420. K. Turksen, ed. New York, NY: Humana Press, 2010. (Total unique citations: **7**) (ISI: 1) (Google: 4) (Scopus: 3)

441. Kimura, H., Hayashi, K., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Kishimoto, H., Bouvet, M., and Hoffman, R.M. Real-time imaging of single cancer-cell dynamics of lung metastasis. J. Cell. Biochem. **109**, 58-64, 2010. (Total unique citations: **9**) (ISI: 5) (Google: 7) (Scopus: 7)

442. Li, L., Tang, L., Baranov, E., Yang, M., Amoh, Y., Katsuoka, K., and Hoffman, R.M. Selective induction of apoptosis in the hamster flank sebaceous gland organ by a topical liposome 5-α-reductase inhibitor: A treatment strategy for acne. Journal of Dermatology **37**, 156-162, 2010. (No ISI) (Google: 0) (No Scopus)

443. Hasegawa, A., Hayashi, K., Kishimoto, H., Yang, M., Tofukuji, S., Suzuki, K., Nakajima, H., Hoffman, R.M., Shirai, M., and Nakayama, T. Color-coded real-time cellular imaging of lung T lymphocyte accumulation and focus formation in a mouse asthma model. J. Allergy Clin. Immunol .**125**, 461-468, 2010. DOI: 10.1016/j.jaci.2009.09.016. (Total unique citations: **5**) (ISI: 4) (Google: 4) (Scopus: 4)

444. Logan-Collins, J., Thomas, R.M., Yu, P., Jaquish, D., Mose, E., French, R., Stuart, W., McClaine, R., Aronow, B., Hoffman, R.M., Waltz, S.E., and Lowy, A.M. Silencing of RON receptor signaling promotes apoptosis and gemcitabine sensitivity in pancreatic cancers. Cancer Res. **70**, 1130-1140, 2010. DOI: 10.1158/0008-5412.CAN-09-0761. (Total unique citations: **12**) (ISI: 11) (Google: 9) (Scopus: 9)

445. Arrach, N., Cheng, P., Zhao, M., Santiviago, C.A., Hoffman, R.M., and McClelland, M. High-throughput screening for *Salmonella* avirulent mutants that retain targeting of solid tumors. Cancer Res. **70**, 2165-2170, 2010. (Total unique citations: **4**) (ISI: 2) (Google: 4) (Scopus: 2)

446. Kioi, M., Vogel, H., Schultz, G., Hoffman, R.M., Harsh, G.R., and Brown, J.M. Inhibition of vasculogenesis, but not angiogenesis, prevents the recurrence of glioblastoma following irradiation in mice. J. Clin. Investig. **120**, 694-705, 2010. (Total unique citations: **81**) (ISI: 47) (Google: 62) (Scopus: 41)

**EXHIBIT A**
**87**

447. Murphy, E.A., Shields, D.J., Stoletov, K., Dneprovskaia, E., McElroy, M., Greenberg, J.I., Lindquist, J., Acevedo, L.M., Anand, S., Majeti, B.K., Tsigelny, I., Saldanha, A., Walsh, B., Hoffman, R.M., Bouvet, M., Klemke, R.L., Vogt, P.K., Arnold, L., Wrasidlo, W., and Cheresh, D.A. Disruption of angiogenesis and tumor growth with an orally active drug that stabilizes the inactive state of PDGFRβ/B-RAF. Proc. Natl. Acad. Sci. USA **107**, 4299-4304, 2010. DOI: 10.1073/pnas.0909299107. (Total unique citations: **16**) (ISI: 9) (Google: 10) (Scopus: 10)

448. Sakuma, S., Yano, T., Masaoka, Y., Kataoka, M., Hiwatari, K.I., Tachikawa, H., Shoji, Y., Kimura, R., Ma, H., Yang, Z., Tang, L., Hoffman, R.M., and Yamashita, S. Detection of early colorectal cancer imaged with peanut agglutinin-immobilized fluorescent nanospheres having surface poly(N-vinylacetamide) chains. Eur. J. Pharma. Biopharma. **74**, 451-460, 2010. DOI: 10.1016/j.ejpb.2010.01.001. (Total unique citations: **5**) (ISI: 2) (Google: 2) (Scopus: 3)

449. Kimura, H., Zhang, L., Zhao, M., Hayashi, K., Tsuchiya, H., Tomita, K., Bouvet, M., Wessels, J., and Hoffman, R.M. Targeted therapy of spinal cord glioma with a genetically-modified *Salmonella typhimurium*. Cell Proliferation **43**, 41-48, 2010. (Total unique citations: **13**) (ISI: 8) (Google: 13) (Scopus: 7)

450. Zhang, Q., Fan, H., Shen, J., Hoffman, R.M., and Xing, H.R. Human breast cancer cell lines co-express neuronal, epithelial, and melanocytic differentiation markers *in vitro* and *in vivo*. PLoS One **5**, e9712, 2010. DOI: 10.1371/journal.pone.0009712. (Total unique citations: **13**) (ISI: 10) (Google: 9) (Scopus: 10)

451. Ishihara, Y., Matsunaga, K., Iijima, H., Hasegawa, G., Suzuki, T., Sato, A., Kobayashi, T., Yang, M., and Hoffman, R.M. The combination of 5-FU, leucovorin and CPT-11 (FOLFIRI) prolongs survival through inhibition of metastasis in an orthotopic model of colon cancer. Anticancer Res. **30**, 403-408, 2010. (No ISI) (Google: 0) (No Scopus)

452. Hoffman, R.M. Multicolor imaging with fluorescent proteins. *In:* Reviews in Fluorescence 2008, pp. 277-301. Geddes, Chris D., ed. New York: Springer, 2010 (Cover story). (No ISI) (Google: 0) (No Scopus)

453. Zhang, Q., Yang, M., Shen, J., Gerhold, L.M., Hoffman, R.M., Xing, H.R. The role of the intravascular microenvironment in spontaneous metastasis development. International Journal of Cancer **126**, 2534-2541, 2010. DOI: 10.1002/ijc.24979. (Total unique citations: **7**) (ISI: 5) (Google: 7) (Scopus: 5)

454. Gros, S.J., Dohrmann, T., Peldschus, K., Schurr, P.G., Kaifi, J.T., Kalinina, T., Reichelt, U., Mann, O., Strate, T.G., Adam, G., Hoffman, R.M., and Izbicki, J.R. Complementary use of fluorescence and magnetic resonance imaging of metastatic esophageal cancer in a novel orthotopic mouse model. International Journal of Cancer **126**, 2671-2681, 2010 (Cover story). DOI: 10.1002/ijc.24980. (Total unique citations: **8**) (ISI: 4) (Google: 6) (Scopus: 4)

455. Aki, R., Amoh, Y., Li, L., Katsuoka, K., and Hoffman, R.M. Nestin-expressing interfollicular blood vessel network contributes to skin transplant survival and wound healing. J. Cell. Biochem. **110**, 80-86, 2010. (Total unique citations: **4**) (ISI: 2) (Google: 3) (Scopus: 3)

456. Amoh, Y., Hamada., Y., Aki, R., Kawahara, K., Hoffman, R.M., and Katsuoka, K. Direct transplantation of uncultured hair-follicle pluripotent stem (hfPS) cells promotes the recovery of peripheral nerve injury. J. Cell. Biochem. **110**, 272-277, 2010. (Total unique citations: **7**) (ISI: 2) (Google: 4) (Scopus: 3)

457. Tan, Y., Xu, M., and Hoffman, R.M. Broad selective efficacy of recombinant methioninase and polyethylene glycol-modified recombinant methioninase on cancer cells *in vitro*. Anticancer Res. **30**, 1041-1046, 2010. (Total unique citations: **3**) (ISI: 2) (Google: 3) (Scopus: 2)

458. Hoffman, R.M. The pluripotent hair follicle stem cell: a target for gene therapy. *In:* Textbook on "Hair Aging," pp. 233-238. Trüeb, R.M. and Tobin, D.J., eds. Springer-Verlag Berlin Heidelberg, 2010 (Cover story).

459. Bouvet, M., and Hoffman. R.M. Fluorescent metastatic mouse models of pancreatic cancer for drug discovery. *In:* "Drug Discovery in Pancreatic Cancer," pp. 51-72. Han, H., Grippo, P., eds. Springer, 2010. (No ISI) (Google: 0) (No Scopus)

**EXHIBIT A**
**88**

460. Drapeau, C., Antarr, D., Ma, H., Yang, Z., Tang, L., Hoffman, R.M., and Schaeffer, D.J. Mobilization of bone marrow stem cells with StemEnhance® improves muscle regeneration in cardiotoxin-induced muscle injury. Cell Cycle 9, 1819-1823, 2010. (Total unique citations: 1) (No ISI) (Google: 1) (No Scopus)

461. Wang, Y., Kelber, J.A., Tran Cao, H.S., Cantin, G.T., Lin, R., Wang, W., Kaushal, S., Bristow, J.M., Edgington, T.S., Hoffman, R.M., Bouvet, M., Yates, J.R. 3rd, and Klemke, R.L. Pseudopodium-enriched atypical kinase I regulates the cytoskeleton and cancer progression. Proc. Natl. Acad. Sci. USA 107, 10920-10925, 2010. (Total unique citations: 3) (ISI: 3) (Google: 1) (Scopus: 1)

462. Gros, S., Kurschat, N., Dohrmann, T., Reichelt, U., Dancau, A-M., Peldschus, K., Adam, G., Hoffman, R.M., Izbicki, J.R., and Kaifi, J.T. Effective therapeutic targeting of the overexpressed HER-2 receptor in a highly metastatic orthotopic model of esophageal carcinoma. Molecular Cancer Therapeutics 9, 2037-2045, 2010. (Total unique citations: 3) (ISI: 1) (Google: 3) (Scopus: 1)

463. Tran Cao, H.S., Bouvet, M., Kaushal, S., Keleman, A., Romney, E., Kim, G., Fruehauf, J., Imagawa, D.K., Hoffman, R.M., and Katz, M. Metronomic gemcitabine in combination with Sunitinib inhibits multisite metastasis and increases survival in an orthotopic model of pancreatic cancer. Molecular Cancer Therapeutics 9, 2068-2078, 2010 (Cover Story). (Highlights Section. Molecular Cancer Therapeutics 9, 1929, 2010). (Total unique citations: 4) (ISI: 3) (Google: 4) (Scopus: 2)

464. Hoffman, R.M. Salmonella as the paradigm for bacterial therapy of cancer: A progress report. In: "Salmonella: from Genome to Function," pp. 285-292. S. Porwollik, ed. UK: Horizon Scientific Press, 2010. (No ISI) (Google: 0) (No Scopus)

465. Wessels, J.T., Yamauchi, K., Hoffman, R.M., and Wouters, F.S. Advances in cellular, subcellular, and nanoscale imaging in vitro and in vivo. Cytometry A 77, 667-676, 2010. (Total unique citations: 14) (ISI: 10) (Google: 9) (Scopus: 6)

466. Kimura, H., Lee, C., Hayashi, K., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Bouvet, M., and Hoffman, R.M. UV light killing efficacy of fluorescent protein-expressing cancer cells in vitro and in vivo. J. Cell. Biochem. 110, 1439-1446, 2010 (Cover story). (Total unique citations: 2) (ISI: 2) (Google: 2) (Scopus: 2)

467. Amoh, Y., Li, L., Katsuoka, K., and Hoffman, R.M. Embryonic development of hair follicle pluripotent stem (hfPS) cells. Medical Molecular Morphology 43, 123-127, 2010. (Total unique citations: 1) (ISI: 1) (Google: 0) (Scopus: 1)

468. Tsai, M-H., Aki, R., Amoh, Y., Hoffman, R.M., Katsuoka, K., Kimura, H., Lee, C., and Chang, C-H. GFP-fluorescence-guided UVC irradiation inhibits melanoma growth and angiogenesis in nude mice. Anticancer Research 30, 3291-3294, 2010. (Total unique citations: 2) (ISI: 1) (Google: 1) (Scopus: 1)

469. Gros, S.J., Dohrmann, T., Kaifi, J.T., Bouvet, M., Hoffman, R.M., Izbicki, J.R. Orthotopic fluorescent peritoneal carcinomatosis model of esophageal cancer. Anticancer Research 30, 3933-3938, 2010. (No ISI) (Google: 0) (No Scopus)

470. Suetsugu, S., Osawa, Y., Nagaki, M., Moriwaki, H., Saji, S., Bouvet, M., and Hoffman, R.M. Simultaneous color-coded imaging to distinguish cancer "stem-like" and non-stem cells in the same tumor. J. Cell. Biochem. 111, 1035-1041, 2010. (Total unique citations: 1) (No ISI) (Google: 1) (No Scopus)

471. Yam, C., Zhao, M., Hayashi, K., Ma, H., Kishimoto, H., McElroy, M., Bouvet, M., and Hoffman, R.M. Monotherapy with a tumor-targeting mutant of S. typhimurium inhibits liver metastasis in a mouse model of pancreatic cancer. J. Surg. Res. 164, 248-255, 2010. (Total unique citations: 8) (ISI: 2) (Google: 8) (Scopus: 2)

472. Liu, F., Zhang, L., Hoffman, R.M., and Zhao, M. Vessel destruction by tumor-targeting Salmonella typhimurium A1-R is enhanced by high tumor vascularity. Cell Cycle 9, 4518-4524, 2010. (Total unique citations: 2) (ISI: 1) (Google: 2) (Scopus: 1)

**EXHIBIT A**
**89**

473. Tran Cao, H.S., Kaushal, S., Snyder, C.S., Ongkeko, W.M., Hoffman, R.M., and Bouvet, M. Real-time imaging of tumor progression in a fluorescent orthotopic mouse model of thyroid cancer. Anticancer Research 30, 4415-4422, 2010. (No ISI) (Google: 0) (No Scopus)

474. Erten, A., Hall, D., Hoh, C., Tran Cao, H.S., Kaushal, S., Esener, S., Hoffman, R.M., Bouvet, M., Chen, J., Kesari, S., and Makale, M. Enhancing magnetic resonance imaging tumor detection with fluorescence intensity and lifetime imaging. J. Biomed. Optics 15(6), 066012, 2010. (Total unique citations: 1) (No ISI) (Google: 1) (Scopus: 1)

475. Amoh, Y., Katsuoka, K., and Hoffman, R.M. The advantages of hair follicle pluripotent stem cells over embryonic stem cells and induced pluripotent stem cells for regenerative medicine. J. Dermatol. Sci. 60, 131-137, 2010. (Total unique citations: 6) (No ISI) (Google: 5) (Scopus: 1)

476. Erten, A., Wrasidlo, W., Scadeng, M., Esener, S., Hoffman, R.M., Bouvet, M., and Makale, M. Magnetic resonance and fluorescence imaging of doxorubicin -loaded nanoparticles using a novel in vivo model. Nanomedicine 6, 797-807, 2010. (Total unique citations: 5) (ISI: 3) (Google: 3) (Scopus: 1)

477. Bobek, V., Kolostova, K., Pinterova, D., Kacprzak, G., Adamiak, J., Kolodzej, J., Boubelik, M., Kubecova, M., and Hoffman, R.M. A clinically-relevant, syngeneic model of spontaneous, high-metastatic B16 mouse melanoma. Anticancer Research 30, 4799-4803, 2010. (Total unique citations: 2) (No ISI) (Google: 2) (No Scopus)

478. Kimura, H., Momiyama, M., Tomita, K., Tsuchiya, H., and Hoffman, R.M. Long-working-distance fluorescence microscope with high-numerical-aperture objectives for variable-magnification imaging in live mice from macro- to subcellular. J. Biomed. Optics 15(6), 066029, 2010.

479. Hoffman, R.M. Orthotopic mouse models expressing fluorescent proteins for cancer drug discovery. Expert Opin. Drug Discov. 5, 851-866, 2010.

480. Hoffman, R.M. Histocultures and their use. In: Encyclopedia of Life Sciences. John Wiley and Sons, Ltd.: Chichester, 2010, Published Online (Cover story). DOI: 10.1002/9780470015902.a0002573.pub2.

481. Hoffman, R.M. Nestin-driven green fluorescent protein as an imaging marker for nascent blood vessels in mouse models of cancer. In: Light Microscopy. Methods in Molecular Biology 689. H. Chiarini-Garcia, R.C.N. Melo, eds. Springer Science+Business Media, LLC, 183-204, 2011. DOI: 10.1007/978-1-60761-950-5.

482. Tran Cao, H., Kaushal, S., Lee, C., Snyder, C.S., Thompson, K.J., Horgan, S., Talamini, M.A., Hoffman, R.M., Bouvet, M. Fluorescence laparoscopy imaging of pancreatic tumor progression in an orthotopic mouse model. Surg. Endo. 25, 48-54, 2011. (Total unique citations: 2) (ISI: 2) (Google: 2) (Scopus: 2)

483. Suetsugu, A., Osawa, Y., Nagaki, M., Saji, S., Moriwaki, H., Bouvet, M., and Hoffman, R.M. Imaging the recruitment of cancer-associated fibroblasts by liver-metastatic colon cancer. J. Cell. Biochem. 112, 949-953, 2011. (Total unique citations: 1) (No ISI) (Google: 1) (No Scopus)

484. Liu, F., Uchugonova, A., Kimura, H., Zhang, C., Zhao, M., Zhang, L., Koenig, K., Duong, J., Aki, R., Saito, N., Mii, S., Amoh, Y., Katsuoka, K., and Hoffman, R.M. The bulge area is the major hair follicle source of nestin-expressing pluripotent stem cells which can repair the spinal cord compared to the dermal papilla. Cell Cycle 10, 830-839, 2011. (Total unique citations: 8) (ISI: 3) (Google: 7) (Scopus: 4)

485. Bhattacharya, A., Turowski, S.G., San Martin, I.D., Rajput, A., Rustum, Y.M., Hoffman, R.M., and Seshadri, M. Magnetic resonance and fluorescence-protein imaging of the anti-angiogenic and anti-tumor efficacy of selenium in an orthotopic model of human colon cancer. Anticancer Research 31, 387-393, 2011.

486. Tan, W., Zhang, W., Strasner, A., Grivennikov, S., Cheng, J.Q., Hoffman, R.M., and Karin, M. Tumour-infiltrating regulatory T cells stimulate mammary cancer metastasis through RANKL-RANK signalling. Nature 470, 548-553, 2011. (Total unique citations: 22) (ISI: 12) (Google: 15) (Scopus: 12)

**EXHIBIT A**
**90**

487. Liu, A., Fong, A., Becket, E., Yuan, J., Tamae, C., Medrano, L., Maiz, M., Wahba, C., Lee, C., Lee, K., Tran, K.P., Yang, H., Hoffman, R.M., Salih, A., and Miller, J.H. Selective advantage of resistant strains at trace levels of antibiotics: a simple and ultrasensitive color test for detection of antibiotics and genotoxic agents. Antimicrobial Agents and Chemotherapy **55**, 1204-1210, 2011. (Total unique citations: **3**) (ISI: 2) (Google: 3) (Scopus: 2)

488. Ilina, O., Bakker, G-J., Vasaturo, A., Hoffman, R.M., and Friedl, P. Two-photon laser-generated microtracks in 3D collagen lattices: principles of MMP-dependent and -independent collective cancer cell invasion. Physical Biology **8**, 015010 (8 pp) 2011. (Total unique citations: **4**) (ISI: 2) (Google: 3) (No Scopus)

489. Soda, Y., Marumoto, T., Friedmann-Morvinski, D., Soda, M., Liu, F., Michiue, H., Pastorino, S., Yang, M., Hoffman, R.M., Kesari, S., Verma, I.M. Transdifferentiation of glioblastoma cells into vascular endothelial cells. Proc. Natl. Acad. Sci. USA **108**, 4274-4280, 2011 (Cover story). (Total unique citations: **21**) (ISI: 10) (Google: 16) (Scopus: 6) Commentary: Hormigo, A., Ding, B-S., and Rafii, S. A target for antiangiogenic therapy: Vascular endothelium derived from glioblastoma. Proc. Natl. Acad. Sci. USA **108**, 4271-4272, 2011.

490. Hoffman, R.M. Imaging the steps of metastasis at the macro and cellular level with fluorescent proteins in real time (Chapter 6). *In:* Tumor Models in Cancer Research, vol. 2, pp. 125-166. Teicher, B.A., ed. Humana Press (c/o Springer Science+Business Media LLC), 2011.

491. Yamamoto, N., Tsuchiya, H., and Hoffman, R.M. Tumor imaging with multicolor fluorescent protein expression. Int. J. Clin. Oncol. **16**, 84-91, 2011. (Total unique citations: **1**) (ISI: 1) (Google: 1) (No Scopus)

492. Kolostova, K., Pinterova, D., Hoffman, R.M., and Bobek, V. Circulating human prostate cancer cells from an orthotopic mouse model rapidly captured by immunomagnetic beads and imaged by GFP expression. Anticancer Res. **31**, 1535-1539, 2011. (Total unique citations: **1**) (ISI: 1) (Google: 1) (Scopus: 0)

493. Uchugonova, A., Hoffman, R.M., Weinigel, M., and Koenig, K. Watching stem cells in the skin of living mice noninvasively. Cell Cycle **10**, 2017-2020, 2011. (Total unique citations: **3**) (ISI: 1) (Google: 2) (Scopus: 1)

494. Uchugonova, A., Duong, J., Zhang, N., König, K., and Hoffman, R.M. The bulge area is the origin of nestin-expressing pluripotent stem cells of the hair follicle. J. Cell. Biochem. **112**, 2046-2050, 2011. DOI: 10.1002/jcb.23122. (Total unique citations: **1**) (No ISI) (Google: 1) (Scopus: 0))

495. Lin, H., Liu, F., Zhang, C., Zhang, Z., Kong, Z., Zhang, X., and Hoffman, R.M. Characterization of nerve conduits seeded with neurons and Schwann cells derived from hair follicle neural crest stem cells. Tissue Eng. Part A **17**, 1691-1698, 2011. DOI: 10.1089/ten.tea.2010.0514.

496. Zhang, Q., Bindokas, V.P., Shen, J., Fan, H., Hoffman, R.M., Xing, H.R. Time-course imaging of therapeutic functional tumor vascular normalization by anti-angiogenic agents. Mol. Cancer Ther. **10**, 1173-1184, 2011.

497. Tran Cao, H.S., Kaushal, S., Menen, R.S., Metildi, C.A., Lee, C., Snyder, C.S., Talamini, M.A., Hoffman, R.M., and Bouvet, M. Submillimeter-resolution fluorescence laparoscopy of pancreatic cancer in an orthotopic mouse model visualizes metastases not seen with standard laparoscopy. J. Laparoendosc. Adv. Surg. Tech. A **21**, 485-489, 2011 (Cover story).

498. Kishimoto, H., Aki, R., Urata, Y., Bouvet, M., Momiyama, M., Tanaka, N., Fujiwara, T., and Hoffman, R.M. Tumor-selective adenoviral-mediated GFP genetic labeling of human cancer in the live mouse reports future recurrence after resection. Cell Cycle **10**, 2737-2741, 2011.

499. Tran Cao, H.S., McElroy, M., Kaushal, S., Hoffman, R.M., and Bouvet, M. Imaging of the interaction of cancer cells and the lymphatic system. Advanced Drug Delivery Reviews **63**, 886-889, 2011.

500. Abou-Elkacem, L., Gremse, F., Barth, S., Hoffman, R.M., Kiessling, F., and Lederle, W. Comparison of μCT, MRI and optical reflectance imaging for assessing the growth of GFP/RFP-expressing tumors. Anticancer Res. **31**, 2907-2913, 2011.

**EXHIBIT A**
**91**

501. Menen, R.S., Pinney, E., Kolostova, K., Bobek, V., Suetsugu, A., Zhang, N., Bouvet, M., and Hoffman, R.M. A rapid imageable *in vivo* metastasis assay for cirulating tumor cells. Anticancer Res. **31**, 3125-3128, 2011.

502. Grzesiak, J.J., Tran Cao, H.S., Burton, D.W., Kaushal, S., Vargas, F., Clopton, P., Snyder, C.S., Deftos, L.J., Hoffman, R.M., and Bouvet, M. Knockdown of the $\beta_1$ integrin subunit reduces primary tumor growth and inhibits pancreatic cancer metastasis. International Journal of Cancer **129**, 2905-2915, 2011. DOI: 10.1002/ijc.25942. (Total unique citations: **1**) (No ISI) (Google: 1) (No Scopus)

503. Bobek, V., Kolostova, K., Pinterova, D., Boubelik, M., Gurlich, R., and Hoffman, R.M. Tail spontaneous metastatic mouse model: Comparison of metastatic potential of orthotopic and heterotopic models imaged by GFP and RFP protein. In Vivo **25**, 849-852, 2011.

504. Hassanein, M.K., Suetsugu, A., Saji, S., Moriwaki, H., Bouvet, M., Moossa, A.R., and Hoffman, R.M. Stem-like and non-stem human pancreatic cancer cells distinguished by morphology and metastatic behavior. Journal of Cellular Biochemistry **112**, 3549-3554, 2011 (Cover story).

505. Murata, T., Mizushima, H., Chinen, I., Moribe, H., Yagi, S., Hoffman, R.M., Kimura, T., Yoshino, K., Ueda, Y., Enomoto, T., and Mekada, E. HB-EGF and PDGF mediate reciprocal interactions of carcinoma cells with cancer-associated fibroblasts to support progression of uterine cervical cancers. Cancer Res. **71**, 6633-6642, 2011.

506. Zhou, J., Hu, L., Yu, Z., Zheng, J., Yang, D., Bouvet, M., and Hoffman, R.M. Marker expression in circulating cancer cells of pancreatic cancer patients. J. Surg. Res. **171**, 631-636, 2011. DOI: 10.1016/j.jss.2010.05.007.

507. Ma, H., Li, X., Yang, Z., Okuno, S., Kawaguchi, T., Yagi, S., Bouvet, M, and Hoffman, R.M. High antimetastatic efficacy of MEN4901/T-0128, a novel camptothecin carboxymethyldextran conjugate. J. Surg. Res. **171**, 684-690, 2011. DOI: 10.1016/j.jss.2010.05.066.

508. Bouvet, M., and Hoffman, R.M. Glowing tumors make for better detection and resection. Sci. Transl. Med. **3**, 110sf10, 2011.

509. Hoffman, R.M. Tumor-seeking *Salmonella* amino acid auxotrophs. Current Opinion in Biotechnology **22**, 917-923, 2011.

510. Hayashi, K., Kimura, H., Yamauchi, K., Yamamoto, N., Tsuchiya, H., Tomita, K., Kishimoto, H., Hasegawa, A., Bouvet, M., and Hoffman, R.M. Comparison of cancer cell seeding, viability and deformation in the lung, muscle and liver, visualized by subcellular real-time imaging in the live mouse. Anticancer Res. **31**, 3665-3672, 2011.

511. Bobek, V., Kolostova, K., Pinterova, D., Boubelik, M., and Hoffman, R.M. Development of new spontaneous metastatic heterotopic model of Lewis lung carcinoma imaged by GFP Expression. Cancer Invest. **29**, 692-695, 2011.

512. Sakuma, S., Yamashita, S., Hiwatari, K., Hoffman, R.M., and Pham, W. Lectin-immobilized fluorescent nanospheres for targeting to colorectal cancer from a physicochemical perspective. Curr. Drug Discov. Technol. **8**, 367-378, 2011.

513. Amoh, Y., Aki, R., Hamada, Y., Niiyama, S., Eshima, K., Kawahara, K., Sato, Y., Tani, Y., Hoffman, R.M., and Katsuoka, K. Nestin-positive hair follicle pluripotent stem cells can promote regeneration of impinged peripheral nerve injury. Journal of Dermatology **39**, 33-38, 2012.

514. Suetsugu, A., Hassanein, M.K., Reynoso, J., Osawa, Y., Nagaki, M., Moriwaki, H., Saji, S., Bouvet, M., and Hoffman, R.M. The cyan fluorescent protein nude mouse as a host for multicolor-coded imaging models of primary and metastatic tumor microenvironments. Anticancer Res. **32**, 31-38, 2012.

515. Yamauchi, K., Tome, Y., Yamamoto, N., Hayashi, K., Kimura, H., Tsuchiya, H., Tomita, K., Bouvet, M., and Hoffman, R.M. Color-coded real-time subcellular fluorescence imaging of the interaction between cancer and host cells in live mice. Anticancer Res. **32**, 39-43, 2012.

**EXHIBIT A**
**92**

516. Hoffman, R.M. The preclinical discovery of bacterial therapy for the treatment of metastatic cancer with unique advantages. Expert Opinion on Drug Discovery 7, 73-83, 2012.

517. Amoh, Y., Hamada, Y., Katsuoka, K., and Hoffman, R.M. In vivo imaging of nuclear-cytoplasmic deformation and partition during cancer cell death due to immune rejection. J. Cell. Biochem. **113**, 465-472, 2012 (Cover story).

518. Bakker, G-J., Andresen, V., Hoffman, R.M., and Friedl, P. Fluorescence lifetime microscopy of tumor cell invasion, drug delivery, and cytotoxicity. *In:* Methods in Enzymology, Imaging and Spectroscopic Analysis of Living Cells: Optical and Spectroscopy Techniques. Vol. 504, 109-125. P.Michael Conn, ed. Academic Press: Burlington, 2012.

519. Zhao, M., Suetsugu, A., Ma, H., Zhang, L., Liu, F., Zhang, Y., Tran, B., and Hoffman, R.M. Efficacy against lung metastasis with a tumor-targeting mutant of *Salmonella typhimurium* in immunocompetent mice. Cell Cycle 11, 187-193, 2012.

520. Hoffman, R.M. Targeting cancer with amino-acid auxotroph *Salmonella typhimurium* A1-R. *In:* Bacteria and Cancer, Chapter 9, pp. 209-223. Khan, A.A., ed. Springer Science+Business Media B.V., 2012.

521. Hoffman, R.M. Live cell imaging in live animals with fluorescent proteins. *In:* Methods in Enzymology, Imaging and spectroscopic analysis of living cells. Imaging live cells in health and disease. Vol. 506, 197-204, P. Michael Conn, ed. Elsevier, 2012.

522. Momiyama, M., Zhao, M., Kimura, H., Tran, B., Chishima, T., Bouvet, M., Endo, I., and Hoffman R.M. Inhibition and eradication of human glioma with tumor-targeting *Salmonella typhimurium* in an orthotopic nude-mouse model. Cell Cycle **11**, 628-632, 2012.

523. Hoffman, R.M. Cellular and subcellular imaging in live mice using fluorescent proteins. Current Pharmaceutical Biotechnology, Epub ahead of print, 2012.

524. Kimura, H., Tome, Y., Momiyama, M., Hayashi, K., Tsuchiya, H., Bouvet, M., and Hoffman, R.M. Imaging the inhibition of anti-β1 integrin antibody on lung seeding of single cells in live mice. Int. J. Cancer, Epub ahead of print, 2012.

525. Tran Cao, H.S., Kaushal, S., Metildi, C.A., Menen, R.S., Lee, C., Snyder, C.S., Messer, K., Pu, M., Liuken, G.A., Talamini, M.A., Hoffman, R.M., and Bouvet, M. Tumor-specific fluorescence anitbody imaging enables accurate staging laparoscopy in an orthotopic model of pancreatic cancer. Hepato-Gastroenterology, in press.

526. Menen, R., Hassanein, M.K., Momiyama, M., Suetsugu, A., Moossa, A.R., Bouvet, M., and Hoffman, R.M. Tumor-educated macrophages promote tumor growth and peritoneal metastasis in an orthotopic nude mouse model of human pancreatic cancer. Surgery, in press.

527. Metildi, C.A., Kaushal, S., Snyder, C., Hoffman, R.M., and Bouvet, M. Fluorescence-guided surgery of human colon cancer increases disease-free survival in an orthotopic nude mouse model. Surgery, in press.

528. Metildi, C.A., Kaushal, S., Hardamon, C., Snyder, C.S., Pu, M., Messer, K.S., Talamini, M.A., Hoffman, R.M., and Bouvet, M. Fluorescence-guided surgery allows for more complete resection of pancreatic cancer resulting in longer disease-free survival compared to standard surgery in orthotopic mouse models. Journal of the American College of Surgeons, in press.

529. Metildi, C.A., Kaushal, S., Lee, C., Hardamon, C.R., Snyder, C.S., Luiken, G.A., Talamini, M.A., Hoffman, R.M., and Bouvet, M. An LED light source and novel fluorophore combinations improve fluorescence laparoscopic detection of metastatic pancreatic cancer in orthotopic mouse models. Journal of the American College of Surgeons, in press.

530. Hoffman, R.M. The *in vivo* imaging revolution made by fluorescent proteins. *In:* Fluorescent protein revolution. Luna Han, ed. In press.

**EXHIBIT A**
**93**

531.    Hoffman, R.M.  Cell Markers:  Green fluorescent protein.  *In:* Encyclopedia of Genetics, 2nd Edition.  In press.

532.    Hoffman, R.M.  Nude mouse.  *In:* Encyclopedia of Genetics.  In press.

533.    Hoffman, R.M.  Imaging metastatic cell trafficking at the cellular level *in vivo* with fluorescent proteins.  *In:* Methods in Molecular Medicine: Metastasis Research Protocols, 2nd ed.  Brooks, S.A., Dwek, M., Schumacher, U., eds. Totowa, NJ: Humana Press Inc., in press.

534.    Hoffman, R.M.  Imageable clinically-relevant mouse models of cancer.  *In:* Methods in Molecular Medicine: Metastasis Research Protocols, 2nd ed.  Brooks, S.A., Dwek, M., Schumacher, U., eds. Totowa, NJ: Humana Press Inc., in press.

535.    Hoffman, R.M.  The use of fluorescent proteins for *in vivo* imaging.  *In* "Fluorescent Proteins: Methods and Applications," Methods in Molecular Biology series. Rothnagel, J., ed.  Humana Press, in press.

536.    Hoffman, R.M.  *Salmonella typhimurium* mutants selected to grow only in tumors and eradicate them in nude mouse models.  *In:* Emerging Cancer Therapy.  Arsenio Fialho, ed.  John Wiley, in press.

537.    Hoffman, R.M.  *In vivo* imaging with fluorescent proteins.  Totowa, NJ: Humana Press, in press.

538.    Momiyama, M., Kumamoto, T., Suetsugu, A., Kishimoto, H., Chishima, T., Tanaka, K., Akiyama, H., Ichikawa, Y., Bouvet, M., Endo, I., and Hoffman, R.M.  Major liver resection stimulates stromal recruitment and metastasis compared to repeated minor resection.  J. Surg. Res., in press.

539.    Hu, M., Zhao, M., An, C., Yang, M., Zhang, Y., Suetsugu, A., Tome, Y., Yano, S., Fu, Y., Hoffman, R.M., and Hu, K.  Real-time imaging of induction of apoptosis of human breast cancer cells by the traditional Chinese medicine herb Tubeimu.  Anticancer Res., in press.

540.    Tome, Y., Kimura, H., Maehara, H., Sugimoto, N., Bouvet, M., Tsuchiya, H., Kanaya, F., and Hoffman, R.M.  The RGD-containing cyclic-peptide echistatin inhibits tumor progression and metastasis in orthotopic fluorescent nude-mouse models of human osteosarcoma.  Int. J. Cancer, in press.

541.    Duong, J., Mii, S., Uchugonova, A., Liu, F., Moossa, A.R., and Hoffman, R.M.  In Vitro Cell. & Dev. Biology-Animal, in press.

542.    Menen, R.S., Kaushal, S., Snyder, C.S., Talamini, M.A., Hoffman, R.M., and Bouvet, M.  Fluorescence laparoscopy improves metastatic detection in both early and advanced colon cancer in orthotopic nude mouse models.  Archives of Surgery, in press.

543.    Stoletov, K., Zardouzian, E., Momiyama, M., Park, F.D., Kelber, J.A., Pizzo, D., Hoffman, R.M., and Klemke, R.L.  Connexins are key mediators of breast cancer and melanoma cell metastasis.  Cancer Res., in press.

544.    Hoffman, R.M.  Nestin-expressing multipotent hair follicle stem cells for regenerative medicine.  Expert Review of Dermatology, in press.

545.    Suetsugu, A., Katz, M., Fleming, J., Truty, M., Thomas, R., Moriwaki, H., Bouvet, M., Saji, S., and Hoffman, R.M.  Multi-color palate of fluorescent proteins for imaging the tumor microenvironment of orthotopic tumorgraft mouse models of clinical pancreatic cancer specimens.  J. Cell. Biochem., in press.

**EXHIBIT A**
**94**

**Cited Abstracts**

1.  Hoffman, R.M., and Erbe, R.W.  Regulation of folates in proliferating and quiescent human fibroblasts.  J. Cell Biol. **63**, A141, 1974.  (No. of citations: **7**)

2.  Gallagher, D.D., Gallagher, C.M., An, Z.L., and Hoffman, R.M.  Soy protein isolates and genistein: effects on initiation, promotion, and progression of colon cancer.  Am. J. Clin. Nutr. **68**, 1524S, 1998.  (No. of citations: **2**)

**EXHIBIT A**
**95**

# EXHIBIT B

Supplemental Material can be found at:
http://www.jbc.org/cgi/content/full/M111.314666/DC1

THE JOURNAL OF BIOLOGICAL CHEMISTRY VOL. 287, NO. 1, pp. 446.-454, January 2, 2012
© 2012 by The American Society for Biochemistry and Molecular Biology, Inc. Published in the U.S.A.

# Structure-guided Engineering of Human Thymidine Kinase 2 as a Positron Emission Tomography Reporter Gene for Enhanced Phosphorylation of Non-natural Thymidine Analog Reporter Probe*[S]

Received for publication, October 17, 2011, and in revised form, November 9, 2011 Published, JBC Papers in Press, November 10, 2011, DOI 10.1074/jbc.M111.314666

Dean O. Campbell[‡S], Shahriar S. Yaghoubi[‡S¶], Ying Su[||], Jason T. Lee[‡S], Martin S. Auerbach[‡S], Harvey Herschman[‡**], Nagichettiar Satyamurthy[‡S], Johannes Czernin[‡S], Arnon Lavie[||1], and Caius G. Radu[‡S2]

From the ‡Department of Molecular and Medical Pharmacology, §Ahmanson Translational Imaging Division, and **Department of Biological Chemistry, UCLA, Los Angeles, California 90095, ¶CellSight Technologies, San Francisco, California 94107, and the ||Department of Biochemistry and Molecular Genetics, University of Illinois at Chicago, Chicago, Illinois 60607

**Background:** Humanized PET reporter gene (PRG) systems are needed to replace immunogenic, viral-derived systems.
**Results:** Employing a structure-guided approach, we developed a highly sensitive humanized PRG characterized by reduced activity for its natural substrates.
**Conclusion:** Sensitivity of PRGs can be improved by reducing their endogenous activities.
**Significance:** Our method can be employed to rapidly develop highly sensitive humanized PRGs.

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012

Positron emission tomography (PET) reporter gene imaging can be used to non-invasively monitor cell-based therapies. Therapeutic cells engineered to express a PET reporter gene (PRG) specifically accumulate a PET reporter probe (PRP) and can be detected by PET imaging. Expanding the utility of this technology requires the development of new non-immunogenic PRGs. Here we describe a new PRG-PRP system that employs, as the PRG, a mutated form of human thymidine kinase 2 (TK2) and 2'-deoxy-2'-[18]F-5-methyl-1-β-L-arabinofuranosyluracil (L-[18]F-FMAU) as the PRP. We identified L-[18]F-FMAU as a candidate PRP and determined its biodistribution in mice and humans. Using structure-guided enzyme engineering, we generated a TK2 double mutant (TK2-N93D/L109F) that efficiently phosphorylates L-[18]F-FMAU. The N93D/L109F TK2 mutant has lower activity for the endogenous nucleosides thymidine and deoxycytidine than wild type TK2, and its ectopic expres-

sion in therapeutic cells is not expected to alter nucleotide metabolism. Imaging studies in mice indicate that the sensitivity of the new human TK2-N93D/L109F PRG is comparable with that of a widely used PRG based on the herpes simplex virus 1 thymidine kinase. These findings suggest that the TK2-N93D/L109F-[18]F-FMAU PRG-PRP system warrants further evaluation in preclinical and clinical applications of cell-based therapies.

The inability to routinely monitor the tissue pharmacokinetics of therapeutic genes and cells and correlate this information with therapeutic outcomes represents a significant roadblock in the clinical adoption of these emerging therapies. Most cell/gene therapy trials use invasive biopsy techniques to localize therapeutic genes or therapeutic cells at target sites. However, invasive techniques are prone to sampling errors and carry risks for the patients. There is an unmet need for techniques to monitor the whole-body tissue distribution of therapeutic cells and therapeutic genes, to quantify therapeutic cells, and to measure therapeutic gene expression at all locations non-invasively and sequentially after treatment. This unmet need can be addressed by PET[3] reporter gene (PRG) imaging (1). A PRG encodes a protein that mediates the specific accumulation of a PET reporter probe (PRP) labeled with a positron-emitting isotope (2). Such non-invasive PET measurements may predict and/or evaluate treatment efficacy and the risk of side effects; they can provide information that complements data obtained using invasive techniques, such as serial biopsies (2). PRGs developed

* This work was supported, in whole or in part, by National Institutes of Health Grants P50 CA86306 (In Vivo Cellular and Molecular Imaging Centers Developmental Project) 1R01EB13685 and 1R01CA16077001 (National Institute of Biomedical Imaging and Bioengineering). This work was also funded by California Institute for Regenerative Medicine Grant RT1-01126-1 and United States Department of Energy Contract DE-FG02-06ER64249. Conflict of interest statement: Dean Campbell, Caius Radu, Arnon Lavie, Nagichettiar Satyamurthy, Johannes Czernin, and Shahriar Yaghoubi are among the inventors of the national and Patent Cooperation Treaty (PCT) patent applications for the PRG technology referred to in this article. Shahriar Yaghoubi is also a co-founder and the Chief Scientific Officer of CellSight Technologies, Inc., a molecular imaging company that specializes in imaging tools for cell and gene therapies that has licensed this intellectual property.

[S] This article contains supplemental Tables 1–3.

[1] To whom correspondence may be addressed: Dept. of Biochemistry and Molecular Genetics, University of Illinois at Chicago, 900 S. Ashland Ave, Chicago, IL 60607. Tel.: 312-355-5029; Fax: 312-355-4535; E-mail: Lavie@uic.edu.

[2] To whom correspondence may be addressed: Ahmanson Translational Imaging Division, Dept. of Molecular and Medical Pharmacology, University of California at Los Angeles, 650 Charles E. Young Dr. S., Los Angeles, CA 90095. Tel.: 310-825-1205; Fax: 301-206-5543; E-mail: CRadu@mednet.ucla.edu.

[3] The abbreviations used are: PET, positron emission tomography; PRG, PET reporter gene; PRP, PET reporter probe; TK2, thymidine kinase 2; L-[18]F-FMAU, 2'-deoxy-2'-[18]F-5-methyl-1-β-L-arabinofuranosyluracil; HSV1-tk, herpes simplex virus 1 thymidine kinase; [18]F-FHBG, 9-[4-[18]F-3-(hydroxymethyl)butyl]guanine; CT, computed tomography; GI, gastrointestinal; D-dT, D-thymidine; L-dT, L-thymidine; SUMO, small ubiquitin-like modifier; dCK, deoxycytidine kinase.



EXHIBIT A
97

to date encode proteins with various activities, including enzymes, transporters, and receptors (for review, see Ref. 3). In theory, enzyme-encoding PRGs should have the highest sensitivity among different classes of PRGs as a result of signal amplification by the catalytic turnover of the enzymatic reaction that traps the probe. The most commonly used PRGs are based on herpes simplex virus type 1 thymidine kinase (HSV1-tk) (4) and its optimized mutant, sr39tk (5). Both wild type (WT) HSV1-tk and sr39tk have been used to study the kinetics of therapeutic cells in preclinical settings (6–9). Several PRPs can be used to image cells engineered to express HSV1-tk-based PRGs: 9-[4-$^{18}$F-3-(hydroxymethyl)butyl]guanine ($^{18}$F-FHBG) (10–12), 2′-deoxy-2′-$^{18}$F-5-ethyl-1-β-D-arabinofuranosyluracil ($^{18}$F-FEAU) (13–15), and 2′-deoxy-2′-$^{18}$F-5-iodo-1-β-D-arabino-furanosyluracil ($^{18}$F-FIAU) (15). To date, HSV1-tk is the only PRG that has been used to image therapeutic cells in patients (10).

The main disadvantage of HSV1-tk as a PRG is its immunogenicity, which can lead to immune-mediated elimination of therapeutic cells. This phenomenon has been documented in clinical trials (16, 17). The immunogenicity problem may be solved by replacing the viral kinase with a human orthologue (18). Two potentially non-immunogenic candidate PRGs based on human nucleoside kinases have been developed; that is, a double mutant of deoxycytidine kinase (dCK) (19) and a truncated form of mitochondrial thymidine kinase 2 (TK2) (20). These PRGs phosphorylate and trap the PRP $^{18}$F-FEAU. The sensitivity of the dCK-double mutant/$^{18}$F-FEAU PRG-PRP system was comparable with that of HSV1-tk/$^{18}$F-FEAU, whereas TK2/$^{18}$F-FEAU had lower sensitivity. In non-human primates $^{18}$F-FEAU has a favorable biodistribution as a candidate PRP, with tracer accumulation in the liver, small intestine, kidneys, and urinary bladder (21) but not in other organs and tissues. Human biodistribution data for this candidate PRP are not available.

The utility of a PRG-PRP system is dependent on its sensitivity (the ability to detect few therapeutic cells at various anatomical locations) and specificity (the probe should accumulate only in cells engineered to express the PRG). Another equally important parameter is the requirement that a PRG should be biologically inert. In other words its ectopic expression in therapeutic cells should not alter the metabolism or normal function of these cells. This requirement is especially important in the case of nucleoside kinase PRGs. Ectopic expression of a nucleoside kinase could perturb the normal regulation of nucleotide metabolism through excess phosphorylation of endogenous nucleosides. Such metabolic alterations can lead to imbalanced nucleotide pools and increased risk of genotoxicity (22–25). In this context the dCK-double mutant has significantly higher activity than WT dCK toward endogenous nucleosides such as deoxycytidine and thymidine (26). Truncated TK2 also retains normal activity with natural substrates. Whether these new PRGs fulfill the critical requirement of being biologically inert remains to be determined.

Here we describe the development of a new PRG-PRP system that meets the specifications mentioned above. We determined the biodistribution of L-$^{18}$F-FMAU, the candidate PRP, in mice and humans. We used enzyme engineering to develop a mutant

PRG enzyme that is orthogonal to the wild type enzyme regarding its ability to phosphorylate endogenous nucleosides. The resulting PRG-PRP system, TK2-N93D/L109F as PRG and L-$^{18}$F-FMAU as PRP, should find utility in various preclinical and clinical therapeutic cell tracking applications. The approach used to develop this system should be generalizable to the identification and evaluation of other pairs of nucleoside analogs and nucleoside kinases for PET reporter gene imaging applications.

## EXPERIMENTAL PROCEDURES

*Radiochemical Synthesis of $^{18}$F-Labeled PET Probes*—$^{18}$F-FHBG was synthesized as previously described (12). The radiochemical synthesis of L-$^{18}$F-FMAU is described in the supplemental material.

*Molecular Modeling of Human TK2*—We generated a homology model of TK2 using the SWISS-MODEL server (27). The solved structures of human dCK (35% identity, 50% homology to TK2) in both its closed (PDB ID 1P5Z) and open conformation (PDB ID 3QEO) (28, 29) served as templates.

*Generation of TK2 Mutants*—We used the Δ50N truncation variant of TK2, and we are referring to this truncated form (which lacks the mitochondrial sorting signal) as the WT enzyme. Numbering of residues is based on the full-length sequence of human TK2 (Uniprot ID O00142). Cloning of human TK2 has been described previously (30). Mutants were produced on the WT TK2 sequence that was present in both the pMSCV vector for retroviral transduction and a modified pET14b expression vector for production of recombinant protein.

*Expression and Purification of Recombinant TK2 Proteins*—Expression and purification of TK2 have been described previously (30). In short, *Escherichia coli* BL21 (DE3) C41 harboring the modified pET14b vector (to include a SUMO tag between the hexahistidine sequence and TK2) were grown at 37 °C until an optical density of ~0.8 was reached. At that point the temperature was reduced to 18 °C; the culture was induced with 0.5 mM isopropyl β-D-1-thiogalactopyranoside and left to shake overnight. Cells were harvested by centrifugation, washed, and stored at −80 °C until use. Purification involved two steps. The first step used a metal affinity column (HisTRAP HP column, GE Healthcare); after elution of the His-SUMO-TK2 fusion protein, the SUMO protease was added. The cleaved protein was reapplied onto the nickel column to separate TK2 from the His-SUMO tag. The second step involved a gel filtration column (S200, GE Healthcare) equilibrated with 25 mM Tris, pH 7.5, 200 mM NaCl, and 3 mM DTT. Pure TK2 was pooled, concentrated to ~10 mg/ml, separated into aliquots, flash-frozen in liquid nitrogen, and stored at −80 °C until use.

*Kinetic Analyses of TK2-based Candidate PRGs*—We used an NADH-dependent enzyme coupled assay (31). Using a Cary UV spectrophotometer, measurements were made in triplicate at 37 °C in a buffer containing 100 mM Tris, pH 7.5, 100 mM KCl, 5 mM MgCl₂, and 1 mM ATP. For data in which $k_{obs}$ is given, a single nucleoside concentration of 200 μM was used. For data in which both $K_m$ and $k_{cat}$ are given, the nucleoside concentration was varied between 15 and 500 μM. TK2 concentration in the cuvette was 400 nM. Data were fit to the Michaelis-Menten

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012

**EXHIBIT A**
**98**

equation using SigmaPlot. Of note, in some previous reports, negative cooperativity was observed with thymidine but not with deoxycytidine (32, 33). When we fit our data for WT TK2 using the Hill equation, we also see the same magnitude of negative cooperativity as reported by others ($n = \sim 0.7$) with thymidine and the analogs tested. However, the quality of the fit of the data is only marginally improved compared with that using the simple Michaelis-Menten equation. When the data of the TK2 mutants is fit using the Hill equation, a more complicated behavior is observed, with some conditions having a Hill coefficient below 1, some above 1, and some nearly one. Here again, the quality of the fit is not dramatically improved by adding the extra parameter of the Hill coefficient. Therefore, we present all of the kinetic data using the Michaelis-Menten equation without the Hill coefficient.

*Cell Lines*—The L1210 cell line (34) was a gift from Charles Dumontet (Université Claude Bernard Lyon I, Lyon, France). Cells were cultured at 5% v/v $CO_2$ and 37 °C in RPMI supplemented with 5% v/v FCS. Murine stem cell virus (pMSCV)-based helper-free retroviruses encoding the TK2 mutants (or sr39tk), an internal ribosomal entry site, and the yellow fluorescent protein (YFP) were produced by transient co-transfection of the amphotrophic retrovirus packaging cell line Phoenix (American Type Culture Collection, SD 3443) (35). L1210 cells underwent spinfection with the pMSCV-TK2 mutants- internal ribosomal entry site-YFP retrovirus with 2 $\mu$g/ml Polybrene (1000 × $g$, 120 min, 37 °C). L1210 cells expressing various PRGs, (L1210-PRG) were FACS-sorted to ensure that each population had equivalent levels of PRG expression.

*Probe Uptake Assays Using Transduced L1210 Cell Lines*—L1210 cells transduced with the indicated PET reporter genes (L1210-PRG) were seeded at a density of 500,000 cells/well in 24-well plates. 5 $\mu$Ci of L-[18]F-FMAU were added to the L1210-PRG cells simultaneously with the indicated amounts of D-thymidine (D-dT) at a final volume of 1 ml/well. After 1 h at 37 °C, cells were harvested and washed four times with ice-cold PBS. Radioactivity was measured using a gamma counter.

*MicroPET/CT Imaging Studies in Mice*—Animal studies were approved by the UCLA Animal Research Committee and were carried out according to the guidelines of the Department of Laboratory Animal Medicine at UCLA. C57/BL6 mice were injected with the indicated probe and underwent micro-PET/CT analyses at 1- and 3-h post probe injection (Inveon, Siemens Medical Solutions USA Inc.; microCAT; Imtek Inc.). For tumor imaging studies, SCID mice were injected subcutaneously on day $-7$ in the right and left flanks with $1 \times 10^6$ L1210-PRG-expressing cells in 50% v/v phosphate-buffered saline and 50% v/v Matrigel™ (BD Biosciences). For imaging experiments, mice were kept warm and under gas anesthesia (2% v/v isoflurane) and were injected intravenously with 200 $\mu$Ci of [18]F-labeled probes. A 3-h interval was allowed between probe administration and microPET/CT scanning. Static microPET images were acquired for 600 s. Image data were evaluated in three-dimensional histograms and reconstructed with a zoom factor of 2.1 using three-dimensional ordered set expectation maximization (OSEM) with 2 iterations followed by MAP (maximum a posteriori) reconstruction with 18 itera-

tions (beta = 0.1). Images were analyzed using OsiriX Imaging Software Version 3.8.

*Human PET/CT Studies*—All studies involving human volunteers were approved by the UCLA Medical Internal Review Board. L-[18]F-FMAU was approved by the UCLA Radioactive Drug Research Committee. L-[18]F-FHBG has an FDA investigational new drug approval (IND #61,880) and was also approved by the UCLA Radioactive Drug Research Committee. A 53-year-old healthy male and a 44-year-old healthy female volunteer were recruited for the L-[18]F-FMAU biodistribution study. Each volunteer received a bolus intravenous injection of $\sim 56$ MBq (1.5 mCi) sterile L-[18]F-FMAU and had four consecutive whole-body (starting from just above the head to above the knees, 6 bed positions, 5-min scan at each bed position) PET scans (Biograph 64, Siemens), with the first scan starting shortly after intravenous injection of L-[18]F-FMAU. A low dose CT scan was also obtained for attenuation correction. Volunteers urinated after all scans had been performed. The region of interest analysis was performed to measure mean standard uptake values of L-[18]F-FMAU in major organs/tissues. To illustrate the biodistribution of [18]F-FHBG, we used an unpublished scan from a previous study (10).

*Statistical Analysis*—Data are presented as the means ± S.E. All $p$ values are two-tailed, and $p$ values of <0.05 are considered to be statistically significant. Graphs were generated and analyzed using the Prism 5 software (GraphPad).

## RESULTS

*Comparison of Biodistribution of L-[18]F-FMAU and [18]F-FHBG in Mice*—Nucleoside analogs are being increasingly used as PET probes for assaying nucleotide metabolism, cell proliferation, and mitochondrial function (36–40). Nucleosides can adopt one of two enantiomeric configurations. Naturally occurring nucleosides are in the D configuration (41). Recently there has been increasing interest in using nucleoside analogs with the non-natural L configuration as PET probes to image the activity of endogenous nucleoside kinases (42–45). To date, L nucleosides have not been evaluated as PRPs. To start determining the potential value of L nucleosides as PRPs, we focused on L-[18]F-FMAU, the non-natural counterpart of D-[18]F-FMAU, one of the pyrimidine analogs that has been previously evaluated as a candidate PRP for the HSV1-tk PRG (46).

We compared the biodistribution of L-[18]F-FMAU in mice with that of [18]F-FHBG, a well characterized and frequently used PRP (12, 47, 48). To achieve optimal signal to noise ratios, PRPs should not accumulate in cells and tissues that do not express the corresponding PRG. For instance, the accumulation of the candidate PRP should be minimal or undetectable in all tissues, except in those involved in probe clearance from the body. C57/BL6 mice were scanned 3 h after administration of either L-[18]F-FMAU or [18]F-FHBG (Fig. 1A). Three-dimensional reconstructions of the whole body microPET/CT images are shown in Fig. 1B. Quantification of the signals is presented in supplemental Table 1. Both L-[18]F-FMAU and [18]F-FHBG had very low retention in the thoracic cavity. At the 3-h time point neither probe showed any accumulation in the liver. Accumulation in the gallbladder was 4 times higher for [18]F-FHBG (7.45 ± 5.31% injected dose/g) than for L-[18]F-FMAU (1.68 ± 0.46% injected

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012



**EXHIBIT A**
**99**



FIGURE 1. **Biodistribution of L-¹⁸F-FMAU and ¹⁸F-FHBG in mice.** *A*, chemical structures of L-¹⁸F-FMAU and ¹⁸F-FHBG are shown. *B*, MicroPET/CT scans of C57/BL6 mice 3 h after injection of L-¹⁸F-FMAU (*left*) and ¹⁸F-FHBG (*right*) are shown. Images are co-registered displays of the separate microPET and microCT scans. Quantifications of the PET signals are listed in supplemental Table 1. *B*, bladder; *GB*, gallbladder. %ID/g, % injected dose/g.

dose/g). Retention in the abdominal cavity was three times higher for ¹⁸F-FHBG than for L-¹⁸F-FMAU. This was likely due to higher biliary excretion of ¹⁸F-FHBG. Elevated ¹⁸F-FHBG accumulation was detected throughout the GI tract. In contrast, in mice injected with L-¹⁸F-FMAU signals were only detected in the lower GI tract. Thus, the biodistribution of L-¹⁸F-FMAU in mice was at least comparable with, if not better than that of ¹⁸F-FHBG.

*Development of New PRG to Be Used in Conjunction with L-¹⁸F-FMAU Candidate PRP*—L-FMAU has been shown to be a substrate for human TK2, a nucleoside kinase that due to its lack of enantiomeric specificity can phosphorylate both D and L nucleosides (49). Ideally, modifications to the TK2 sequence should achieve two objectives; (i) increase sensitivity by reducing the negative feedback regulation of the enzyme and by increasing the phosphorylation rate of the L-FMAU PRP; (ii) reduce the activity of the PRG kinase for the endogenous substrates thymidine and deoxycytidine (to avoid competition between L-FMAU and endogenous nucleosides and potentially genotoxic perturbations of endogenous nucleotide pools).

The enzymatic activity of TK2 is regulated by thymidine triphosphate (dTTP) through negative feedback inhibition (50). dTTP is produced by *de novo* synthesis and through the salvage of thymidine (via the cytosolic nucleoside kinase TK1). dTTP levels fluctuate throughout the cell cycle and are highest during the S phase, when they increase by as much as 2.5–20-fold compared with the G₁ phase (51, 52). It is possible that fluctuations in dTTP levels during the cell cycle will reduce sensitivity and result in difficult to interpret changes in PET signals.

To reduce the susceptibility of TK2 to dTTP-mediated feedback inhibition, we took advantage of the 40% sequence identity between human TK2 and *Drosophila melanogaster* deoxyribonucleoside kinase (Dm-DNK) (53) and of the identification of a point mutation (N64D) in Dm-DNK that has been shown to reduce the effect of dTTP feedback inhibition (54). The residue in TK2 corresponding to Asn-64 in *D. melanogaster* deoxyribonucleoside kinase is Asn-93; the corresponding mutation in TK2 is N93D. To predict the effects of the N93D mutation on the structure of TK2, we used molecular modeling. We took advantage of the fact that dCK belongs to the same family of nucleoside kinases as TK2. The sequence identity and homology between dCK and TK2 are 35 and 50%, respectively. Based on our previous work with dCK (28, 29), we obtained a homology model of TK2 (Fig. 2A). We hypothesized that, similar to dCK, TK2 will also adopt an open or a closed conformation. The enzyme is expected to be active in the closed conformation and inactive in the open conformation. In our model, when TK2 is in the closed conformation, Asn-93 is involved in hydrogen bonding with the glutamine at position 200 (*E200*, Fig. 2A). When the enzyme is in the open conformation, the residues are too far apart to interact. Thus, the N93D mutation would be expected to disfavor the closed conformation due to disruption of the interaction between Asn-93 and Glu-200 (Fig. 2A). dTTP should be able to exert its negative feedback inhibition on TK2 only if the enzyme is in the closed conformation. Because the N93D mutation favors the open conformation of the enzyme, we predicted there would be a reduced probability for dTTP to bind and exert its inhibitory effect.

To test this hypothesis we performed kinase assays using L-FMAU and recombinant WT TK2 and TK2-N93D in the presence of varying amounts of dTTP (Fig. 2B). WT TK2 activity decreased by 20% in the presence of 10 μM dTTP. In contrast, the activity of the N93D mutant decreased by only 4%. When the dTTP concentration was increased to 100 μM, the activity of WT TK2 decreased by 55%, whereas that of TK2-N93D decreased by less than 5%.

We then used cell-based uptake assays to determine whether the decreased susceptibility to feedback inhibition conferred by the N93D mutation increases L-¹⁸F-FMAU uptake. As shown in Fig. 2C, we observed a 1.5-fold increase in L-¹⁸F-FMAU uptake by the N93D TK2 expressing L1210 cells relative to cells expressing similar levels of WT TK2.

To confirm that the increase in signal can also be detected *in vivo*, we used mice implanted with L1210 cells transduced with the WT TK2 and mutant TK2-N93D PRGs (Fig. 2D). *In vivo*, L-¹⁸F-FMAU uptake by TK2-N93D PRG-expressing cells was nearly double of that observed with the WT TK2-expressing cells (Figs. 2, D and E). Thus, by engineering a TK2 mutant that is less sensitive to feedback inhibition, we were able to improve the sensitivity of this candidate PRG for L-¹⁸F-FMAU.

*Further Improvements of Selectivity and Affinity of TK2-derived PRG for L-¹⁸F-FMAU*—For enzymatic PRGs, the higher the catalytic turnover ($k_{cat}$) of the enzyme, the more the PRP will accumulate per unit time, leading to a higher PET signal. We determined the $k_{cat}$ of mutated TK2 PRG for L analogs compared with the endogenous substrate, D-dT. Relative to WT TK2, the N93D mutation reduced the $k_{cat}$ of the enzyme

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012

**EXHIBIT A**
**100**



FIGURE 2. **Evaluation of the TK2-N93D mutant.** *A*, model of WT TK2 bound with L-dT in both the closed (*green*) and open (*pink*) conformation of the enzyme. ADP is bound in the phosphate donor pocket shown in this model. The enzyme is active in the closed conformation, which is stabilized by bonds between residues Asn-93 and Glu-200. When asparagine 93 is mutated to a glutamine, the bonds are disrupted, and the enzyme is predicted to switch to an open (inactive) conformation. *B*, L-FMAU kinase assay using recombinant WT TK2 and TK2-N93D in the presence of increasing concentrations of dTTP is shown. *C*, L-¹⁸F-FMAU uptake assay using WT TK2- or TK2-N93D-expressing L1210 cells is shown. Probe uptake values are reported relative to a control L1210 cell line that expresses YFP. Results are for a representative experiment or *n* = 2 experiments. *D*, L-¹⁸F-FMAU microPET/CT scans of mice bearing L1210 tumors engineered to express various PRGs (*TK2*, L1210-TK2; *N93D*, L1210-TK2-N93D; *YFP*, L1210-YFP). *E*, shown is quantification of PET scans from *panel D. %ID/g*, % injected dose/g.

toward D-dT, L-dT, and L-FMAU (Table 1). However, the activity toward D-dT decreased by 77%, whereas that for L-dT and L-FMAU decreased only 48 and 32%, respectively. The $k_{cat}$ (L-FMAU)/$k_{cat}$ (D-dT) ratio for N93D nearly triples when compared with wild type. $k_{cat}/K_m$ gives a measure of the substrate preference of an enzyme. Compared with WT TK2, the $k_{cat}/K_m$ of N93D for L-FMAU increased by 77%, whereas the $k_{cat}/K_m$ for D-dT decreased by 60%. Thus, the N93D mutation also

achieved the goal of increasing the preference of the enzyme for L-FMAU over the natural substrate.

To identify additional mutations that may further improve the selectivity of the TK2 PRG for L analogs, high resolution structures of dCK in complex with L and D substrates (55) were used to generate a homology model of TK2 with bound L-dT and D-dT (Fig. 3A). We then used this model to identify residues that, when mutated, would result in an enzyme with increased affinity for L-dT and decreased affinity for D-dT. This approach led to the identification of residue Leu-109 (Fig. 3A). According to our homology model, this residue interacts with the pyrimidine base. We surmised that if Leu-109 were mutated to an amino acid with a bulkier side chain (*e.g.* phenylalanine), this would induce a steric clash with D nucleosides but less so with L nucleosides. In turn, this would lead to preferential binding of L *versus* D nucleosides. Contrary to our expectations, the L109F mutation led to a decrease in the $K_m$ for both the D and L forms of dT (Table 1). Notably, the L109F mutation made the enzyme faster at phosphorylating all of the substrates tested, with a bigger effect on D-dT. Thus, for WT TK2, the $k_{cat}$ (L-FMAU)/$k_{cat}$ (D-dT) ratio is 3.7, whereas for TK2-L109F this is 2.4 (Table 1). Compared with WT TK2, the $k_{cat}/K_m$ of L109F for L-FMAU increased 2.4 times, whereas the $k_{cat}/K_m$ for D-dT increased 6.7 times. Thus, contrary to the prediction, the L109F mutation increased the preference of the enzyme for D-dT compared with L-FMAU. This demonstrates that although a homology model can be sufficient to identify "hot spots" for mutagenesis (in this case, position 109), such a model may lack accuracy that can only be attained by an experimentally derived model. Nevertheless, although the L109F did not provide the desired increase in selectivity toward L nucleosides, it is important to note that the L109F mutation did increase the overall speed of the enzyme for all tested substrates.

Based on these observations, we generated TK2-N93D/L109F with the expectation that this double mutant will combine the enzymatic properties of the two single mutants. As shown in Table 1, this was indeed the case. Compared with TK2, the N93D/L109F double mutant had decreased $k_{cat}$ with D-dT (down 49%) but increased $k_{cat}$ with L-dT (up >54%) and L-FMAU (up 100%). The $k_{cat}$ (L-FMAU)/$k_{cat}$ (D-dT) ratio for the TK2-N93D/L109F mutant is 14.9, 4-fold higher than that for TK2 and nearly 40% higher than that for TK2-N93D. Importantly, the TK2-N93D/L109F mutant still retained resistance to inhibition by dTTP (Fig. 3B). In the presence of 10 μM dTTP, the kinase activity of recombinant TK2-N93D/L109F decreased by only 4%, whereas that of TK2-L109F decreased by 25%. At 100 μM dTTP, TK2-N93D/L109F decreased by only 11%, whereas TK2-L109F decreased by 56%.

To determine the preference of the TK2 mutants for L-¹⁸F-FMAU over D-dT, we performed uptake assays using L1210 cells in the presence or absence of 5 μM D-dT (Fig. 3C). L-¹⁸F-FMAU uptake by TK2-N93D/L109F-expressing L1210 cells in the absence of D-dT was >1.5 times higher than that of TK2-N93D cells and nearly 4 times higher than that of TK2-L109F cells. In the presence of 5 μM D-dT, L-¹⁸F-FMAU uptake by TK2-N93D/L109F cells decreased by 47%, whereas that of TK2-N93D cells decreased by 75%. Although the L-¹⁸F-FMAU uptake of TK2-L109F in the presence of 5 μM D-dT decreased

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012

**EXHIBIT A**
**101**

**TABLE 1**

Kinetic analyses of recombinant TK2 mutants with D-dT, L-dT, and L-FMAU

Values were measured at 37 °C using 1 mM ATP as phosphoryl donor. $k_{cat}$ is in $s^{-1}$, $K_m$ is in $\mu M$, and $k_{cat}/K_m$ is in $M^{-1} \times s^{-1}$.

| Nucleoside | | WT | N93D | L109F | N93D/L109F |
|---|---|---|---|---|---|
| D-dT | $k_{cat}$ | $0.123 \pm 0.002$ | $0.029 \pm 0.001$ | $0.459 \pm 0.005$ | $0.063 \pm 0.001$ |
| | $K_m$ | $14.6 \pm 0.9$ | $8.9 \pm 1.3$ | $8.2 \pm 0.6$ | $9.8 \pm 0.7$ |
| | $k_{cat}/K_m$ | $8.42 \times 10^{-3}$ | $3.26 \times 10^{-3}$ | $55.98 \times 10^{-3}$ | $6.43 \times 10^{-3}$ |
| L-dT | $k_{cat}$ | $0.370 \pm 0.012$ | $0.195 \pm 0.003$ | $1.176 \pm 0.033$ | $0.572 \pm 0.012$ |
| | $K_m$ | $66.9 \pm 7.5$ | $18.2 \pm 1.4$ | $34.1 \pm 3.9$ | $17.4 \pm 1.8$ |
| | $k_{cat}/K_m$ | $5.53 \times 10^{-3}$ | $10.71 \times 10^{-3}$ | $34.49 \times 10^{-3}$ | $32.87 \times 10^{-3}$ |
| L-FMAU | $k_{cat}$ | $0.461 \pm 0.016$ | $0.316 \pm 0.009$ | $1.079 \pm 0.026$ | $0.940 \pm 0.026$ |
| | $K_m$ | $37.6 \pm 5.2$ | $14.5 \pm 2.1$ | $36.7 \pm 3.8$ | $66.0 \pm 6.3$ |
| | $k_{cat}/K_m$ | $12.26 \times 10^{-3}$ | $21.79 \times 10^{-3}$ | $29.40 \times 10^{-3}$ | $14.24 \times 10^{-3}$ |
| Ratio $k_{cat}$ (L-FMAU)/D-dT) | | 3.7 | 10.9 | 2.4 | 14.9 |



FIGURE 3. **Evaluation of L109F and N93D/L109F TK2 mutants.** *A*, a homology model of TK2 bound with L-dT (*pink*) and dT (*green*) is shown. The TK2 model (*solid residues*) is overlaid on a crystal structure of dCK (*light colored residues*) with bound substrates. The TK2 residue Leu-109 is *highlighted in gold. B*, a L-FMAU kinase assay using recombinant TK2-L109F and TK2-N93D/L109F in the presence of increasing dTTP concentrations is shown. *C*, shown is an *in vitro* L-$^{18}$F-FMAU uptake assay using L1210 cells expressing either TK2-N93D, TK2-L109F, or TK2-N93D/L109F. The assay was done in either the presence or absence of 5 $\mu M$ D-dT. Probe uptake values are reported relative to a control L1210 cell line that expresses YFP. Results are for a representative experiment or $n = 2$ experiments. $p = 0.005$ between N93D and N93D/L109F in the presence of 0 $\mu M$ dT, and $p = 0.0008$ between N93D and N93D/L109F in the presence of 5 $\mu M$ dT.

by 37%, it was still only 31% of the corresponding uptake for TK2-N93D/L109F.

Next, we investigated whether TK2-N93D/L109F had low activity toward deoxycytidine, the other endogenous nucleoside that is phosphorylated by WT TK2. TK2-N93D/L109F has a $k_{obs}$ (dC) that is 62% that of TK2 (supplemental Table 2). These data indicate that TK2-N93D/L109F is orthogonal to wild type TK2, with increased activity toward the L-$^{18}$F-FMAU PRP and decreased activity toward the endogenous nucleosides thymidine and deoxycytidine.

*In Vivo Comparison between TK2-N93D/L109F/L-$^{18}$F-FMAU and HSV1-sr39tk/$^{18}$F-FHBG PRG-PRP Systems*—Mice implanted with L1210 cells expressing TK2-based PRGs were scanned by microPET/CT using L-$^{18}$F-FMAU (Fig. 4A). For comparison, mice implanted with L1210 cells expressing HSV1-sr39tk were scanned by microPET/CT using $^{18}$F-FHBG (Fig. 4B). L-$^{18}$F-FMAU uptake by the TK2-N93D/L109F-expressing L1210 cells was 2.6-fold higher than that of TK2-N93D-expressing cells (Fig. 4C). $^{18}$F-FHBG accumulation into sr39tk-expressing L1210 cells was comparable with that of L-$^{18}$F-FMAU into L1210 cells expressing TK2-N93D/L109F ($24.1 \pm 6.2$ *versus* $19.9 \pm 1.5\%$ injected dose/g; $p = 0.37$). Taken together, these findings demonstrate that the sensitivity of the TK2-N93D/L109F PRG is higher than that of the TK2-N93D PRG and is not significantly different from that of the sr39tk/$^{18}$F-FHBG pair.

*L-$^{18}$F-FMAU Biodistribution in Humans*—As the first step toward clinical translation of the newly developed PRG-PRP system, we determined the biodistribution of L-$^{18}$F-FMAU in humans. Fig. 5 illustrates the biodistribution of L-$^{18}$F-FMAU in two healthy volunteers and the biodistribution of $^{18}$F-FHBG

in a female volunteer 2 h post-administration of the PRPs. Mean standard uptake values of the probes in different tissues for $^{18}$F-FHBG and L-$^{18}$F-FMAU are listed in supplemental Table 3. For both probes, relatively high signals were observed in liver, kidneys, gall bladder, bladder, and the GI tract. L-$^{18}$F-FMAU accumulation was also observed in the myocardium. At 2 h, more intense activity was observed in the liver after L-$^{18}$F-FMAU injections than after $^{18}$F-FHBG administration. However, L-$^{18}$F-FMAU activity was lower than that of $^{18}$F-FHBG within the GI tract region.

## DISCUSSION

To develop a PRG that can be used in conjunction with L-$^{18}$F-FMAU, a thymidine analog with the unnatural L-conformation, we removed the mitochondrial sorting sequence in human TK2. As shown previously, the truncated protein is expected to localize in the cytosol rather than in the mitochondria (20). Rational design was then used to improve the sensitivity and selectivity of the TK2 PRG. This led to the development of TK2-N93D/L109F, a double mutant TK2 kinase characterized by reduced affinity for the natural substrates D-thymidine and D-deoxycytidine and increased affinity for L-FMAU. Studies in mice indicated that the TK2-N93D/L109F PRG has comparable sensitivity to that of the widely used HSV1-sr39tk/$^{18}$F-FHBG system. We have also determined the biodistribution of L-FMAU in humans.

*Advantages of TK2-N93D/L109F/L-$^{18}$F-FMAU PRG System*—In mice, L-$^{18}$F-FMAU accumulates in the liver 1-h post injection (data not shown). The progression of the signal from the liver to the gallbladder and then to the GI indicates that L-$^{18}$F-FMAU is excreted via a hepato-biliary mechanism, similar to

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012

**EXHIBIT A**
**102**



FIGURE 4. **Comparison of ΔTK2/L-18F-FMAU and sr39tk/18F-FHBG PET reporter gene systems.** *A,* shown are L-18F-FMAU microPET/CT scans of mice bearing L1210 tumors engineered to express various TK2-based PRGs. *B,* shown are 18F-FHBG microPET/CT scans of mice bearing L1210 tumors engineered to express sr39tk. *C,* shown is quantification of probe uptake in L1210 tumors from *A* and *B*. %iD/g, % injected dose/g.



FIGURE 5. **Biodistribution of L-18F-FMAU and 18F-FHBG in humans.** PET/CT scans of a healthy female (*left*) and a healthy male (*right*) volunteer 2 h after injection of L-18F-FMAU (*A*) and pretreatment glioma patient 2 h after injection of 18F-FHBG (*B*). *B,* bladder; *GB,* gallbladder; *L,* liver; *M,* myocardium. *SUV,* standard uptake value.

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012

that observed for 18F-FHBG (12). However, the GI activity in L-18F-FMAU-injected mice is significantly less intense than that observed in mice injected with 18F-FHBG. The intense signal in the GI of mice injected with 18F-FHBG leads to spillover in other organs in the lower abdomen, limiting the utility of 18F-FHBG for cell tracking applications in mice if these cells localize in the abdominal cavity.

In addition to its human origin (which is expected to reduce immunogenicity compared with the viral PRGs), the TK2-N93D/L109F PRG also has the advantage of reduced activity toward the endogenous nucleosides, D-thymidine and D-deoxycytidine. PRGs are typically overexpressed in therapeutic cells. In this context, if the mutant PRG retains the ability to efficiently phosphorylate thymidine and/or deoxycytidine, then this may alter cellular metabolism due to overproduction of dTTP and/or dCTP. Such effects would be of particular concern in preclinical settings as serum levels of thymidine in mice

and rats are 9–15 times higher than those in humans (56). Any changes in nucleotide metabolism and dNTP pools in therapeutic cells may have genotoxic consequences, especially when prolonged persistence *in vivo* of these cells is anticipated (for example in the case of stem cells). In contrast to previously reported PRG such as dCK-double mutant, TK2-N93D/L109F is less likely to perturb cellular nucleotide metabolism and genomic integrity due to the decreased activity of the double mutant enzyme toward natural substrates.

*Disadvantages of New TK2-N93D/L109F/L-18F-FMAU PRG System and Potential Improvements*—The observed differences between the biodistribution of L-18F-FMAU biodistribution in mice and humans underscore the importance of performing such comparative studies at an early stage of the development process for new PRG-PRP systems. In contrast to the excellent biodistribution in mice, in humans L-18F-FMAU accumulates in the myocardium and liver. Regarding L-18F-FMAU accumu-

**EXHIBIT A**
**103**

lation in the heart, the myocardium has a very high density of mitochondria (57). Moreover, the reported activity of the WT mitochondrial TK2 enzyme from human heart tissue is nearly 10 times higher than that of the enzyme from mouse heart tissue (58, 59). This difference may explain the observed differences in L-[18F]-FMAU myocardial accumulation between mice and humans. L-[18F]-FMAU is taken up by the liver of both mice and humans. However, L-[18F]-FMAU eventually clears the murine liver but is retained in the human liver. One reason for this difference may be that, similar to [18F]-FLT (3'-deoxy-3'-[18F]fluorothymidine) (60), L-[18F]-FMAU may also undergo glucuronidation in human liver tissue. Glucuronidation of thymidine analogs is significantly less extensive in mice than in humans (61). Given the accumulation of L-[18F]-FMAU in human liver and myocardium, this probe may not be useful for PET imaging of therapeutic cells at these sites. Myocardial accumulation may be reduced if L-[18F]-FMAU is modified to decrease its phosphorylation by WT TK2. Replacing the 5-methyl group with a larger substituent such as ethyl or propyl may achieve this objective.

*Conclusion*—New PET reporter gene/probe systems are needed to assist the development and clinical translation of cell-based therapies. In the current study we used a structure-guided approach to develop a human nucleoside kinase-based PRG characterized by high specificity and selectivity for L-[18F]-FMAU, a non-natural nucleoside analog PRP. The initial findings in mice and the observed biodistribution of L-[18F]-FMAU in mice and humans warrant additional studies in both species and suggest potential strategies to further improve the sensitivity and specificity of the new human TK2-based PET reporter gene assay.

*Acknowledgments—We thank Lisa Ta for excellent technical assistance. We thank Liu Wei and Larry Pang for assistance with micro-PET/CT imaging and the cyclotron group for producing the PET probes used in this study.*

### REFERENCES

1. Herschman, H. R. (2004) *Crit. Rev. Oncol. Hematol.* 51, 191–204
2. Gambhir, S. S., and Yaghoubi, S. S. (eds) (2010) *Molecular Imaging With Reporter Genes*, pp. 258–274, Cambridge University Press, Cambridge, UK
3. Nair-Gill, E. D., Shu, C. J., Hildebrandt, I. J., Campbell, D. O., Witte, O. N., and Radu, C. G. (2010) in *Molecular Imaging with Reporter Genes* (Gambhir, S. S., and Yaghoubi, S. S., eds) pp. 258–274, Cambridge University Press, Cambridge, UK
4. Tjuvajev, J. G., Finn, R., Watanabe, K., Joshi, R., Oku, T., Kennedy, J., Beattie, B., Koutcher, J., Larson, S., and Blasberg, R. G. (1996) *Cancer Res.* 56, 4087–4095
5. Gambhir, S. S., Bauer, E., Black, M. E., Liang, Q., Kokoris, M. S., Barrio, J. R., Iyer, M., Namavari, M., Phelps, M. E., and Herschman, H. R. (2000) *Proc. Natl. Acad. Sci. U.S.A.* 97, 2785–2790
6. Shu, C. J., Guo, S., Kim, Y. J., Shelly, S. M., Nijagal, A., Ray, P., Gambhir, S. S., Radu, C. G., and Witte, O. N. (2005) *Proc. Natl. Acad. Sci. U.S.A.* 102, 17412–17417
7. Yaghoubi, S. S., Creusot, R. J., Ray, P., Fathman, C. G., and Gambhir, S. S. (2007) *J. Biomed. Opt.* 12, 064025
8. Wu, J. C., Chen, I. Y., Sundaresan, G., Min, J. J., De, A., Qiao, J. H., Fishbein, M. C., and Gambhir, S. S. (2003) *Circulation* 108, 1302–1305
9. Hung, S. C., Deng, W. P., Yang, W. K., Liu, R. S., Lee, C. C., Su, T. C., Lin, R. J., Yang, D. M., Chang, C. W., Chen, W. H., Wei, H. J., and Gelovani, J. G. (2005) *Clin. Cancer Res.* 11, 7749–7756
10. Yaghoubi, S. S., Jensen, M. C., Satyamurthy, N., Budhiraja, S., Paik, D., Czernin, J., and Gambhir, S. S. (2009) *Nat. Clin. Pract. Oncol.* 6, 53–58
11. Peñuelas, I., Mazzolini, G., Boán, J. F., Sangro, B., Martí-Climent, J., Ruiz, M., Ruiz, J., Satyamurthy, N., Qian, C., Barrio, J. R., Phelps, M. E., Richter, J. A., Gambhir, S. S., and Prieto, J. (2005) *Gastroenterology* 128, 1787–1795
12. Yaghoubi, S. S., Barrio, J. R., Dahlbom, M., Iyer, M., Namavari, M., Satyamurthy, N., Goldman, R., Herschman, H. R., Phelps, M. E., and Gambhir, S. S. (2001) *J. Nucl. Med.* 42, 1225–1234
13. Chin, F. T., Namavari, M., Levi, J., Subbarayan, M., Ray, P., Chen, X., and Gambhir, S. S. (2008) *Mol. Imaging Biol.* 10, 82–91
14. Miyagawa, T., Gogiberidze, G., Serganova, I., Cai, S., Balatoni, J. A., Thaler, H. T., Ageyeva, L., Pillarsetty, N., Finn, R. D., and Blasberg, R. G. (2008) *J. Nucl. Med.* 49, 637–648
15. Alauddin, M. M., Shahinian, A., Park, R., Tohme, M., Fissekis, J. D., and Conti, P. S. (2007) *Eur. J. Nucl. Med. Mol. Imaging* 34, 822–829
16. Traversari, C., Marktel, S., Magnani, Z., Mangia, P., Russo, V., Ciceri, F., Bonini, C., and Bordignon, C. (2007) *Blood* 109, 4708–4715
17. Berger, C., Flowers, M. E., Warren, E. H., and Riddell, S. R. (2006) *Blood* 107, 2294–2302
18. Arnér, E. S., and Eriksson, S. (1995) *Pharmacol. Ther.* 67, 155–186
19. Likar, Y., Zurita, J., Dobrenkov, K., Shenker, L., Cai, S., Neschadim, A., Medin, J. A., Sadelain, M., Hricak, H., and Ponomarev, V. (2010) *J. Nucl. Med.* 51, 1395–1403
20. Ponomarev, V., Doubrovin, M., Shavrin, A., Serganova, I., Beresten, T., Ageyeva, L., Cai, C., Balatoni, J., Alauddin, M., and Gelovani, J. (2007) *J. Nucl. Med.* 48, 819–826
21. Dotti, G., Tian, M., Savoldo, B., Najjar, A., Cooper, L. J., Jackson, J., Smith, A., Mawlawi, O., Uthamanthil, R., Borne, A., Brammer, D., Paolillo, V., Alauddin, M., Gonzalez, C., Steiner, D., Decker, W. K., Marini, F., Kornblau, S., Bollard, C. M., Shpall, E. J., and Gelovani, J. G. (2009) *Mol. Imaging* 8, 230–237
22. Kumar, D., Abdulovic, A. L., Viberg, J., Nilsson, A. K., Kunkel, T. A., and Chabes, A. (2011) *Nucleic Acids Res.* 39, 1360–1371
23. Song, S., Wheeler, L. J., and Mathews, C. K. (2003) *J. Biol. Chem.* 278, 43893–43896
24. Sargent, R. G., and Mathews, C. K. (1987) *J. Biol. Chem.* 262, 5546–5553
25. Kumar, D., Viberg, J., Nilsson, A. K., and Chabes, A. (2010) *Nucleic Acids Res.* 38, 3975–3983
26. Hazra, S., Sabini, E., Ort, S., Konrad, M., and Lavie, A. (2009) *Biochemistry* 48, 1256–1263
27. Arnold, K., Bordoli, L., Kopp, J., and Schwede, T. (2006) *Bioinformatics* 22, 195–201
28. Sabini, E., Ort, S., Monnerjahn, C., Konrad, M., and Lavie, A. (2003) *Nat. Struct. Biol.* 10, 513–519
29. Hazra, S., Szewczak, A., Ort, S., Konrad, M., and Lavie, A. (2011) *Biochemistry* 50, 2870–2880
30. Hazra, S., Ort, S., Konrad, M., and Lavie, A. (2010) *Biochemistry* 49, 6784–6790
31. Agarwal, K. C., Miech, R. P., and Parks, R. E., Jr. (1978) *Methods Enzymol.* 51, 483–490
32. Barroso, J. F., Carvalho, R. N., and Flatmark, T. (2005) *Biochemistry* 44, 4886–4896
33. Wang, L., Saada, A., and Eriksson, S. (2003) *J. Biol. Chem.* 278, 6963–6968
34. Jordheim, L. P., Cros, E., Gouy, M. H., Galmarini, C. M., Peyrottes, S., Mackey, J., Perigaud, C., and Dumontet, C. (2004) *Clin. Cancer Res.* 10, 5614–5621
35. Hawley, R. G. Lieu, F. H., Fong, A. Z., and Hawley, T. S. (1994) *Gene. Ther.* 1, 136–138
36. Radu, C. G., Shu, C. J., Nair-Gill, E., Shelly, S. M., Barrio, J. R., Satyamurthy, N., Phelps, M. E., and Witte, O. N. (2008) *Nat. Med.* 14, 783–788
37. Shields, A. F. (2003) *J. Nucl. Med.* 44, 1432–1434
38. Sun, H., Mangner, T. J., Collins, J. M., Muzik, O., Douglas, K., and Shields, A. F. (2005) *J. Nucl. Med.* 46, 292–296
39. Mangner, T. J., Klecker, R. W., Anderson, L., and Shields, A. F. (2003) *Nucl. Med. Biol.* 30, 215–224
40. Namavari, M., Chang, Y. F., Kusler, B., Yaghoubi, S., Mitchell, B. S., and Gambhir, S. S. (2011) *Mol. Imaging Biol.* 13, 812–818

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012



**EXHIBIT A**
**104**

41. de Leder Kremer, R. M., and Gallo-Rodriguez, C. (2004) *Adv. Carbohydr. Chem. Biochem.* **59,** 9–67

42. Shu, C. J., Campbell, D. O., Lee, J. T., Tran, A. Q., Wengrod, J. C., Witte, O. N., Phelps, M. E., Satyamurthy, N., Czernin, J., and Radu, C. G. (2010) *J. Nucl. Med.* **51,** 1092–1098

43. Nishii, R., Volgin, A. Y., Mawlawi, O., Mukhopadhyay, U., Pal, A., Bornmann, W., Gelovani, J. G., and Alauddin, M. M. (2008) *Eur. J. Nucl. Med. Mol. Imaging* **35,** 990–998

44. Mukhopadhyay, U., Pal, A., Gelovani, J. G., Bornmann, W., and Alauddin, M. M. (2007) *Appl. Radiat. Isot.* **65,** 941–946

45. Schwarzenberg, J., Radu, C. G., Benz, M., Fueger, B., Tran, A. Q., Phelps, M. E., Witte, O. N., Satyamurthy, N., Czernin, J., and Schiepers, C. (2011) *Eur. J. Nucl. Med. Mol. Imaging* **38,** 711–721

46. Alauddin, M. M., Shahinian, A., Gordon, E. M., and Conti, P. S. (2004) *Mol. Imaging* **3,** 76–84

47. Alauddin, M. M., and Conti, P. S. (1998) *Nucl. Med. Biol.* **25,** 175–180

48. Alauddin, M. M., Shahinian, A., Gordon, E. M., Bading, J. R., and Conti, P. S. (2001) *J. Nucl. Med.* **42,** 1682–1690

49. Wang, J., Choudhury, D., Chattopadhyaya, J., and Eriksson, S. (1999) *Biochemistry* **38,** 16993–16999

50. Radivoyevitch, T., Munch-Petersen, B., Wang, L., and Eriksson, S. (2011) *Nucleosides Nucleotides Nucleic Acids* **30,** 203–209

51. Bianchi, V., Borella, S., Rampazzo, C., Ferraro, P., Calderazzo, F., Bianchi, L. C., Skog, S., and Reichard, P. (1997) *J. Biol. Chem.* **272,** 16118–16124

52. Spyrou, G., and Reichard, P. (1988) *Mutat. Res.* **200,** 37–43

53. Eriksson, S., Munch-Petersen, B., Johansson, K., and Eklund, H. (2002) *Cell. Mol. Life Sci.* **59,** 1327–1346

54. Welin, M., Skovgaard, T., Knecht, W., Zhu, C., Berenstein, D., Munch-Petersen, B., Piskur, J., and Eklund, H. (2005) *FEBS J.* **272,** 3733–3742

55. Sabini, E., Hazra, S., Konrad, M., and Lavie, A. (2007) *J. Med. Chem.* **50,** 3004–3014

56. Nottebrock, H., and Then, R. (1977) *Biochem. Pharmacol.* **26,** 2175–2179

57. Schaper, J., Meiser, E., and Stämmler, G. (1985) *Circ. Res.* **56,** 377–391

58. Saada, A., Shaag, A., and Elpeleg, O. (2003) *Mol. Genet. Metab.* **79,** 1–5

59. Wang, L., and Eriksson, S. (2000) *Biochem. J.* **351,** 469–476

60. Shields, A. F., Grierson, J. R., Dohmen, B. M., Machulla, H. J., Stayanoff, J. C., Lawhorn-Crews, J. M., Obradovich, J. E., Muzik, O., and Mangner, T. J. (1998) *Nat. Med.* **4,** 1334–1336

61. Barthel, H., Cleij, M. C., Collingridge, D. R., Hutchinson, O. C., Osman, S., He, Q., Luthra, S. K., Brady, F., Price, P. M., and Aboagye, E. O. (2003) *Cancer Res.* **63,** 3791–3798.

Downloaded from www.jbc.org at Biomedical Library, UCSD on February 13, 2012

**EXHIBIT A**
**105**

# EXHIBIT B



# TECHNOLOGY

About Us    Technology    Services & Products    Contact Us

**CELL KINETICS**

Direct Labeling

Genetic Engineering

**REPORTER GENE IMAGING**

Fluorescence

Bioluminescence

Position Emission Tomography (PET)

Clinical Imaging

References

CellSight allows therapy developers to "barcode" their cells or genes prior to introduction into living subjects (including humans); and then view these "barcoded" cells or genes at various time points after treatment. Information can be gathered not only for the injected therapeutic cells but also their progeny in the living subject.

CELL KINETICS DATA THAT CAN BE OBTAINED AT MULTIPLE TIME POINTS

- Cell Locations
- Cell Quantity at each Location
- Cell Survival
- Cell Proliferation
- Cell Status and Characteristics

PROVEN METHODS TO IMAGE CELL KINETICS

- Direct Labeling with an Imaging Probe
- Genetic engineering of cells to express imaging reporter genes

METHODS TO PERFORM REPORTER GENE IMAGING IN LIVING SUBJECTS INCLUDE

- Fluorescence
- Bioluminescence

Pre Cell      Post Cell

This video illustrates PET reporter gene based imaging of therapeutic cells in the brain of a glioma patient. The PET image is superimposed over the brain MRI, showing the location and intensity of the PET reporter imaging probe [18F]FHBG before and after injection of HSV1-tk expressing cytolytic T cells.

ORDER

MOLECULAR IMAGING WITH REPORTER GENES



References

**PROVEN METHODS TO IMAGE CELL KINETICS**

- Cell Locations
- Cell Quantity at each Location
- Cell Survival
- Cell Proliferation
- Cell Status and Characteristics

- Direct Labeling with an Imaging Probe
- Genetic engineering of cells to express imaging reporter genes

**METHODS TO PERFORM REPORTER GENE IMAGING IN LIVING SUBJECTS INCLUDE**

- Fluorescence
- Bioluminescence
- Positron Emission Tomography (PET)

CellSight Technologies provides means to combine the three methods of gene imaging with a single tri-fusion multimodality reporter gene. You can then track implanted cells or genes from preclinical applications and then translate to clinical applications.

PET allows imaging in both small and large animals, a technique translatable to imaging in humans.

CellSight personnel have been granted FDA "Investigational New Drug" (IND) to image PET reporter gene expression in patients using [18F]FHBG. This is the only FDA approved molecular imaging probe to image cells in humans.

**Therapy developers can use the same triple fusion gene during therapy development for imaging cells in vitro all the way to imaging living subjects.**

This video illustrates PET reporter gene based imaging of therapeutic cells in the brain of a glioma patient. The PET image is superimposed over the brain MRI, showing the location and intensity of the PET reporter imaging probe [18F]FHBG before and after injection of HSV1-tk expressing cytolytic cells.

ORDER

About Us | Technology | Services & Products | Contact Us

CellSight Technologies, Inc. • 155 Berry Street, Suite 350 • San Francisco, CA 94107 • Tel: 650-799-1589 • Fax: 415-355-9423

Copyright © 2010 CellSight Technologies. All rights reserved.

AC-CS001295

# CellSight Technologies, Inc.

## *Imaging Therapeutics*

About Us  Technology  Services & Products  Contact Us

- ### Cell Kinetics

  - Direct Labeling
  - Genetic Engineering

- ### Reporter Gene Imaging

  - Fluorescence
  - Bioluminescence
  - Positron Emission Tomography (PET)
  - Clinical Imaging
  - References

Order Molecular Imaging with Reporter Genes

# Technology

CellSight allows therapy developers to "barcode" their cells or genes prior to introduction into living subjects (including humans) and then view these "barcoded" cells or genes at various time points after treatment. Information can be gathered not only for the injected therapeutic cells but also their progeny in the living subject.

## Cell Kinetics data that can be obtained at multiple time points

- Cell Locations
- Cell Quantity at each Location
- Cell Survival
- Cell Proliferation
- Cell Status and Characteristics

This video illustrates PET reporter gene based imaging of therapeutic cells in the brain of a glioma patient. The PET image is superimposed over the brain MRI, showing the location and intensity of the PET reporter imaging probe [18F]FHBG before and after injection of HSV1-tk expressing cytolyticT cells.

## Proven methods to image Cell Kinetics

- Direct Labeling with an Imaging Probe
- Genetic engineering of cells to express imaging reporter genes

AC-CS000031

Case 3:10-cv-02515-MMA-BLM   Document 1    Filed 12/08/10   Page 54 of 73

## Methods to perform reporter gene imaging in living subjects include

- Fluorescence
- Bioluminescence
- Positron Emission Tomography (PET)

CellSight Technologies provides means to combine the three methods of gene imaging with a single tri-fusion multimodality reporter gene. You can then track implanted cells or genes from preclinical applications and then translate to clinical applications.

PET allows imaging in both small and large animals, a technique translatable to imaging in humans.

CellSight personnel have been granted FDA "Investigational New Drug" (IND) to image PET reporter gene expression in patients using [18F]FHBG. This is the only FDA approved molecular imaging probe to image cells in humans.

**Therapy developers can use the same triple fusion gene during therapy development for imaging cells in vitro all the way to imaging living subjects.**

About Us | Technology | Services & Products | Contact Us
CellSight Technologies, Inc. • 185 Berry Street, Suite 350 • San Francisco, CA 94107 • Tel: 650-799-1589 • Fax: 415-353-9423
Copyright © 2010 CellSight Technologies. All rights reserved.

AC_CS800032

**EXHIBIT B**
110